UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEVERLY ADKINS, CHARMAINE WILLIAMS, REBECCA PETTWAY, RUBBIE McCOY, WILLIAM YOUNG and MICHIGAN LEGAL SERVICES, on behalf of themselves and all others similar situated,<br><br>            Plaintiffs,<br><br>            -against-<br><br>MORGAN STANLEY, MORGAN STANLEY & CO. LLC, MORGAN STANLEY ABS CAPITAL I INC., MORGAN STANLEY MORTGAGE CAPITAL INC., and MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC,<br><br>            Defendants. | INDEX NO. 12 CV 7667<br><br>**MOTION FOR PRO HAC VICE OF STUART ROSSMAN** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, and upon the annexed affidavit of Stuart Rossman in support of this motion and the Certificate[s] of Good Standing annexed thereto, I, Stuart Rossman, Legal Director of the National Consumer Law Center and a member in good standing of the State Bar of Massachusetts, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs in the above-captioned action. There are no pending disciplinary proceedings against me in any state or federal court.

1060891.1

Dated: October 16, 2012

Respectfully submitted,

By: _____
Stuart T. Rossman
B.B.O. 430640

**NATIONAL CONSUMER LAW CENTER**
7 Winthrop Square, 4th Floor
Boston, MA 02110
Tel: 617-542-8010
Fax: 617-542-8028

*Attorney for Plaintiffs*