UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEVERLY ADKINS, CHARMAINE WILLIAMS, REBECCA PETTWAY, RUBBIE McCOY, WILLIAM YOUNG, on behalf of themselves and all others similarly situated, and MICHIGAN LEGAL SERVICES,

Plaintiffs,

v.

MORGAN STANLEY, MORGAN STANLEY & CO. LLC, MORGAN STANLEY ABS CAPITAL I INC., MORGAN STANLEY MORTGAGE CAPITAL INC., and MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC,

Defendants.

1:12-cv-7667-HB

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Morgan Stanley, Morgan Stanley & Co. LLC, Morgan Stanley ABS Capital I Inc., Morgan Stanley Mortgage Capital Inc., and Morgan Stanley Mortgage Capital Holdings LLC, by and through their undersigned counsel, hereby make the following disclosures:

Defendant Morgan Stanley is a publicly held corporation that has no parent corporation. Based on Securities and Exchange Commission Rules regarding beneficial ownership, Mitsubishi UFJ Financial Group, Inc. ("MUFG"), 7-1 Marunouchi 2-chome, Chiyoda-ku, Tokyo 100-8330, beneficially owned 22.56% of Morgan Stanley's outstanding common stock as of June 30, 2011, according to a Schedule 13D filed under the Securities Exchange Act of 1934 on October 23, 2008, as amended on October 30, 2008, May 22, 2009, June 11, 2009, April 1, 2010,

May 3, 2010, November 9, 2010, April 25, 2011 and June 30, 2011 (together, the "MUFG Schedule 13D").

Defendant Morgan Stanley & Co. LLC is a limited liability company whose sole member is Morgan Stanley Domestic Holdings, Inc., a corporation wholly owned by Morgan Stanley Capital Management, LLC, a limited liability company whose sole member is Morgan Stanley.

Defendant Morgan Stanley ABS Capital I Inc. is a corporation wholly owned by Morgan Stanley.

Defendant Morgan Stanley Mortgage Capital Inc. was a corporation until 2007, when it was merged into Defendant Morgan Stanley Mortgage Capital Holdings LLC.

Defendant Morgan Stanley Mortgage Capital Holdings LLC is a limited liability company whose sole member is Morgan Stanley.

Dated: November 6, 2012

Respectfully submitted,

By: *Noah A. Levine/jab*

Noah A. Levine
Wilmer Cutler Pickering Hale and Door LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Counsel for Defendants*