## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

BEVERLY ADKINS, CHARMAINE WILLIAMS,
REBECCA PETTWAY, RUBBIE McCOY,
WILLIAM YOUNG, on behalf of themselves and all
others similarly situated, and MICHIGAN LEGAL
SERVICES,

Plaintiffs,

v.

MORGAN STANLEY, MORGAN STANLEY &
CO. LLC, MORGAN STANLEY ABS CAPITAL I
INC., MORGAN STANLEY MORTGAGE
CAPITAL INC., and MORGAN STANLEY
MORTGAGE CAPITAL HOLDINGS LLC,

Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11 / 7 / 12

1:12-cv-7667-HB

## STIPULATION AND PROPOSED ORDER
## EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

WHEREAS Plaintiffs served Defendants with a Summons and Class Action Complaint on October 15, 2012;

WHEREAS, under Rule 12 of the Federal Rules of Civil Procedure, Defendants' answer would be due on or before November 5, 2012;

WHEREAS Plaintiffs' Class Action Complaint makes allegations under the Fair Housing Act, 42 U.S.C. §§ 3601-3619, the Equal Credit Opportunity Act, 15 U.S.C. §§ 1691-1691f, and Michigan statutory law;

WHEREAS Plaintiffs' Complaint presents complex questions regarding the application of these statutes;

ActiveUS 102856256v.1

WHEREAS counsel for Defendants were retained for this case recently, and after the Complaint was filed, and have been diligently familiarizing themselves with the facts and allegations;

WHEREAS Defendants intend to file a motion to dismiss that they anticipate will raise multiple defenses regarding the adequacy of Plaintiffs' pleadings;

WHEREAS Plaintiffs intend to oppose Defendants' motion to dismiss and will need time to respond;

WHEREAS the stipulated proposed time modification would not have any effect on the initial Pre-Trial Conference scheduled for December 13, 2012,

NOW, THEREFORE, the Parties listed below, by their undersigned attorneys, hereby stipulate and agree that, subject to the approval of the Court,.

1. Defendants' time to answer, move, or otherwise respond to the Complaint in the above action shall be extended through and including December 21, 2012.

2. Plaintiffs' time to oppose or otherwise respond to Defendants' response shall be extended through and including ~~February 11~~ January 20 2013.

3. Defendants' time to file a reply shall be extended through and including ~~March 12,~~ February 10, 2013.

Dated: November 2, 2012

By: _Noah A. Levine / jab_

Noah A. Levine
Wilmer Cutler Pickering Hale and Door LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
*Counsel for Defendants*

ActiveUS 102856256v.1

By: _Laurence M. Schwartztol/jab_

Dennis D. Parker
Laurence M. Schwartztol
Rachel E. Goodman
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
Facsimile: (212) 549-2651

Stuart T. Rossman
Charles M. Delbaum
Arielle Cohen
The National Consumer Law Center
7 Winthrop Square, 4th Floor
Boston, MA 02210
Telephone: (617) 542-8010
Facsimile: (617) 542-8028

Michael J. Steinberg
Kary L. Moss
Sarah L. Mehta
American Civil Liberties Union Fund of Michigan
2966 Woodward Avenue
Detroit, MI 48201
Telephone: (313) 578-6814
Facsimile: (313) 578-6811

Elizabeth J. Cabraser
Michael W. Sobol
Lieff Cabraser Heimann and Bernstein LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Rachel J. Geman
Lieff Cabraser Heimann and Bernstein LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Counsel for Plaintiffs*

11/7/12

I trust all the listed attorneys
be admitted here or will be
shortly - I never sign blank
signature pages - for future reference
SO ORDERED
_____ Ben _____
USDJ

ActiveUS 1_28___56v.1

Endorsement:

    I trust all the listed attorneys are admitted here or will
be shortly - I never sign blank signature pages - for future
reference.