UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/12
```

BEVERLY ADKINS, CHARMAINE WILLIAMS, REBECCA PETTWAY, RUBBIE McCOY, WILLIAM YOUNG, on behalf of themselves and all others similarly situated, and MICHIGAN LEGAL SERVICES,

Plaintiffs,

v.

MORGAN STANLEY, MORGAN STANLEY & CO. LLC, MORGAN STANLEY ABS CAPITAL I INC., MORGAN STANLEY MORTGAGE CAPITAL INC., and MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC,

Defendants.

1:12-cv-7667-HB

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of <u>David W. Ogden</u> for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of <u>the District of Columbia</u> and that his contact information is as follows:

David W. Ogden
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
t: (202) 663-6440 / f: (202) 663-6363

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for <u>Defendants</u> in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

ActiveUS 102765413v.1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____

United States District / Magistrate Judge

> Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.
>
> SO ORDERED
>
> Hon. Harold Baer, Jr., U.S.D.J.
>
> Date: 11/14/12

ActiveUS 102765413v.1