AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Beverly Adkins, Charmaine Williams, Rebecca Pettway, Rubbie McCoy, William Young, on behalf of themselves and all others similarly situated, and Michigan Legal Services<br>*Plaintiff*<br>v.<br>Morgan Stanley, Morgan Stanley & Co. LLC, Morgan Stanley ABS Capital I Inc., Morgan Stanley Mortgage Capital Inc., and Morgan Stanley Mortgage Capital Holdings LLC<br>*Defendant* | Case No.   1:12-cv-7667-HB |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Morgan Stanley, Morgan Stanley & Co. LLC, Morgan Stanley ABS Capital I Inc., Morgan Stanley Mortgage Capital Inc., and Morgan Stanley Mortgage Capital Holdings LLC .

Date: 12/11/2012

/s/ Colin Reardon
*Attorney's signature*

Colin Reardon (CR0819)
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Door LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
*Address*

colin.reardon@wilmerhale.com
*E-mail address*

(212) 230-8800
*Telephone number*

(212) 230-8888
*FAX number*