USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BEVERLY ADKINS, CHARMAINE WILLIAMS, REBECCA PETTWAY, RUBBIE McCOY, WILLIAM YOUNG and MICHIGAN LEGAL SERVICES, on behalf of themselves and all others similar situated,

Plaintiffs,

-against-

MORGAN STANLEY, MORGAN STANLEY & CO. LLC, MORGAN STANLEY ABS CAPITAL I INC., MORGAN STANLEY MORTGAGE CAPITAL INC., and MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC,

Defendants.

CASE NO. 12-cv-7667

**STIPULATED PRETRIAL SCHEDULING ORDER**

Hon. Harold Baer

---

WHEREAS, the parties filed, on December 6, 2012, a Joint Initial Report and Proposed Pretrial Scheduling Order setting forth the parties' respective proposed pre-trial schedules;

WHEREAS, during the initial Pre-Trial Conference on December 13, 2012, the Court stated that Defendants' Motion to Dismiss need not be fully briefed until February 20, 2013;

WHEREAS, during the initial Pre-Trial Conference the Court also instructed the parties to continue conferring regarding a pre-trial schedule;

WHEREAS, the parties have conferred and reached agreement regarding a proposed pre-trial schedule;

THEREFORE, the parties submit the following Proposed Pretrial Scheduling Order:

## PROPOSED PRETRIAL SCHEDULING ORDER

|   | Event | Timing |
|---|---|---|
| 1. | Defendants' Motion to Dismiss filed (30 pages) | December 21, 2012 |
| 2. | Plaintiffs' Opposition to the Motion to Dismiss due (30 pages) | January 25, 2013 |
| 3. | Defendant's Reply in Support of the Motion to Dismiss due (15 pages) | February 20, 2013 |
| 4. | Exchange of initial disclosures | March 7, 2013 |
| 5. | Oral argument on Motion to Dismiss | March 13 at 10:30 a.m. |
| 6. | Last day to join additional parties as of right | ~~90~~ 30 days following a decision on the Motion to Dismiss |
| 7. | Last day to join additional claims | ~~8 months~~ 90 days following a decision on the Motion to Dismiss |
| 8. | Last day to complete pre-class certification, non-expert discovery | ~~9 months~~ 120 days following a decision on the Motion to Dismiss |
| 9. | Plaintiffs' Motion for Class Certification and disclosures of expert witnesses due | ~~12 months~~ 10 months following a decision on the Motion to Dismiss |
| 10. | Plaintiffs to make experts and declarants not previously identified as potential witnesses available for deposition | Within 30 days following Event #8, provided that Defendants may elect to take any depositions through 77 days following Event #8 |
| 11. | Defendants' Opposition to Motion for Class Certification and disclosures of expert witnesses due | ~~77~~ 75 days following Event #8 |
| 12. | Defendants to make experts and declarants not previously identified as potential witnesses | Within 30 days following Event #10, provided that Plaintiffs may elect to take any depositions through 60 days following Event #10 |

| | | |
|---|---|---|
| | available for deposition | |
| 13. | Plaintiffs' Reply in Support of Class Certification Due | ~~60~~ 90 days following Event #10 (Defendants' Class Certification Opposition) *HBn* |
| 14. | Parties to meet and confer and file a report to address a further schedule through trial | 30 days following a decision on ~~Plaintiffs' Motion for~~ Class Certification ↑ *presentation thereof to the Court* |
| 15. | Last day for dispositive motions to be fully briefed | ~~5~~ 3 months before trial-ready date *HBn* |

**IT IS SO ORDERED:**

_____
The Honorable Harold Baer, Jr.
United States District Judge

Dated: ~~December~~ Jan 3, 2013 ~~2012~~

Respectfully submitted,

By: _____

Dennis D. Parker
Laurence M. Schwartztol
Rachel E. Goodman
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
Facsimile: (212) 549-2651

Stuart T. Rossman
Charles M. Delbaum
Arielle Cohen
The National Consumer Law Center
7 Winthrop Square, 4th Floor
Boston, MA 02210
Telephone: (617) 542-8010
Facsimile: (617) 542-8028

ActiveUS 104338699v.1

Michael J. Steinberg
Kary L. Moss
Sarah L. Mehta
American Civil Liberties Union Fund of Michigan
2966 Woodward Avenue
Detroit, MI 48201
Telephone: (313) 578-6814
Facsimile: (313) 578-6811

Elizabeth J. Cabraser
Michael W. Sobol
Lieff Cabraser Heimann and Bernstein LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Rachel J. Geman
Lieff Cabraser Heimann and Bernstein LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
*Counsel for Plaintiffs*

By: _Noah Levine_ / with permission by REG

Noah A. Levine
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

David W. Ogden
Brian M. Boynton
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6440
Facsimile: (202) 663-6363
*Counsel for Defendants*

**SO ORDERED:**

_____
U.S.D.J.

ActiveUS 104338699v.1