UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEVERLY ADKINS, *et al.*, )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>MORGAN STANLEY, *et al.* )<br>)<br>Defendants )<br>_____ ) | CASE NO. 1:12-cv-07667-HB |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Attorney Sarah L. Mehta respectfully moves for leave to withdraw as counsel for Plaintiffs. Representation of Plaintiffs will be unaffected by this withdrawal because Elizabeth J. Cabraser, Rachel Geman, and Michael W. Sobol of Lieff Cabraser Heimann & Bernstein, LLP, Rachel E. Goodman, Dennis D. Parker and Laurence M. Schwartztol of the American Civil Liberties Union, Stuart T. Rossman of the National Consumer Law Center, and Michael J. Steinberg of the American Civil Liberties Union Fund of Michigan, remain as counsel for the plaintiffs.

Respectfully submitted,

_____
SARAH L. MEHTA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BEVERLY ADKINS *et al.*, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | CASE NO. 1:12-cv-07667-HB |
| | ) | |
| MORGAN STANLEY, *et al.* | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL

Before the Court is the Motion for Leave to Withdraw as Counsel for Plaintiffs by Sarah L. Mehta. After considering the Motion and the arguments in regard thereto, the Court is of the opinion that the Motion should be granted.

It is therefore ORDERED, ADJUDGED, AND DECREED that Sarah L. Mehta has withdrawn as counsel for Plaintiffs in this action.

Signed this _____ day of _____, 2013.


_____
HAROLD BAER
United States District Judge
United States District Court
Southern District of Michigan

## CERTIFICATE OF SERVICE

I hereby certify that, on May 1, 2013, I electronically filed this document with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the attorneys of record.

                                                Rachel E. Goodman
                                                American Civil Liberties Union