UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/13
```

BEVERLY ADKINS *et al.*,          )
                                  )
        Plaintiffs                )
                                  )
        v.                        )   CASE NO. 1:12-cv-07667-HB
                                  )
MORGAN STANLEY, *et al.*          )
                                  )
        Defendants                )
_____)

### ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL

Before the Court is the Motion for Leave to Withdraw as Counsel for Plaintiffs by Sarah L. Mehta. After considering the Motion and the arguments in regard thereto, the Court is of the opinion that the Motion should be granted.

It is therefore ORDERED, ADJUDGED, AND DECREED that Sarah L. Mehta has withdrawn as counsel for Plaintiffs in this action.

Signed this 3rd day of May, 2013.

/s/ Harold Baer
HAROLD BAER Jr.
United States District Judge
United States District Court
Southern District of Michigan