UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEVERLY ADKINS, CHARMAINE WILLIAMS, REBECCA PETTWAY, RUBBIE McCOY, WILLIAM YOUNG, on behalf of themselves and all others similarly situated, and MICHIGAN LEGAL SERVICES,<br><br>Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY, MORGAN STANLEY & CO. LLC, MORGAN STANLEY ABS CAPITAL I INC., MORGAN STANLEY MORTGAGE CAPITAL INC., and MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC,<br><br>Defendants. | 1:12-cv-7667-HB<br><br>**NOTICE OF DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING A DECISION BY THE SUPREME COURT IN *MOUNT HOLLY* OR, IN THE ALTERNATIVE, TO CERTIFY AN APPEAL PURSUANT TO 28 U.S.C. § 1292(b)** |

PLEASE TAKE NOTICE that, based upon the accompanying memorandum of law, defendants Morgan Stanley, Morgan Stanley & Co. LLC, Morgan Stanley ABS Capital I Inc., Morgan Stanley Mortgage Capital Inc., and Morgan Stanley Mortgage Capital Holdings LLC ("Defendants") hereby move this Court, the Honorable Harold Baer, United States District Judge for the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, for an order staying these proceedings pending the Supreme Court's decision in *Township of Mount Holly v. Mount Holly Gardens Citizens in Action, Inc.*, No. 11-1507.

In the alternative, pursuant to 28 U.S.C. § 1292(b), and based upon the accompanying memorandum of law, Defendants hereby move this Court for an order certifying its Opinion and Order dated July 25, 2013, for an interlocutory appeal as to the following three controlling issues

of law as to which there is a substantial ground for difference of opinion and the resolution of which will materially advance the termination of this litigation:

1. whether the Fair Housing Act ("FHA") statute of limitations excludes a discovery rule;

2. whether a loan purchaser can be liable under the FHA for discrimination that is measured only in the terms and conditions of transactions in a different party's book of business; and

3. whether a loan purchaser can be liable under the FHA based upon discrimination in the terms and conditions of loans that it never even purchased.

Dated: August 5, 2013

Respectfully submitted,

/s/ Noah A. Levine
_____
Noah A. Levine
Colin T. Reardon
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888
noah.levine@wilmerhale.com
colin.reardon@wilmerhale.com

David W. Ogden (*admitted pro hac vice*)
Brian M. Boynton (*admitted pro hac vice*)
Danielle Y. Conley (*admitted pro hac vice*)
Jonathan Bressler (*admitted pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
david.ogden@wilmerhale.com
brian.boynton@wilmerhale.com
danielle.conley@wilmerhale.com

*Counsel for Defendants*