UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEVERLY ADKINS, CHARMAINE WILLIAMS,
REBECCA PETTWAY, RUBBIE McCOY,
WILLIAM YOUNG and MICHIGAN LEGAL
SERVICES, on behalf of themselves and all others
similar situated,

                Plaintiffs,

         -against-

MORGAN STANLEY, MORGAN STANLEY &
CO. LLC, MORGAN STANLEY ABS CAPITAL I
INC., MORGAN STANLEY MORTGAGE
CAPITAL INC., and MORGAN STANLEY
MORTGAGE CAPITAL HOLDINGS LLC,

                Defendants.

CASE NO. 12-cv-7667

Hon. Harold Baer

## JOINT MOTION FOR ADOPTION OF REVISED SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b)(4), the Parties respectfully request that

the Court amend the Pretrial Scheduling Order entered on January 4, 2013, in order to correct a

drafting error and to reallocate time within the existing discovery period.[1]  The grounds for this

motion are set forth below.

   1.  On December 28, 2012, the Parties submitted a Stipulated Pretrial Scheduling Order to

this Court.  The Parties intended that certain of the case events would be counted from the due

dates for Plaintiffs' motion for class certification and Defendants' opposition to the motion for

---

[1] Defendants today filed a motion to stay this matter pending the Supreme Court's decision in
*Township of Mount Holly v. Mount Holly Gardens Citizens in Action, Inc.*, No. 11-1507 (U.S.
June 17, 2013), in which the Court will consider whether disparate impact claims are cognizable
under the Fair Housing Act.  The motion asks, in the alternative, for certification of the Court's
July 25, 2013 Order for appeal under 28 U.S.C. § 1292(b).  Plaintiffs oppose the request.
Defendants join this motion for modification of the Scheduling Order to the extent that the Court
denies their motion.

class certification, which were Event # 9 and Event # 11, respectively, in the proposed order submitted to this Court. However, the proposed order inadvertently referred to "Event # 8" and "Event # 10" instead, and these drafting errors, which the Parties regret, meant that the proposed schedule did not accurately reflect the Parties' intent.

2.   As a result of the above, the Scheduling Order entered by this Court on January 4, 2013 contained scheduling inconsistencies[2] that the Parties now seek to correct, while preserving the length of the overall case calendar that the Court set forth.

3.   The Parties propose the revised schedule on the following page. This schedule maintains the same 12-month period between the decision on the motion to dismiss and the close of class certification briefing that this Court ordered in the previous schedule. Further, the original schedule defined the due dates by reference to time periods instead of using specific calendar dates, given that the decision on the motion to dismiss had not yet been issued. After this Court's July 25, 2013, decision on the motion to dismiss, the Parties now present specific proposed dates to the Court.

4.   This is the Parties' first request for a modification in the schedule. The Parties make the request with good cause, as set forth above.

---

[2] For example, under the existing Order the motion for class certification is due ten months from the decision on the motion to dismiss, while the opposition to that motion, erroneously counted from Event # 8 instead of Event # 9, is due 165 days from the decision on the motion to dismiss—i.e., more than four months before the class certification motion would be filed.

2

## PROPOSED REVISED PRETRIAL SCHEDULING ORDER

| Event | Date |
|---|---|
| Issuance of written decision on Defendants' Motion to Dismiss | July 25, 2013 |
| Last day to join additional parties as of right | August 26, 2013 |
| Last day to join additional claims | October 23, 2013 |
| Last day to complete pre-class certification, non-expert discovery | January 27, 2014 |
| Plaintiffs' Motion for Class Certification and disclosures of expert witnesses due | March 25, 2014 |
| Plaintiffs to make experts and declarants not previously identified as potential witnesses available for deposition | By April 24, 2014, provided that Defendants may elect to take any depositions through June 9, 2014 |
| Defendants' Opposition to Motion for Class Certification and disclosures of expert witnesses due | June 9, 2014 |
| Defendants to make experts and declarants not previously identified as potential witnesses available for deposition | By July 9, 2014, provided that Plaintiffs may elect to take any depositions through July 24, 2014. |
| Plaintiffs' Reply in Support of Class Certification Due | July 24, 2014 |
| Parties to meet and confer and file a report to address a further schedule through trial | 30 days following a decision on Plaintiffs' Motion for Class Certification |
| Last day for dispositive motions to be fully briefed | 3 months before trial-ready date |

**IT IS SO ORDERED:**

_____
The Honorable Harold Baer, Jr.
United States District Judge

Dated:  August 6, 2013                    Respectfully submitted,


By: _____

Dennis D. Parker
Laurence M. Schwartztol
Rachel E. Goodman
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
Facsimile: (212) 549-2651

Stuart T. Rossman
Charles M. Delbaum
Arielle Cohen
The National Consumer Law Center
7 Winthrop Square, 4th Floor
Boston, MA 02210
Telephone: (617) 542-8010
Facsimile: (617) 542-8028

Michael J. Steinberg
Kary L. Moss
American Civil Liberties Union Fund of Michigan
2966 Woodward Avenue
Detroit, MI 48201
Telephone: (313) 578-6814
Facsimile: (313) 578-6811

Elizabeth J. Cabraser
Michael W. Sobol
Lieff Cabraser Heimann and Bernstein LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Rachel J. Geman
Lieff Cabraser Heimann and Bernstein LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500

Facsimile: (212) 355-9592
*Counsel for Plaintiffs*

By:   /s/ David W. Ogden

Noah A. Levine
Colin T. Reardon
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

David W. Ogden
Danielle Y. Conley
Brian M. Boynton
Jonathan Bressler
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6440
Facsimile: (202) 663-6363
*Counsel for Defendants*