```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEVERLY ADKINS, CHARMAINE WILLIAMS,
REBECCA PETTWAY, RUBBIE McCOY,
WILLIAM YOUNG, on behalf of themselves and all
others similarly situated, and MICHIGAN LEGAL
SERVICES,

          Plaintiffs,

v.

MORGAN STANLEY, MORGAN STANLEY &
CO. LLC, MORGAN STANLEY ABS CAPITAL I
INC., MORGAN STANLEY MORTGAGE
CAPITAL INC., and MORGAN STANLEY
MORTGAGE CAPITAL HOLDINGS LLC,

          Defendants.

1:12-cv-7667-HB

### STIPULATION AND PROPOSED ORDER FOR ADOPTION OF REVISED PROTOCOL FOR ELECTRONICALLY STORED INFORMATION AND OTHER DISCOVERY

WHEREAS, on December 18, 2012, the Court entered the Protocol for Electronically Stored Information and Other Discovery (the "ESI Protocol");

WHEREAS, under the ESI Protocol, the Parties are currently required to exchange lists of keyword search terms and hosting platforms by August 9, 2013, to exchange any edits and/or additions to the proposed lists of terms by August 14, 2013, and to discuss those search terms at a meet-and-confer currently scheduled for August 19, 2013 (*see* ESI Protocol §§ 2.c.ii-iv);

WHEREAS, Defendants have been diligently working to collect documents and develop appropriate search terms, but require additional time to develop appropriate search terms because of the complexity of electronic discovery in this action; and

WHEREAS, a brief extension of the deadlines noted above will not affect other discovery deadlines in this action, including those proposed in the Joint Motion For Adoption of Revised Scheduling Order filed by the Parties on August 6, 2013;

IT IS HEREBY STIPULATED AND AGREED by the Parties,[1] and it is ORDERED by the Court that:

1. The deadline to comply with ESI Protocol § 2.c.ii, requiring exchange of lists of keyword search terms and hosting platforms, shall be extended until August 16, 2013;

2. The Parties shall comply with ESI Protocol § 2.c.iii, which requires the exchange any edits and/or additions to the proposed lists of search terms, by August 21, 2013; and

3. The Parties shall hold a meet-and-confer, as contemplated in ESI Protocol § 2.c.iv, on August 23, 2013.

IT IS SO ORDERED:

8/20/13

_____
The Honorable Harold Baer, Jr.
United States District Judge

---

[1] On August 5, 2013, Defendants filed a motion to stay this matter pending the Supreme Court's decision in *Township of Mount Holly v. Mount Holly Gardens Citizens in Action, Inc.*, No. 11-1507 (U.S. June 17, 2013), in which the Court will consider whether disparate impact claims are cognizable under the Fair Housing Act. The motion asks, in the alternative, for certification of the Court's July 25, 2013 Order for appeal under 28 U.S.C. § 1292(b). Plaintiffs oppose the request. Defendants join this stipulation for modification of the ESI Protocol to the extent that the Court denies their motion.

ActiveUS 114160055v.4

Dated: August 9, 2013                     Respectfully submitted,

                                          By: /s/ Laurence Sch / By CTR
                                          Dennis D. Parker
                                          Laurence M. Schwartztol
                                          Rachel E. Goodman
                                          American Civil Liberties Union Foundation
                                          125 Broad Street, 18th Floor
                                          New York, NY 10004
                                          Telephone: (212) 549-2500
                                          Facsimile: (212) 549-2651

                                          Stuart T. Rossman
                                          Charles M. Delbaum
                                          Arielle Cohen
                                          The National Consumer Law Center
                                          7 Winthrop Square, 4th Floor
                                          Boston, MA 02210
                                          Telephone: (617) 542-8010
                                          Facsimile: (617) 542-8028

                                          Michael J. Steinberg
                                          Kary L. Moss
                                          American Civil Liberties Union Fund of Michigan
                                          2966 Woodward Avenue
                                          Detroit, MI 48201
                                          Telephone: (313) 578-6814
                                          Facsimile: (313) 578-6811

                                          Elizabeth J. Cabraser
                                          Michael W. Sobol
                                          Lieff Cabraser Heimann and Bernstein LLP
                                          Embarcadero Center West
                                          275 Battery Street, 29th Floor
                                          San Francisco, CA 94111
                                          Telephone: (415) 956-1000
                                          Facsimile: (415) 956-1008

                                          Rachel J. Geman
                                          Lieff Cabraser Heimann and Bernstein LLP
                                          250 Hudson Street, 8th Floor
                                          New York, NY 10013
                                          Telephone: (212) 355-9500

Facsimile: (212) 355-9592
*Counsel for Plaintiffs*

By: _____

Noah A. Levine
Colin T. Reardon
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

David W. Ogden (admitted *pro hac vice*)
Brian M. Boynton (admitted *pro hac vice*)
Danielle Y. Conley (admitted *pro hac vice*)
Jonathan Bressler (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6440
Facsimile: (202) 663-6363
*Counsel for Defendants*