

LAURENCE SCHWARTZTOL
STAFF ATTORNEY
RACIAL JUSTICE PROGRAM
T/212.519.7849.
LSCHWARTZTOL@ACLU.ORG

August 30, 2013

Hon. Harold Baer, Jr.
U.S. District Court
500 Pearl Street, Chambers 2230
New York, NY 10007

Re:   *Adkins et al. v. Morgan Stanley et al.*, No. 1:12-cv-7667 (HB)

Your Honor,

      We represent Plaintiffs in the above-referenced civil rights action. We write to alert the Court to supplemental authority relevant to Plaintiffs' Opposition to Defendants' Motion to Stay Proceedings Pending a Decision by the Supreme Court in *Mount Holly*, or, in the Alternative, to Certify an Appeal Pursuant to 28 U.S.C. § 1292(b) (ECF No. 56).

      On August 26, 2013, the petitioners filed their merits brief in *Township of Mount Holly v. Mt. Holly Gardens Citizens in Action*, No. 11-1507. (Attached hereto as Exhibit A.) The brief underscores that the issues in *Mt. Holly* are distinct from the issues in this case. It consists of two main arguments. First, it contends that disparate impact claims are foreclosed by the text and structure of 42 U.S.C. § 3604(a), the provision of the Fair Housing Act under which the *Mount Holly* plaintiffs brought their claims, *see Mt. Holly* Br. at 17-37; but Plaintiffs in this case proceed under a separate provision of the FHA, 42 U.S.C. § 3605(a)-(b). Second, the brief posits a constitutional avoidance argument relevant to disparate impact claims against municipal land-use policies. *See Mt. Holly* Br. at 37-48. Such arguments have little or no conceivable salience to the financial transactions regulated by § 3605 or to claims against a non-governmental defendant.

      Plaintiffs respectfully submit that the brief filed in *Mt. Holly* clarifies the scope of the issues before the Supreme Court and further militates against delaying the proceedings in this case in anticipation of a ruling on a statutory provision not at issue here.

      Thank you for your consideration of this matter.

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2500
WWW.ACLU.ORG

OFFICERS AND DIRECTORS
SUSAN N. HERMAN
*PRESIDENT*

ANTHONY D. ROMERO
*EXECUTIVE DIRECTOR*

Sincerely,

Laurence Schwartztol

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION