UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/13
```

BEVERLY ADKINS, *et al.*,

    Plaintiffs,

-against-

MORGAN STANLEY, *et al.*,

    Defendants.

CASE NO. 12-cv-7667

Hon. Harold Baer
**ORDER FOR ADMISSION
PRO HAC VICE**

    The motion of Brooke A. Tucker for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that she is a member in good standing of the bar of the state of New York; and that her contact information is as follows (please print):

Applicant's Name: Brooke A. Tucker

Firm Name: American Civil Liberties Union Fund of Michigan

Address: 2966 Woodward Ave.

City / State / Zip: Detroit, MI 48201

Telephone / Fax: (313) 578-6823/(313) 578-6811

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Plaintiffs in the above entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

*Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.*

SO ORDERED
United States District Court Judge
Hon. Harold Baer, Jr., U.S.D.J.
Date: 10/16/13