USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEVERLY ADKINS, CHARMAINE WILLIAMS,
REBECCA PETTWAY, RUBBIE McCOY,
WILLIAM YOUNG, on behalf of themselves and all
others similarly situated, and MICHIGAN LEGAL
SERVICES,

     Plaintiffs,

  v.

MORGAN STANLEY, MORGAN STANLEY &
CO. LLC, MORGAN STANLEY ABS CAPITAL I
INC., MORGAN STANLEY MORTGAGE
CAPITAL INC., and MORGAN STANLEY
MORTGAGE CAPITAL HOLDINGS LLC,

     Defendants.

1:12-cv-7667-HB

## STIPULATION AND PROPOSED ORDER FOR ADOPTION OF REVISED SCHEDULING ORDER

  WHEREAS, on December 20, 2013 the Parties conferred with the Court via teleconference regarding the Scheduling Order adopted by the Court on August 21, 2013;

  WHEREAS, the Parties advised the Court that they believe a modest extension of the schedule in this case is necessary and discussed with the Court the general outlines of a proposed revised schedule, including a trial date;

  WHEREAS, the Court invited the parties to submit the revised schedule they are proposing to the Court in the form of a proposed order for the Court's consideration;

  WHEREAS, the Parties have conferred and reached agreement on the proposed schedule set forth below;

ActiveUS 119696444v.1

IT IS HEREBY STIPULATED AND AGREED by the Parties, and it is ORDERED by the Court, that the Scheduling Order shall be modified as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Last day to complete pre-class certification, non-expert discovery | January 27, 2014 | April 4, 2014 |
| Plaintiffs' motion for class certification and disclosure of expert witnesses due | March 25, 2014 | May 13, 2014 |
| Plaintiffs to make experts and declarants not previously identified as potential witnesses available for deposition | By April 24, 2014, provided that Defendants may elect to take any depositions through June 9, 2014 | By June 4, 2014, provided that Defendants may take depositions up to July 28, 2014 |
| Defendants' opposition to class certification and disclosures of expert witnesses due | June 9, 2014 | July 28, 2014 |
| Defendants to make experts and declarants not previously identified as potential witnesses available for deposition | By July 9, 2014, provided that Plaintiffs may elect to take any depositions through July 24, 2014 | By August 18, 2014, provided that Plaintiffs may take depositions up to September 11, 2014 |
| Plaintiffs' reply in support of class certification due | July 24, 2014 | September 11, 2014 |
| Oral argument on class certification | Not set | To be determined by the Court |
| Conference among counsel regarding any necessary additional merits discovery and procedural steps[1] | Not set | Within two weeks of a decision on class certification |
| Status conference to resolve any issues regarding additional merits discovery and procedural steps | Not set | Within three weeks after a decision on class certification |
| Last day for briefing of summary judgment motions to be completed | 3 months before trial ready date | December 1, 2014 |

---

[1] Within two weeks of the Court's decision on the motion for class certification, the parties will confer about the following issues: (1) any remaining necessary merits discovery, (2) any further expert discovery and deadlines for any such disclosures and discovery, and (3) procedures to govern the remainder of the matter.

ActiveUS 119696444v.1

| Oral argument on dispositive motions | Not set | To be determined by the Court |
|---|---|---|
| Trial-ready date | Not set | March 23, 2015 |

IT IS SO ORDERED:

_____ 12/26/13
The Honorable Harold Baer, Jr.
United States District Judge

Dated: December 20, 2013                     Respectfully submitted,

_____
Dennis D. Parker
Laurence M. Schwartztol
Rachel E. Goodman
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
Facsimile: (212) 549-2651

Stuart T. Rossman
Charles M. Delbaum
Arielle Cohen
The National Consumer Law Center
7 Winthrop Square, 4th Floor
Boston, MA 02210
Telephone: (617) 542-8010
Facsimile: (617) 542-8028

Michael J. Steinberg
Kary L. Moss
American Civil Liberties Union Fund of Michigan
2966 Woodward Avenue
Detroit, MI 48201
Telephone: (313) 578-6814
Facsimile: (313) 578-6811

Elizabeth J. Cabraser
Michael W. Sobol

ActiveUS 119696444v.1

SO ORDERED:
_____
Harold Baer, Jr.
Date 12/26/13

[Handwritten judge's note, partially illegible: "I've signed the stip but to lighten the schedule in your benefit, mind we meet next week 6/4 on class cert motions in August & full plan. Cases don't plan & due to December this schedule w/o Dulitz & under voicemail — this is Dulitz under voicemail — all are not in PTC — that's my schedule — turns out I have to be or where clases don't move ... where we are."]

Lieff Cabraser Heimann and Bernstein LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Rachel J. Geman
Lieff Cabraser Heimann and Bernstein LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
*Counsel for Plaintiffs*

By: _____

Noah A. Levine
Colin T. Reardon
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

David W. Ogden (admitted *pro hac vice*)
Brian M. Boynton (admitted *pro hac vice*)
Danielle Y. Conley (admitted *pro hac vice*)
Jonathan Bressler (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6440
Facsimile: (202) 663-6363
*Counsel for Defendants*

ActiveUS 119696444v.1

Endorsement:

I've signed the Stipulation but to tighten the schedule for your benefit and mine we will have oral argument on class cert motion last week in August and fully briefed summary judgment motions (assuming certification) no later than October 15 and plan for trial in December - this is all tentative unlike your schedule but this is or will be a 3 year old case under your schedule and that's not my choice - if it turns out I have a choice. Let's plan on pre trial conference either the day before or preferably directly following oral argument on class cert motion and see where we are.