UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

*Adkins et al. v.*
*Morgan Stanley et al*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/14

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

12 Civ. 7667 (HB)(GWG)

------------------------------------------------------------ X

The above entitled action is referred to Magistrate Judge *Gorenstein* for the following purpose(s):

___  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

✓  Specific Non-Dispositive Motion/Dispute:*
   *Discovery dispute*
   *(see docket #81)*

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___  Settlement*

___  Inquest After Default/Damages Hearing

*Judge Baer will decide the motion to amend the scheduling order including the proposed extension of discovery (docket #75) The Heaton issue. Do not delay trial month*

Matter is to be resolved in concert with the Pretrial Scheduling Order as modified. *w/o a chat*

___  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

~~___  Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)~~
Purpose:_____

___  Habeas Corpus

___  Social Security

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions:_____

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:  New York, New York
        4/1/14

                                    *[signed] Harold Baer*
                                    United States District Judge

Revised: 01/02/13