UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BEVERLY ADKINS et al.,

                Plaintiffs,                        12 Civ. 7667 (HB) (GWG)

-v.-

MORGAN STANLEY et al.,

                Defendants.
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

       The date of the oral argument on the pending motion to compel (Docket # 81) is adjourned to <u>Monday, May 12, 2014, at 4:00 p.m.</u> in Courtroom 6-B, United States Courthouse, 500 Pearl Street, New York, New York. This is the only matter scheduled for this date and time. Please be sure to arrive sufficiently in advance so that the argument may begin promptly.

       Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the oral argument date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at:http://nysd.uscourts.gov/judge/Gorenstein).

       SO ORDERED.

Dated: April 25, 2014
       New York, New York

                                                _____
                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge