UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BEVERLY ADKINS et al., :

                Plaintiffs,        12 Civ. 7667 (HB) (GWG)

  -v.-

MORGAN STANLEY et al., :

               Defendants. :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     The parties are directed to be prepared to discuss at the oral argument on Monday the impact of the following cases, including their reasoning, on the arguments they have made in support of or in opposition to the motion to compel: Flagg v. City of Detroit, 252 F.R.D. 346 (E.D. Mich. 2008); Preservation Prods., LLC v. Nutraceutical Clinical Labs. Intern., Inc., 214 F.R.D. 494 (N.D. Ill. 2003); In Re Legato Sys., Inc., 204 F.R.D. 167 (N.D. Cal 2001).

     In addition, the defendants should determine whether any of their current or former attorneys actually have custody of the documents at issue.

     While no further submissions are required, each side is permitted to file a letter addressing these topics. Any such letter should be filed 2:00 p.m. on Monday.

     SO ORDERED.

Dated: May 9, 2014
      New York, New York

                                          GABRIEL W. GORENSTEIN
                                          United States Magistrate Judge