WILMERHALE

May 13, 2014

**David W. Ogden**

+1 202 663 6440 (t)
+1 202 663 6363 (f)
david.ogden@wilmerhale.com

Hon. Gabriel W. Gorenstein
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Adkins et al. v. Morgan Stanley et al.*, No. 1:12-cv-7667 (HB)

Your Honor:

      Defendants agree with the schedule Plaintiffs have proposed for additional submissions in furtherance of Plaintiffs' pending motion to compel. *See* Dkt. 103.

      Respectfully submitted,

      */s/ David W. Ogden*

      David W. Ogden