LAURENCE M. SCHWARTZTOL
STAFF ATTORNEY
RACIAL JUSTICE PROGRAM
T/212.519.7849
LSCHWARTZTOL@ACLU.ORG



# MEMORANDUM ENDORSEMENT.

May 12, 2014

**VIA ECF**

Hon. Gabriel W. Gorenstein
U.S. District Court
500 Pearl Street
New York, NY 10007

    Re:    *Adkins et al. v. Morgan Stanley et al.*, No. 1:12-cv-7667 (HB) (GWG)

Your Honor,

Pursuant to the Court's directive at today's oral argument, Plaintiffs propose the following schedule for additional submissions in furtherance of Plaintiffs' pending motion:  by Thursday, May 15, 2014, Plaintiffs will file a letter responding to the new legal arguments contained in Defendants' May 12, 2014 letter and appending additional supporting materials along the lines discussed today in court; by Tuesday, May 20, 2014, Defendants will file any response to the supporting material appended to Plaintiffs' opening letter.  We believe the proposed schedule would provide a fair opportunity for the parties to address the issues raised for the first time in Defendants' most recent letter and is consistent with the process discussed today in court.

We are grateful for the Court's consideration of this matter.

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
NATIONAL OFFICE
125 BROAD STREET, 18ᵗʰ FL.
NEW YORK, NY 10004-2400
T/212.549.2644
F/212.549.2580
WWW.ACLU.ORG

OFFICERS AND DIRECTORS
SUSAN N. HERMAN
*PRESIDENT*

ANTHONY D. ROMERO
*EXECUTIVE DIRECTOR*

RICHARD ZACKS
*TREASURER*

                        Sincerely,

                        */s/ Laurence M. Schwartztol*

                        Laurence M. Schwartztol

This schedule is accepted.
So Ordered
Dated: May 13, 2014

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge