UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEVERLY ADKINS, CHARMAINE WILLIAMS, REBECCA PETTWAY, RUBBIE McCOY, WILLIAM YOUNG, on behalf of themselves and all others similar situated, and MICHIGAN LEGAL SERVICES<br><br>Plaintiffs,<br><br>-against-<br><br>MORGAN STANLEY, MORGAN STANLEY & CO. LLC, MORGAN STANLEY ABS CAPITAL I INC., MORGAN STANLEY MORTGAGE CAPITAL INC., and MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC,<br><br>Defendants. | INDEX NO.  12-CIV-7667 (HB) (GWG)<br><br>**PLAINTIFFS' MOTION TO FILE LETTER AND EXHIBITS UNDER SEAL** |

Pursuant to Paragraph 12.1 of the parties' Stipulated Proposed Amended Protective Order entered by the Court in this action on March 25, 2013, ECF No. 44 (the "Protective Order"), Plaintiffs hereby move for entry of an order granting leave to file under seal an unredacted version of Plaintiffs' May 15, 2014 letter to the Honorable Gabriel W. Gorenstein, and Exhibits B-I thereto.  That letter is submitted in further support of Plaintiffs' motion to compel Defendants to produce certain discovery materials in the possession of the Massachusetts Attorney General.

1.  Pages 7-12 of Plaintiffs' letter to the Court contain discussion of and citation to deposition testimony by 8 Morgan Stanley witnesses, in which those witnesses discuss discovery materials that have, pursuant to the Protective Order, been deemed confidential by Defendants.

2. Exhibits B-I to Plaintiffs' letter to the Court are excerpts of the deposition transcripts referenced in paragraph 1, above.

3. In the event that the Court directs that these materials be filed under seal, Plaintiffs will file a sealed copy of the above materials with the Clerk of the Court via ECF.

4. Plaintiffs intend to challenge the designation as confidential of all relevant materials pursuant to Paragraph 12.2 of the Protective Order.

WHEREFORE, Plaintiffs respectfully request that the Court issue an Order permitting Plaintiffs to file an unredacted version of their May 15, 2014 letter to the Honorable Gabriel W. Gorenstein, and Exhibits B-I thereto, under seal.

Dated: May 15, 2014

Respectfully submitted,

By:        /s/
Rachel E. Goodman

Dennis D. Parker
Laurence M. Schwartztol
Rachel E. Goodman
Peter W. Beauchamp
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
Facsimile: (212) 549-2651

Elizabeth J. Cabraser
Michael W. Sobol
LIEFF CABRASER HEIMANN AND BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Rachel Geman
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Stuart T. Rossman
Charles M. Delbaum
Arielle Cohen
THE NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, 4th Floor
Boston, MA 02210
Telephone: (617) 542-8010
Facsimile: (617) 542-8028

Michael J. Steinberg
Kary L. Moss
AMERICAN CIVIL LIBERTIES UNION FUND OF MICHIGAN
2966 Woodward Avenue
Detroit, MI 48201
Telephone: (313) 578-6814
Facsimile: (313) 578-6811

*Counsel for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2014, I electronically filed the foregoing with the Clerk of the Court for the Southern District of New York, via the CM/ECF system.  Case participants who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated:  May 15, 2014

By:           /s/
      Rachel E. Goodman

*Counsel for Plaintiffs and the Proposed Class*