# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEVERLY ADKINS, CHARMAINE WILLIAMS, REBECCA PETTWAY, RUBBIE McCOY, WILLIAM YOUNG, on behalf of themselves and all others similarly situated, and MICHIGAN LEGAL SERVICES,<br><br>Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY, MORGAN STANLEY & CO. LLC, MORGAN STANLEY ABS CAPITAL I INC., MORGAN STANLEY MORTGAGE CAPITAL INC., and MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC,<br><br>Defendants. | 1:12-cv-7667-HB-GWG |

### DECLARATION OF CORIN R. SWIFT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL

I, Corin R. Swift, declare as follows:

1. I am an attorney with the law firm Sidley Austin LLP. I have personal knowledge of the facts set forth in this declaration. The facts set forth are true to the best of my knowledge and recollection. If called as a witness, I could and would testify as set forth below.

2. From September 2000 to April 2013, I was an attorney with the law firm Bingham McCutchen LLP.

3. Bingham McCutchen LLP represented Morgan Stanley in connection with an investigation by the Massachusetts Attorney General's Office (MAAG) into the financing, purchase, and securitization of allegedly unfair residential mortgage loans in the Commonwealth of Massachusetts.

1

4.  In late 2009 and early 2010, the MAAG took testimony from ten current or former Morgan Stanley employees who I understand are document custodians in this case. At the time of their testimony, six of the witnesses were current employees and four were former employees. Of the six then-current employees, two are now former employees. Bingham McCutchen LLP represented all ten of the witnesses with respect to their testimony. Two of the witnesses testified in late 2009. The other eight testified in early 2010.

5.  One of the witnesses from whom the MAAG took testimony in late 2009 was Frank Telesca, a current Morgan Stanley employee. On November 19, 2009, Frances Cohen and I, attorneys at Bingham McCutchen LLP, requested a copy of Mr. Telesca's MAAG transcript. Owen Lefkon, Assistant Attorney General, Insurance and Financial Services Division, responded to our request by stating that although the MAAG would permit Mr. Telesca to review the transcript at the MAAG's offices, the MAAG would not permit Mr. Telesca, his counsel, or Morgan Stanley to possess a copy of the transcript.

6.  The MAAG Office repeatedly reaffirmed this position for the other witnesses from whom they took testimony represented by Bingham McCutchen LLP.

7.  To the best of my knowledge, the MAAG has not released the transcripts of the testimony of any of the current or former Morgan Stanley employees who Bingham McCutchen LLP represented who testified in the MAAG investigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 20, 2014.

_____
Corin R. Swift