Case 1:12-cv-07667-HB-GWG   Document 114   Filed 06/03/14   Page 1 of 1

Case 1:12-cv-07667-HB-GWG   Document 113   Filed 06/02/14   Page 1 of 1

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/14
```

**WILMERHALE**

June 2, 2014

**By ECF and By Hand**

Noah Levine
+1 212 230 8875 (t)
+1 212 230 8888 (f)
noah.levine@wilmerhale.com

Honorable Judge John F. Keenan
United States District Court
U.S. Courthouse
500 Pearl Street, Room 1930
New York, New York 10007-1312

Re: *Adkins et al. v. Morgan Stanley et al.*, No. 1:12-cv-7667 (HB)

Dear Judge Keenan:

The parties jointly submit this letter seeking time-sensitive relief in this civil case. We present this request to you in your role as the Part I judge because the case has no presiding district court judge, and awaits reassignment, after Judge Baer's passing last week.

The parties jointly request a stay of the impending class certification briefing and expert disclosure deadlines until the case is reassigned and the parties are able to hold a case management conference with the new judge assigned to the matter. Under the current schedule, Plaintiffs' class certification motion, supporting memorandum, and expert disclosures are due this week, on June 8, 2014, and Defendants' opposition to that motion and expert disclosures are due July 14, 2014. The parties agree that both sides need additional time to adequately prepare their class certification submissions and expert disclosures. Both sides also seek to ensure that the briefing schedule is consistent with the overall case management and pretrial schedule views of the judge assigned to the case. For those reasons, the parties have agreed to propose a schedule implementing reasonable expansions of time for both sides. The parties intend to present a joint proposal to the new judge, after the Court has reassigned this case.

We thank you for your consideration of this matter.

Respectfully submitted,

*[handwritten annotation: Class certification briefing and expert disclosure deadlines are extended to June 20 without prejudice to application to the transferee / new judge.]*

Noah Levine
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
*Attorneys for Defendants Morgan Stanley et al.*

Laurence M. Schwartztol
American Civil Liberties Union
125 Broad Street
18th Floor
New York, NY 10004
*Attorneys for Plaintiffs Adkins et al.*

SO ORDERED.

*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

June 2, 2014

cc: Plaintiffs' counsel (email)

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington