UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
BEVERLY ADKINS, CHARMAINE :
WILLIAMS, REBECCA PETTWAY, RUBBIE :
McCOY, WILLIAM YOUNG, on behalf of :
themselves and all others similarly situated, and :
MICHIGAN LEGAL SERVICES, :
                             Plaintiffs, :
                                      :     12-CV-7667 (VEC)
        -against- :
                                      :         ORDER
MORGAN STANLEY, MORGAN STANLEY & :
CO. LLC, MORGAN STANLEY ABS CAPITAL :
I INC., MORGAN STANLEY MORTGAGE :
CAPITAL INC., and MORGAN STANLEY :
MORTGAGE CAPITAL HOLDINGS LLC, :
                             Defendants. :
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2014

VALERIE CAPRONI, District Judge:

      WHEREAS this case has been assigned to me for all purposes, it is hereby,

      ORDERED that counsel review and comply with the Court's Individual Practices in Civil Cases (available at the Court's website, http://nysd.uscourts.gov/judge/Caproni).

      Counsel are further directed to submit a joint letter to the Court no later than **June 17, 2014** and appear for a status conference on **June 19, 2014 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The parties should append the most recent complaint and the most recent scheduling order to the status letter. The letter must be filed on ECF in accordance with the Individual Practices. The status letter may not exceed 5 pages and must include the following:

1. A brief statement of the nature of the case, the principal claims and defenses, and the major legal and factual issues that are most important to resolving the case;

2. A brief statement by the plaintiff, or by the defendant in removed cases, as to the basis of subject matter jurisdiction and venue, and a brief statement by each other party as to the presence or absence of subject matter jurisdiction and venue. Statements shall include citations to relevant statutes.  In cases invoking the Court's diversity jurisdiction, the parties must state both the place of incorporation and the principal place of business of each party that is a corporation, and the citizenship of all members, shareholders, partners, and/or trustees of each party that is a partnership, limited partnership, limited liability company, or trust;

3. A brief description of any (i) motions that have been made and decided, (ii) motions that any party seeks or intends to file, including the principal legal and other grounds in support of and opposition to the motion, (iii) pending motions and (iv) other applications that are expected to be made at the status conference;

4. A brief description of any discovery that has already taken place, and a brief description of any discovery that the parties intend to take in the future;

5. A statement of procedural posture and upcoming deadlines;

6. A statement describing the status of any settlement discussions and whether the parties would like a settlement conference; and

7. Any other information the parties believe may assist the Court in resolving the action.

Unless notified otherwise by the Court, the parties should presume that any Scheduling Order, Case Management Plan, or deadlines remain in effect notwithstanding the case's transfer. Any request for an extension or adjournment shall be made by letter as provided in Rule 1C of

the Court's Individual Practices and must be received at least 48 hours before the deadline or conference.

**SO ORDERED.**

**Date: June 11, 2014**
**New York, NY**

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**