```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
BEVERLY ADKINS, CHARMAINE              :
WILLIAMS, REBECCA PETTWAY, RUBBIE      :
McCOY, WILLIAM YOUNG, on behalf of     :
themselves and all others similarly situated, and :
MICHIGAN LEGAL SERVICES,               :
                         Plaintiffs,   :
                                       :
              -against-                :
                                       :
MORGAN STANLEY, MORGAN STANLEY &       :
CO. LLC, MORGAN STANLEY ABS CAPITAL    :
I INC., MORGAN STANLEY MORTGAGE        :
CAPITAL INC., and MORGAN STANLEY       :
MORTGAGE CAPITAL HOLDINGS LLC,         :
                         Defendants.   :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/19/2014

12-CV-7667 (VEC)

ORDER

VALERIE CAPRONI, District Judge:

WHEREAS the parties appeared for a conference before the Court on June 19, 2014; it is hereby ORDERED:

1. Plaintiffs' response to Defendants' objections to Magistrate Judge Gorenstein's May 27, 2014 discovery order shall be filed by July 2, 2014.  Defendants' reply in further support of their objections shall be filed by July 14, 2014.

2. As previously ordered, Plaintiffs shall move for class certification and disclose expert witnesses by June 27, 2014.  Plaintiffs shall also make their experts and declarants not previously identified as potential witnesses available for deposition by July 18, 2014.  Defendants' opposition to class certification and disclosure of expert witnesses is due September 11, 2014.  Defendants shall make their experts and declarants not previously identified as potential witnesses available for deposition by October 1, 2014.  Plaintiffs' reply in further support of class certification is due November 26, 2014.  Page limits for

briefing class certification are extended to 35 pages for Plaintiffs' opening brief, 35 pages for Defendants' opposition brief, and 20 pages for Plaintiffs' reply brief. Plaintiffs' submission of exhibits under seal in connection with their class certification motion because of Defendants' confidentiality designations shall not prejudice a later application challenging that designation and the basis for sealing.

3. The deadline for summary judgment motions and the trial-ready date are adjourned *sine die*. Defendants shall move for summary judgment only after Plaintiffs' class certification motion is resolved.

4. Defendants' motion to seal certain exhibits filed in connection with their opposition to Plaintiffs' motion to amend the scheduling order in this case (ECF No. 82) is DENIED without prejudice to renewal. Defendants shall publicly file those exhibits on ECF by June 27, 2014 unless they have renewed their motion to seal by that date.

5. Defendants shall review their previous submissions to the Court and any confidentiality designations applied to those submissions to confirm the necessity of filing under seal. Defendants shall submit a letter to the Court by July 18, 2014 confirming that they have done so and indicating whether any documents shall be unsealed pursuant to this reevaluation.

**SO ORDERED.**

**Date: June 19, 2014**
**New York, NY**

　　　　　　　　　　　　　　　　　　　　　　　*Valerie Caproni*
**VALERIE CAPRONI**
**United States District Judge**