WILMERHALE

July 18, 2014

**David W. Ogden**

+1 202 663 6440 (t)
+1 202 663 6363 (f)
david.ogden@wilmerhale.com

**By ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re:     *Adkins et al. v. Morgan Stanley et al.*, No. 1:12-cv-7667 (VEC) (GWG)

Your Honor:

      Defendants submit this letter to notify the Court that, in accordance with your order dated June 19, 2014, we have reviewed the documents that are currently under seal because they were designated confidential or discussed discovery materials designated confidential.[1]  As noted in our June 27 letter to the Court, Defendants respectfully note that documents filed in connection with a discovery motion are not judicial documents subject to a public right of access.  (*See* ECF No. 126.)  Nonetheless, based on our review, Defendants do not believe that it is necessary that the documents currently under seal remain so.

      Respectfully submitted,

      */s/* David W. Ogden_____

      David W. Ogden

cc: Plaintiffs' counsel (via ECF)

---

[1]     Those documents are Exhibits B and C to Plaintiffs' April 15, 2014 letter to the Court, Exhibits B through I to Plaintiffs' May 15, 2014 letter to the Court, and Exhibits B through J to Defendants' May 20, 2014 letter to the Court.  In addition, portions of Plaintiffs' May 15 letter and Defendants' May 20 letter were filed under seal.