UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2014

BEVERLY ADKINS, CHARMAINE WILLIAMS, REBECCA PETTWAY, RUBBIE McCOY, WILLIAM YOUNG, on behalf of themselves and all others similarly situated, and MICHIGAN LEGAL SERVICES,

               Plaintiffs,

v.

MORGAN STANLEY, MORGAN STANLEY & CO. LLC, MORGAN STANLEY ABS CAPITAL I INC., MORGAN STANLEY MORTGAGE CAPITAL INC., and MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC,

               Defendants.

No. 1:12-cv-7667

**NOTICE OF WITHDRAWAL OF BRIAN M. BOYNTON AS COUNSEL FOR DEFENDANTS AND [PROPOSED] ORDER**

PLEASE TAKE NOTICE that Brian M. Boynton hereby withdraws as counsel for Defendants in this action. Defendants continue to be represented by other counsel from Wilmer Cutler Pickering Hale and Dorr LLP.

Mr. Boynton is not asserting a retaining or charging lien.

Dated: September 19, 2014

                           Respectfully submitted,

                           /s/ Brian M. Boynton

                           Noah A. Levine
                           Colin T. Reardon
                           WILMER CUTLER PICKERING HALE AND DORR LLP
                           7 World Trade Center
                           250 Greenwich Street
                           New York, NY 10007
                           Tel.: (212) 230-8800
                           Fax: (212) 230-8888

noah.levine@wilmerhale.com,
colin.reardon@wilmerhale.com

David W. Ogden (*admitted pro hac vice*)
Brian M. Boynton (*admitted pro hac vice*)
Danielle Y. Conley (*admitted pro hac vice*)
Skye L. Perryman (*admitted pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
david.ogden@wilmerhale.com,
brian.boynton@wilmerhale.com,
danielle.conley@wilmerhale.com
skye.perryman@wilmerhale.com

*Counsel for Defendants*

The Clerk of Court is respectfully requested to update the docket to reflect Mr. Boynton's withdrawal from the action.

**SO ORDERED**

/s/ Valerie Caproni
Hon. Valerie E. Caproni

Dated: September 23, 2014