UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   9/25/2014

BEVERLY ADKINS, CHARMAINE WILLIAMS,
REBECCA PETTWAY, RUBBIE McCOY,
WILLIAM YOUNG and MICHIGAN LEGAL
SERVICES, on behalf of themselves and all others
similar situated,

           Plaintiffs,

           -against-

MORGAN STANLEY, MORGAN STANLEY &
CO. LLC, MORGAN STANLEY ABS CAPITAL I
INC., MORGAN STANLEY MORTGAGE
CAPITAL INC., and MORGAN STANLEY
MORTGAGE CAPITAL HOLDINGS LLC,

           Defendants.

CASE NO. 12-cv-7667-VEC

Hon. Valerie E. Caproni

## ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL

Before the Court is the Motion for Leave to Withdraw as Counsel for Plaintiffs by Peter

W. Beauchamp. After considering the Motion and the arguments in regard thereto, the Court is

of the opinion that the Motion should be granted.

It is therefore ORDERED, ADJUDGED, AND DECREED that Peter W. Beauchamp has

withdrawn as counsel for Plaintiffs in this action.

Signed this   25th   day of   September  , 2014.


_____
Hon. Valerie E. Caproni
United States District Judge
Southern District of New York