# MEMO ENDORSED

# WilmerHale

September 30, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/02/2014

**Noah Levine**

+1 212 230 8875 (t)
+1 212 230 8888 (f)
noah.levine@wilmerhale.com

**By ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re:  *Adkins et al. v. Morgan Stanley et al.*, No. 1:12-cv-7667 (VEC) (GWG)

Your Honor:

      Defendants in the above-captioned matter intend to file a *Daubert* motion regarding Professor Patricia A. McCoy's expert opinions and a portion of Dr. Ian Ayres' expert opinion, which were submitted in support of Plaintiffs' motion for class certification (Dkt. Nos. 130 and 131).  The parties have conferred regarding scheduling for briefing on Defendants' intended motion and jointly submit this proposed briefing schedule:

- Defendants shall file their *Daubert* motion and opening brief in support of their motion by Wednesday, November 5, 2014;

- Plaintiffs shall file their opposition to Defendants' *Daubert* motion by Wednesday, November 26, 2014; and

- Defendants shall file their reply in further support of their *Daubert* motion by Wednesday, December 10, 2014.

The parties agreed to propose the above schedule to allow for Plaintiffs to submit their brief in opposition to the *Daubert* motion on the same day that they submit their reply brief in further support of their motion for class certification (*i.e.*, November 26, 2014).

Respectfully submitted,

*/s/ Noah A. Levine*

Noah A. Levine
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
*Attorneys for Defendants Morgan Stanley et al.*

*/s/ Laurence M. Schwartztol*

Laurence M. Schwartztol
American Civil Liberties Union
125 Broad Street
18th Floor
New York, NY 10004
*Attorneys for Plaintiffs Adkins et al.*

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington

WILMERHALE

Honorable Valerie E. Caproni
September 30, 2014
Page 2

cc:    Plaintiffs' counsel (via ECF)

Application GRANTED.  Defendants shall file their Daubert motion and opening brief in support of their motion by November 5, 2014.  Plaintiffs shall file their opposition by November 26, 2014.  Defendants shall file their reply by December 10, 2014.

SO ORDERED.

*Valerie Caproni* (signature)

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Date: 10/02/2014