

**LAURENCE M. SCHWARTZTOL**
STAFF ATTORNEY
RACIAL JUSTICE PROGRAM
T/212.519.7849.
LSCHWARTZTOL@ACLU.ORG

October 23, 2014

**VIA ECF**

Hon. Valerie E. Caproni
U.S. District Court
40 Foley Square
New York, NY 10007

**AMERICAN CIVIL LIBERTIES
UNION FOUNDATION**
NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2500
WWW.ACLU.ORG

Re:   *Adkins et al. v. Morgan Stanley et al.*, No. 1:12-cv-7667 (VEC) (GWG)

Dear Judge Caproni,

I represent the Plaintiffs in this civil rights action. Pursuant to the Court's October 2, 2014 Order (ECF 185) ("the Order"), I write to publicly file the documents previously filed under seal or in substantially redacted form in support of Plaintiffs' motion for class certification. *See* ECF Nos. 128-132. The documents submitted with this letter contain the limited redactions referenced in the Order. The attached appendix indicates how each of the exhibits submitted herewith corresponds to documents previously filed under seal or in substantially redacted form.

Sincerely,

Laurence M. Schwartztol

1

**Appendix 1**

| Exhibit to this Filing: | Docket Number of Corresponding Document Provisionally Filed Under Seal or in Substantially Redacted Form: | Document Name: |
|---|---|---|
| Exhibit 1 | ECF 128 | Plaintiffs' Memorandum in Support of Motion for Class Certification. |
| Exhibit 2 | ECF 129, Ex. 1 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 1: Excerpts from New Century 10-K, 12/31/2004). |
| Exhibit 3 | ECF 129, Ex. 2 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 2: New Century Discussion Materials, 11/2004). |
| Exhibit 4 | ECF 129, Ex. 3 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 3: Warehouse Financing Proposal Review, 09/2004). |
| Exhibit 5 | ECF 129, Ex. 4 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 4: W. Licata Deposition Excerpts, 06/19/2014). |
| Exhibit 6 | ECF 129, Ex. 5 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 5: Warehouse Financing Proposal Review, 06/30/2004). |
| Exhibit 7 | ECF 129, Ex. 6 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 6: E-mail from A. Neuberger, 10/24/2006). |
| Exhibit 8 | ECF 129, Ex. 7 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 7: E-mail from C. Phillips, 11/23/2004). |

| Exhibit 9 | ECF 129, Ex. 8 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 8: C. Phillips Deposition Excerpts, 05/28/2014). |
|---|---|---|
| Exhibit 10 | ECF 129, Ex. 9 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 9: E-mail from C. Phillips, 11/23/2004). |
| Exhibit 11 | ECF 129, Ex. 10 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 10: E-mail from A. Lee, 04/08/2005). |
| Exhibit 12 | ECF 129, Ex. 11 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 11: Document titled Project Tiger, 09/10/2004). |
| Exhibit 13 | ECF 129, Ex. 12 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 12: E-mail from A. Neuberger, 11/08/2004). |
| Exhibit 14 | ECF 129, Ex. 13 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 13: B. Davis Deposition Excerpts, 02/25/2014) |
| Exhibit 15 | ECF 129, Ex. 14 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 14: A. Peterson Deposition Excerpts, 02/27/2014). |
| Exhibit 16 | ECF 129, Ex. 15 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 15: K. Gilly FHFA Deposition Excerpts, 07/15/2014). |
| Exhibit 17 | ECF 129, Ex. 16 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 16: E-mail from C. Phillips, 01/05/2005). |
| Exhibit 18 | ECF 129, Ex. 17 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 17: E-mail from B. Davis, 01/05/2004). |
| Exhibit 19 | ECF 129, Ex. 18 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 18: Excerpts from New Century 8-K, 03/02/2007). |

