# Exhibit 9:

# Previously filed under seal as Ex. 8 to N. Sugnet Declaration (Docket No. 129)

CONFIDENTIAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------

BEVERLY ADKINS, et al.,

Plaintiffs,

vs. Case No. 1:12-cv-7667

MORGAN STANLEY, et al.,

Defendants.

------------------------------------------

* * * CONFIDENTIAL * * *

VIDEOTAPED DEPOSITION OF CRAIG PHILLIPS

Wednesday, May 28, 2014

10:18 a.m.

Reported by:

Joan Ferrara

Phillips - Confidential

point, you write, "Entire management team is extremely pleased with the partnership with Morgan Stanley. While they don't keep specific metrics, we are clearly their largest and most important counter-party."

Do you have any reason to doubt the accuracy of that statement?

MR. LEVINE: Objection.

A No.

Q And do you have any reason to doubt that it was your view at the time you drafted this memo?

A Yes, I believe it's my view.

Q Okay.

When you refer in the first sentence of that bullet to the entire management team, are you referring to the individuals listed above under the heading meetings with?

A That list of people would be the people that generally interact with Morgan Stanley across the different functions at New Century and would represent their senior management team.

Phillips - Confidential

C E R T I F I C A T E

STATE OF NEW YORK )

: ss

COUNTY OF QUEENS )

I, Joan Ferrara, a Notary Public within and for the State of New York, do hereby certify:

That CRAIG PHILLIPS, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 29th day of May, 2014.

________________________

JOAN FERRARA