# Exhibit 11:

# Previously filed under seal as Ex. 10 to

# N. Sugnet Declaration (Docket No. 129)

| | |
|---|---|
| **From:** | Lee, Amy (Institutional Securities Management) <Amy.Lee@morganstanley.com> |
| **Sent:** | Friday, April 08, 2005 5:51 PM |
| **To:** | Shapiro, Steven (FID) |
| **Cc:** | Carson, Adam (Institutional Securities Management) |
| **Subject:** | Materials for 2pm Call |
| **Attachments:** | New.Century-207212-25201975.pdf; New.Century.Financial-289792-25744806.ppt; NEW_CENTURY_FINANCIAL-Business_Plan-10-04-2004-35885-2573273.pdf |

Steve,
The attached are materials for the 2pm call regarding FRM Banks reviews. This should only take about 15 minutes. I will call you office at 2pm.
Best,
Amy

---

**From:** Lee, Amy (Institutional Securities Management)
**Sent:** Tuesday, March 15, 2005 9:52 AM
**To:** frm-newcenturyfinancial
**Subject:** New Century 2005 FRM Business Plan

**New Century FRM Team:**

Per the e-mail sent from Kirk, Steve, and Craig earlier, attached is the 2005 FRM Banks business plan template for New Century. I have pre-filled in as much information as I could, including current revenue and team information. **Please pay particular attention to page 3, where specific ERM product marketing responsibilities have been outlined.** FRM business reviews will be focused this year on driving new business opportunities and producing incremental revenue, particularly in the ERM space.

As always, Captains are responsible for working with their FRM and FRM teams to fill out the business plan - Captains, for your reference a copy of the 2004 FRM Business Plan has been posted to the Client Team Message Board on the FRM Dashboard. I will be sitting down with each of the Captains over the next few weeks to go over the plan in more detail and provide assistance/answer questions. In the mean time, **please begin getting your teams together and preparing the plan in advance of the business reviews in late April/early May.** We have set up team e-mail groups (notice the "To" line of this e-mail) to assist you in communications over the coming months.

Thanks very much, and please let me know if you have any questions or issues.
Best,
Amy



1

CONFIDENTIAL                                                                                                                    MS00885722

CONFIDENTIAL: PLEASE DO NOT DISTRIBUTE

# 2004 FRM Business Plan



NEW CENTURY FINANCIAL
Last Updated: 10/04/2004          Generated on: 10/4/2004

PLEASE NOTE: This plan identifies major client opportunities across all divisions, including IBD. HOWEVER, MATERIAL, NON-PUBLIC INFORMATION IS NOT DISCLOSED IN THIS BUSINESS PLAN. Material, non-public information is information that (i) has not been widely disseminated to the public and (ii) has a substantial likelihood of being important to a reasonable investor in making an investment decision. If there are any questions regarding these general guidelines or you require specific guidance, please contact Eugene Kwon in FRM Legal (3+762-7330).

Morgan Stanley

FRM Business Plan

## CONFIDENTIAL: PLEASE DO NOT DISTRIBUTE

### NEW CENTURY FINANCIAL

# Overview

### General Information

#### General Information

| | | | | Morgan Stanley Rank | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | IED | | FID | | IBD | |
| FRM Client | FRM Since | Revenue Rank | CRM Tier | Revenue Rank | CRM Tier | Revenue Rank | CRM Tier |
| NEW CENTURY FINANCIAL | 05/10/2003 | 0 | Not Available | 12 of 3561 | ⑤ | 290 of 1347 | ⑤ |

Morgan Stanley

4 October, 2004

2

**FRM Business Plan**

## CONFIDENTIAL: PLEASE DO NOT DISTRIBUTE

### NEW CENTURY FINANCIAL
## Overview
### FRM Coverage Team

### FRM Coverage Team

Coverage displayed below reflects FRM assignments to this client. These individuals are included in all FRM team email and voicemail groups. These individuals are also included in the FRM PE process. Questions on coverage should be directed to the regional FRM Directors: Americas - Vanessa Cheshire, Europe - Charles Scott/Claire Louise Taylor.