| Exhibit 20 | ECF 129, Ex. 19 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 19: A. Neuberger Deposition Excerpts, 05/05/2014). |
|---|---|---|
| Exhibit 21 | ECF 129, Ex. 20 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 20: New Century 8-K/A, 03/13/2007). |
| Exhibit 22 | ECF 129, Ex. 21 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 21: Bankruptcy Examiner Interview of P. Dodge, (01/11/2008). |
| Exhibit 23 | ECF 129, Ex. 22 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 22: P. Lindsay Deposition Excerpts, 04/02/2014). |
| Exhibit 24 | ECF 129, Ex. 23 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 23: S. Shapiro Deposition Excerpts, 04/02/2014). |
| Exhibit 25 | ECF 129, Ex. 24 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 24: F. Telesca Deposition Excerpts, 04/03/2014). |
| Exhibit 26 | ECF 129, Ex. 25 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 25: E-mail from V Vanacker, 12/07/2005). |
| Exhibit 27 | ECF 129, Ex. 26 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 26: E-mail from F. Telesca, 11/07/2005). |
| Exhibit 28 | ECF 129, Ex. 27 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 27: K. Cloyd Deposition Excerpts, 04/04/2014). |
| Exhibit 29 | ECF 129, Ex. 28 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 28: Bankruptcy Examiner Interview of B. McKay, 01/29/2008). |
| Exhibit 30 | ECF 129, Ex. 29 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 29: Bankruptcy Examiner Interview of D. Lange, 01/25/2008). |

| Exhibit 31 | ECF 129, Ex. 30 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 30: Bankruptcy Examiner Interview of P. Zalle, 11/17/2007). |
|---|---|---|
| Exhibit 32 | ECF 129, Ex. 31 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 31: Bankruptcy Examiner Interview of P. Flanigan, 11/21/2007). |
| Exhibit 33 | ECF 129, Ex. 32 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 32: Bankruptcy Examiner Interview of S. Lemon, 10/07/2007). |
| Exhibit 34 | ECF 129, Ex. 33 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 33: E-mail from S. Shapiro, 01/28/2005). |
| Exhibit 35 | ECF 129, Ex. 34 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 34: E-mail from R. Mocco with attached Warehouse Lending Procedures, 03/08/2005). |
| Exhibit 36 | ECF 129, Ex. 35 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 35: Warehouse Financing Proposal Review, 11/16/2005). |
| Exhibit 37 | ECF 129, Ex. 36 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 36: D. Goodman Deposition Excerpts, 03/07/2014). |
| Exhibit 38 | ECF 129, Ex. 37 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 37: E-mail from A. Neuberger, 03/28/2005). |
| Exhibit 39 | ECF 129, Ex. 38 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 38: Master Loan and Security Agreement, 03/01/2005). |
| Exhibit 40 | ECF 129, Ex. 39 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 39: Master Repurchase Agreement, 04/19/2006). |
| Exhibit 41 | ECF 129, Ex. 40 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 40: E-mail from S. Shapiro, 04/17/2006). |

| Exhibit 42 | ECF 129, Ex. 41 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 41: Warehouse Lending Group Procedures Manual 2006). |
|---|---|---|
| Exhibit 43 | ECF 129, Ex. 42 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 42: E-mail from A. Neuberger, 08/29/2005). |
| Exhibit 44 | ECF 129, Ex. 43 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 43: E-mail from R. Travis, 03/21/2007). |
| Exhibit 45 | ECF 129, Ex. 44 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 44: V. Vanacker Deposition Excerpts, 03/12/2014). |
| Exhibit 46 | ECF 129, Ex. 45 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 45: E. Kaplan Deposition Excerpts, 03/14/2014). |
| Exhibit 47 | ECF 129, Ex. 46 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 46: New Century Capital Corporation Bid Terms, 03/2006). |
| Exhibit 48 | ECF 129, Ex. 47 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 47: E-mail from S. Shapiro, 08/30/2004). |
| Exhibit 49 | ECF 129, Ex. 48 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 48: E-mail from V. Vanacker, 11/24/2004). |
| Exhibit 50 | ECF 129, Ex. 49 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 49: E-mail from A. Peterson, 10/21/2005). |
| Exhibit 51 | ECF 129, Ex. 50 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 50: E-mail from E. Garrison, 09/25/2006). |
| Exhibit 52 | ECF 129, Ex. 51 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 51: E-mail from L. Del Rio, 01/10/2007). |