| Position | Name | Title | Email | Phone | Team Member Since |
|---|---|---|---|---|---|
| FRM | McDonnell, Gail | MD | Gail.McDonnell@morganstanley.com | +1 212 761-1880 | 04/27/2004 |
| Captain | Shapiro, Steven | ED | Steven.Shapiro@morganstanley.com | +1 212 761-2146 | 04/27/2004 |
| FID Division Leader | Chai, Peter | MD | Peter.Chai@morganstanley.com | +1 212 761-1868 | 08/10/2004 |
| FID Division Leader | Groesbeck, Jonathan | MD | Jonathan.Groesbeck@morganstanley.com | +1 415 576-2255 | 05/03/2004 |
| IBD Division Leader | Binnie, John | MD | John.Binnie@morganstanley.com | +1 212 761-6666 | 04/27/2004 |
| SPG Division Leader | Chai, Peter | MD | Peter.Chai@morganstanley.com | +1 212 761-1868 | 08/10/2004 |

CONFIDENTIAL                                                                 MS00885760

**FRM Business Plan**

## CONFIDENTIAL: PLEASE DO NOT DISTRIBUTE

### NEW CENTURY FINANCIAL

# Summary

### Client's Strategic Issues

### Client's Strategic Issues
*Articulate strategic and financial challenges facing this client for this year and beyond.*

- New Century Financial Corporation ("New Century") reported record per share earnings of $2.03 for 1Q04 with quarterly loan production of $8.4 Bn. New Century increased their annual loan production target to $36 Bn, increased 2004 EPS guidance to $7.50 - $8.00 and increased their quarterly cash dividend to $0.20 per share from $0.16 per share. They recently announced their decision to convert to a REIT structure and filed registration with the SEC to raise approximately $750 million in common equity.
- Challenges: New Century faces challenges in growing its volume while maintaining margins in a very competitive market. Competition is already causing a reduction in profit margins and as the interest rate environment becomes less favorable, competition from traditional prime lenders (i.e. Countrywide) may lead to further erosion of profit margins
- New Century also faces challenges in growing its capital base to support its portfolio growth strategy. New Century's goal is to have 50% of its earnings generated by portfolio income by 2005 and will require additional capital in order to achieve this goal. Market for raising capital is less favorable than a few months ago.
- Successfully managing from a C Corp to a REIT structure will also prove challenging given the need to manage cash between entities to ensure appropriate liquidity.
- Although we believe New Century can be self sufficient, REIT structure will likely make them more reliant on the equity capital markets to supplement the portfolio build out.

### Competitor Overview
*Please summarize Morgan Stanley's competitive positioning, overall, and for each business area. (e.g. Who are my competitors? Where does Morgan Stanley stand?)*

SPG: New Century's primary business is originating and selling subprime mortgages. New Century sells approximately 80% of its originations as whole loans and securitizes the remaining 20%. Morgan Stanley has had the largest market share position with New Century for the last 3 years. For 1Q04 Morgan Stanley had a 58% market share followed by Barclays 16%, CSFB 12%, RFC 8% and Goldman 6%. Morgan Stanley expects year end market share to be 40-50% with CSFB the second highest market share expected to be approximately 15%. For year end 2003 Morgan Stanley had a 44% market share vs. CSFB 17%, UBS, RFC, Goldman and Bear all had market shares less than 10%.

SPG: Morgan Stanley is the largest secured warehouse lender to New Century with a warehouse line of $1.5 Bn. Other large lenders include: UBS ($1 Bn), Bank of America ($.750 Bn) and CDC (0.570 Bn)

IBD: Jointly leading REIT equity offering ( not book running ). Anticipate a follow-on offering within 12 months that we believe we will book run. Limited

**Morgan Stanley**  4 October, 2004  4

CONFIDENTIAL                                                                                                   MS00885761

## CONFIDENTIAL: PLEASE DO NOT DISTRIBUTE

**FRM Business Plan**

**NEW CENTURY FINANCIAL**
## Summary (Cont'd)
### Relationship Plan

strategic work.
GCM: Limited opportunities.