| Exhibit 53 | ECF 129, Ex. 52 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 52: E-mail from P. Barrow, 05/25/2006). |
|---|---|---|
| Exhibit 54 | ECF 129, Ex. 53 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 53: E-mail from K. Gilly, 04/21/2005). |
| Exhibit 55 | ECF 129, Ex. 54 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 54: E-mail from P. Barrow, 03/29/2006). |
| Exhibit 56 | ECF 129, Ex. 55 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 55: E-mail from M. Atadika, 12/08/2005). |
| Exhibit 57 | ECF 129, Ex. 56 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 56: P. Barrow Deposition Excerpts, 06/02/2014). |
| Exhibit 58 | ECF 129, Ex. 57 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 57: New Century Interoffice Memorandum, 02/12/2004). |
| Exhibit 59 | ECF 129, Ex. 58 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 58: E-mail from B. Davis, 09/30/2004). |
| Exhibit 60 | ECF 129, Ex. 59 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 59: Morgan Stanley Bulk Due Diligence Procedures, 12/13/2007). |
| Exhibit 61 | ECF 129, Ex. 60 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 60: Morgan Stanley Mortgage Appraisal Review System PowerPoint). |
| Exhibit 62 | ECF 129, Ex. 61 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 61: E-mail from T. Smith, 03/30/2006). |
| Exhibit 63 | ECF 129, Ex. 62 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 62: E-mail from S. Shapiro, 10/04/2005). |

| Exhibit 64 | ECF 129, Ex. 63 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 63: E-mail from K. Weiss, 01/26/2007). |
|---|---|---|
| Exhibit 65 | ECF 129, Ex. 64 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 64: E-mail from B. Davis, 11/01/2006). |
| Exhibit 66 | ECF 129, Ex. 65 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 65: E-mail from K. Gilly with Final Tieout Summary attachment, 02/21/2007). |
| Exhibit 67 | ECF 129, Ex. 66 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 66: E-mail from P. Barrow, 11/16/2006). |
| Exhibit 68 | ECF 129, Ex. 67 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 67: E-mail from B. Pearson, 08/11/2004). |
| Exhibit 69 | ECF 129, Ex. 68 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 68: B. Adkins New Century Loan, 04/28/2004). |
| Exhibit 70 | ECF 129, Ex. 69 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 69: C. Williams New Century Loan, 04/22/2005). |
| Exhibit 71 | ECF 129, Ex. 70 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex, 70: R. Pettway New Century Loan, 05/13/2004). |
| Exhibit 72 | ECF 129, Ex. 71 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 71: R. McCoy New Century Loan, 07/31/2006). |
| Exhibit 73 | ECF 129, Ex. 72 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 72: W. Young New Century Loan, 11/03/2005). |
| Exhibit 74 | ECF 129, Ex. 73 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 73: C. Williams New Century Loan, 05/09/2003). |

| Exhibit 75 | ECF 129, Ex. 74 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 74: B. Adkins Deposition Excerpts, 03/19/2014). |
| --- | --- | --- |
| Exhibit 76 | ECF 129, Ex. 75 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 75: R. Pettaway Deposition Excerpts, 03/18/2014). |
| Exhibit 77 | ECF 129, Ex. 76 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 76: R. McCoy Deposition Excerpts, 03/17/2014). |
| Exhibit 78 | ECF 129, Ex. 77 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 77: C. Williams Deposition Excerpts, 03/19/2014). |
| Exhibit 79 | ECF 129, Ex. 78 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 78: W. Young Deposition Excerpts, 03/18/2014). |
| Exhibit 80 | ECF 129, Ex. 79 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 79: B. Adkins Appraisal). |
| Exhibit 81 | ECF 129, Ex. 80 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 80: C. Williams Appraisal). |
| Exhibit 82 | ECF 129, Ex. 81 | Declaration of Nicole D. Sugnet in Support of Plaintiffs' Motion for Class Certification (Ex. 81: W. Young Appraisal). |
| Exhibit 83 | ECF 130 | Expert Opinion of Patricia A. McCoy in Support of Class Certification. |
| Exhibit 84 | ECF 131 | Expert Opinion of Ian Ayres in Support of Class Certification. |
| Exhibit 85 | ECF 132 | Expert Opinion of Geoffery A. Oliver in Support of Class Certification. |