### Relationship Plan
*Please describe this year's as well as the long-term relationship goals for this client. Has a C-level client audit been conducted within the past two years? Discuss future credit requirements.*

SPG: Morgan Stanley and New Century have a unique relationship in this sector. ==Morgan Stanley is involved in almost every strategic decision that New Century makes in securitized products.== Morgan Stanley's market share has increased in each of the last 3 years, peaking in the 1Q04 with a 58% market share. Our goals for this year are to purchase $1.0 - $1.5 Bn of whole loans per month from New Century and have a market share of 40-50%.
- Morgan Stanley also has the largest market share on an agented basis of lead managed deals for New Century. Our goal is to maintain and grow our #1 market share position with the account.
- Morgan Stanley has multiple senior relationships at New Century including: Bob Cole, Brad Morrice, Ed Gotschall, Patrick Flanagan, Kevin Cloyd, and Patti Dodge. New Century is a very competitive account that SPG has worked hard to increase market share. Since most business is done in a competitive environment our market share could be jeopardized by accounts willing to pay more for New Century's loans than we are willing to pay.

IBD: Deepen points of contact to ensure frequent quality contact with the senior members of the firm listed above.

CONFIDENTIAL: PLEASE DO NOT DISTRIBUTE

**FRM Business Plan**

NEW CENTURY FINANCIAL
## Goals / Accomplishments

| Division | Revenue ($MM) | | | | | Variance | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 2002 | 2003 | 2004 YTD | 2004 Annualized | 2004 Budget | 2004 YTD / 2004 Budget | 2004 Annualized / 2003 |
| FID | $7.7 | $20.4 | $21.0 | $28.0 | $11.5 | 182.6% | 137.3% |
| IBD | $5.4 | $18.3 | $2.2 | $2.2 | $15.0 | 14.7% | 12.1% |
| IED | $0.0 | $0.0 | $0.0 | $0.0 | $3.5 | 0.0% | 0.0% |
| Total | $13.1 | $38.7 | $23.2 | $30.2 | $30.0 | 77.4% | 78.0% |

### Market Share, Rank, Revenue and Profitability (Use of Resources) Goals
FRMs are responsible for setting and achieving market share, rank, revenue and profitability (i.e. effective use of Firm resources) goals for each FRM client. Please discuss goals for this client overall and specific business unit goals. Identify key continues.

For 2004, SPG has a revenue goal of $23.0 MM (gross revenue) equating to $12-15Bn worth of ABS league table business and a wallet share of 40-50% of its ABS business.
- Morgan Stanley continues to expand market share with the account and has continued to maintain and protect our #1 market share position.

IBD: Clearly move to be the most logical provider of equity capital and develop trusted advisor status.

### FRM Best Practices
FRMs are responsible for leading the innovation in solutions, content and process. Please describe any recent successes this team has had with clients, that other teams can learn from. Please note best practices will be summarized for distribution to other FRM teams.

Morgan Stanley and New Century have a unique relationship in this sector. Morgan Stanley has set the standard in the ABS home equity market for "dealer shelf deals" (deals in which we purchase loans from third party originators and securitize them off of a Morgan Stanley ABS Shelf). Our stringent due diligence process has set our program apart from other dealers and has resulted in investors paying a premium in the form of tighter bond spreads for our transactions and better liquidity for our transactions. Morgan Stanley has worked with New Century to incorporate many of our due diligence best practices into their origination process resulting in a better whole loan product that they have offered to the market place.

CONFIDENTIAL    MS00885763

**FRM Business Plan**

## CONFIDENTIAL: PLEASE DO NOT DISTRIBUTE
### NEW CENTURY FINANCIAL
### Action Items

| BU | Strategic Opportunity / Challenge | Top Priority | MS Pot. Rev. ($MM) | MS Prob. (%) | Due Date (Mo/Yr) | Main Client Contacts | Morgan Stanley Responsibility | Tactical Next Steps | Status Update | Status Complete |
|---|---|---|---|---|---|---|---|---|---|---|
| FID | Flow agreement for subprime whole loans through December 2004 | No | $4.0 | 25.0% | Dec/04 | Kevin Cloyd | Shapiro, Steven Groesbeck, Jonathan | Proposal submitted to client. Waiting on response | Most likely 2005 business. Company needs to meet REIT requirements for assets prior to focusing on future whole loan sales. | No |
| FID | ABS lead managed business | No | $2.5 | 100.0% | Sep/04 | Kevin Cloyd | Shapiro, Steven | Leading June deal. Will follow up on future deals after June deal closes. | Morgan Stanley successfully priced NCHET 2004-2 ($1.2 Bn - june) and NCHET 2004-3 ($2.4 bn - sept). The september transaction was the largest ABS transaction that New Century has ever done. Morgan Stanley was structuring lead on both transactions. | Yes |
| FID | Senior management dinner | No | $0.0 | 0.0% | Jan/04 | Bob Cole Brad Maurice Ed Goetchall | Shapiro, Steven Groesbeck, Jonathan | Successful senior management dinner held Feb 2004. Next dinner either end of 2004 or 1st quarter 2005 | Dinner currently scheduled for November. | No |
| IBD | Stay focused on equity offering and execute in first class way | No | $6.0 | 90.0% | Sep/04 | Bob Cole | Binnie, John | Execute | Deal was successfully priced on Oct. 1. Deal priced at $58 / share. Size was $ 780 MM pre-shoe, $900 MM post shoe. Transaction 2x oversubscribed with appoximately 80% inst / 20% retail. | Yes |

|     | Total Potential ($MM) | Probability Weighted Total ($MM) |
|-----|---|---|
| FID | $6.5 | $3.5 |
| GCM | $0.0 | $0.0 |
| IBD | $6.0 | $5.4 |

**Morgan Stanley**

4 October, 2004

7

CONFIDENTIAL  MS00885764

**FRM Business Plan**

## CONFIDENTIAL: PLEASE DO NOT DISTRIBUTE

### NEW CENTURY FINANCIAL
### Action Items (Cont'd)

| | | |
|---|---|---|
| IED | $0.0 | $0.0 |
| OTHER | $0.0 | $0.0 |
| PENSN | $0.0 | $0.0 |
| SPG | $0.0 | $0.0 |
| TREAS | $0.0 | $0.0 |
| **Firm Total** | **$12.5** | **$8.9** |

Morgan Stanley

4 October, 2004

8

CONFIDENTIAL                                                                                           MS00885765

**FRM Business Plan**

## CONFIDENTIAL: PLEASE DO NOT DISTRIBUTE



NEW CENTURY FINANCIAL
Relationships

| Contact Role | Business Card Title | Contact Name | Why This Person is Important to Morgan Stanley's Business | Comments / Event / Content Interests / Next Relationship Steps |
|---|---|---|---|---|
| Chief Executive Officer | Chairman of the Board and Chief Executive Officer | Cole, Robert K. | Role in M&A advice / Equity mandates / Co-founder of company and member of management team | Frequent interaction with Morgan Stanley |
| Chief Financial Officer | Vice Chairman & Chief Financial Officer | Gotschall, Edward F. | Role in awarding whole loan business/ Role in M&A advice / Equity mandates / Co-founder of company and member of management team | Frequent interaction with Morgan Stanley |
| Chief Operations Officer | Vice Chairman, President & COO | Morrice, Brad A. | Role in awarding whole loan business/ Role in M&A advice / Equity mandates / Co-founder of company and member of management team/ | Frequent interaction with Morgan Stanley |

CONFIDENTIAL  MS00885766

**FRM Business Plan**

## CONFIDENTIAL: PLEASE DO NOT DISTRIBUTE



NEW CENTURY FINANCIAL

### Content

### Content

Your team's answers to the following questions will be important in developing differentiating solutions and content for your client and Morgan Stanley. Your answers will be consolidated and reviewd by senior management. Themes will be discussed at an offsite. "I don't know" is an acceptable answer, but please consider adding this inquiry as a team action item.

### Lumpy Assets

One of the biggest profit generators to the Firm is making markets in lumpy, hard-to pry/move assets. Please identify any opportunities at this client as either a buyer or seller of lumpy assets (e.g. distressed loan portfolios, rescue financings, private equity assets, real estate holdings, hard assets such as planes or oil drilling equipment, etc.) If seller, please describe the nature of the assets to be sold. If potential buyer, please describe types of assets interested in and risk appetite.

Potential buyer of retail or internet based prime or subprime originator.

### China

China has emerged as an important opportunity for investors and Corporates globally. Please describe your client's sophistication and involvement either as an investor, manufacturer, supplier, or distributor to the Chinese economy. If your client has a clearly defined China strategy, what is it? If not, what uncertainties need to be resolved in developing a strategy?