# Exhibit 13:

# Previously filed under seal as Ex. 12 to

# N. Sugnet Declaration (Docket No. 129)

**From:** Neuberger, Andrew (FID) <Andrew.Neuberger@morganstanley.com>
**Sent:** Monday, November 08, 2004 5:42 PM
**To:** Phillips, Craig (FID)
**Subject:** FW: Updated New Century Presentation – Version 2
**Attachments:** NC Home Equity Presentation – Nov 2004 v2-2010624-198228855.ppt

Here is the final presentation.

Andy

**From:** Feeney, Ryan (FID)
**Sent:** Thursday, November 04, 2004 7:33 PM
**To:** Tufariello, Anthony (FID)
**Cc:** Shapiro, Steven (FID); Neuberger, Andrew (FID); Marschoun, Michael (FID)
**Subject:** Updated New Century Presentation – Version 2

All –

Attached please find the New Century presentation with all pages updated.  Please let us know if you have any comments on the presentation.

**Ryan Feeney**
Morgan Stanley
Phone: +1 212 761-4246
Ryan.Feeney@morganstanley.com



EXHIBIT

Phillips 3
5-28-14

1

CONFIDENTIAL

MS02337851

# New Century

## Discussion Materials

November 2004

Morgan Stanley

New Century

# Table of Contents

| | |
|---|---|
| **Section 1** | Executive Summary |
| **Section 2** | Response to Barron's Article on NCFC |
| **Section 3** | Collateral Comparison |
| **Section 4** | Performance |
| **Section 5** | MSA Level House Price Risk Evaluation |
| **Section 6** | Warehouse Due Diligence Process |
| **Section 7** | Stress Scenario Analysis |
| **Appendix A** | MSAC Due Diligence Overview |

Morgan Stanley

New Century

## Section 1

# Executive Summary

Morgan Stanley

New Century

## Executive Summary

# Executive Summary

- This presentation analyzes the points made in the Barron's article titled, "No Margin of Safety: Sub-prime lender New Century faces stiffer competition, risk of housing bubble," published on October 11, 2004

- The article mainly describes the issues that an equity holder of New Century stock needs to analyze before making their investment decision, but does not make any points that are not already fully incorporated in the fixed income markets for both whole loans and securities

- The points raised are not New Century specific, but are risk factors that every equity investor in the stocks of mortgage companies (i.e. Countrywide), banks (Washington Mutual), or specialty finance companies (New Century) needs to be aware of

- In the following pages, we will analyze the article as well go over the performance of the transactions that we have issued backed by New Century collateral dating back to 2001

Morgan Stanley

New Century

## Section 2
# Response to Barron's Article on NCFC

Morgan Stanley

New Century

**Response to Barron's Article on NCFC**

# Analysis of Barron's Article

- The first risk factor the article highlights is the 1998 liquidity crisis. There are fundamental differences in the industry today that mitigate the risk associated with such an occurrence

**Summary of Market in 1998**

- A significant number of firms entered the subprime lending business in the 1990's, driven by the ability to generate high profits through gain on sale accounting

- To inflate profits, lenders increased loan volume via lax underwriting and brokers churning loans

- The result was high losses and high prepayment speeds negatively affecting residuals booked from gain on sale accounting. Investors in the secondary market noticed these trends and stopped investing in the riskier tranches, causing MBS prices to drop dramatically in 1998

- Simultaneously, warehouse lenders began pulling lines and initiating significant margin calls. Subprime lenders could not meet the margin calls due to a cash negative business model, which did not allow them to retain cash to meet liquidity needs

**Summary of Market since 1998 – today**

- Since 1998 there has been a change in the business model eliminating the use of gain on sale accounting

- The change to whole loan sales strategy has generated cash earnings and strengthened the cash position of originators

- Since this whole loan sale strategy subjected sellers to a 100% 3rd party due diligence by each whole loan purchaser, it forced whole loan sellers to improve both the quality and consistency of their originations

- As the market has grown, lenders have chosen to originate at much tighter standards as evidenced by higher FICO scores and a decrease in low credit grades

- As a result of the changes above and the performance of the sector, the whole loan and securitization market has become incredibly liquid, with a much deeper investor base than in the late 1990s.

- On a typical whole loan package there are 8 – 10 bidders, with some packages having up to 15 bidders. Bidders consist of Wall Street firms, Banks, Mortgage Conduits and Mortgage Companies as well as hedge funds and end investors.

- Additionally, the securitization market has been extremely liquid with spreads currently at the tights of the year even after record issuance of approximately $450 billion.

Morgan Stanley

2

New Century

**Response to Barron's Article on NCFC**

# Analysis of Barron's Article
### Cont.

**Residuals**

- In today's market, residuals have more liquidity than at any other time in the history of the home equity market. There are many drivers of this liquidity including:
  - Structure of transactions
  - Quality of loans
  - Historical performance
  - Return on investment
- In 1998, the residuals that were created did not cash flow until certain structural triggers were met. Since the loans originated at this time did not perform well, many times the cashflows of these residuals were very back loaded, if they occurred at all
- The structure of deals today allows the residual to cash flow from day 1, and also make the residual cash flow a more desirable cash flow that many of the rated bonds above it due to the unique cash flow waterfall used in home equity transactions

**Developing accounting scandals at FNMA and the impact on the residential mortgage industry**

- FNMA problems centered on:
  - Deferral of expenses to meet bonuses
  - Cookie jar reserving to smooth earnings
  - Non-GAAP compliance with derivative accounting

  - It appears that the issues at FNMA are specific to the company itself and its "culture" to smooth earnings

Morgan Stanley

3

New Century

**Response to Barron's Article on NCFC**

# Analysis of Barron's Article

Cont.

### Poor loan underwriting (Money Store investment by First Union)

- The risk associated with poor loan underwriting has been mitigated by improvements brought on by the increased use of whole loan sales as an exit strategy

- Example provided was a very high risk 125% LTV – essentially partially unsecured – which is different from NCFC's product
  - Underwriting has dramatically improved since the liquidity crisis of 1998 as many originators were forced to turn to the whole loan market to sell their product
  - Since the whole loan market often requires 100% due diligence on all of the loans they purchase, it forced originators to improve on:
    - The quality of the underwriting
    - The consistency of the underwriting
    - The quality of the appraisals
- Morgan Stanley has purchased over $30 Bn of whole loan product from New Century and has had teams of due diligence professionals (both Morgan Stanley personnel and third party) in New Century's offices almost every month for the last 4 years performing loan level due diligence
  - Morgan Stanley has performed 100% appraisal review and 25 -35% credit / compliance review (on a mostly adverse sample basis) and has had a consistent pull through rate of between 94-95%
  - Because Morgan Stanley is such a large purchaser of loans from New Century, New Century has incorporated many of Morgan Stanley's best practices into their origination practices, including our valuation / appraisal practices, which has lead to greater consistency of product and a higher quality product vs. New Century's peer group
  - As a result, the performance of the Morgan Stanley transactions with New Century collateral are among the best in the industry

Morgan Stanley

4

New Century

**Response to Barron's Article on NCFC**

# Analysis of Barron's Article
### Cont.

**REIT conversion and incurring more credit risk by holding rather than selling loans**

- With the REIT structure, the company will be only holding 20% of loans on balance sheet, which will generate credit risk
- The remaining 80% of loans will be sold for cash to Wall Street, mortgage conduits and portfolio buyers
  - Credit risk from whole loan sales is passed on to the investor
- New Century already had a strategy of putting on balance sheet 20% of their originations. The REIT structure was just a more tax efficient way of executing this strategy

**Recent product origination with 85% LTV and risk of cushion deflating if housing bubble pops**

- MS has purchased over 50% of production YTD and has seen a CLTV of under 80% (the norm)
- The average home value in a sub prime pool is under $200,000
  - These homes typically don't experience a significant deterioration in housing value (unlike luxury homes)
- Some of the higher LTV buckets have increased in size but this is due to product expansion into the Alt A market
  - Greater percentage of purchase mortgages (higher quality borrowers)
  - FICO scores that have increased from 580 several years ago to 630 at 6/30/04
- Also, New Century's appraisal process is among the best in the industry
  - Morgan Stanley performs 100% review of all appraisals for all of our whole loan purchases and the appraisal quality has remained very consistent

Morgan Stanley

New Century

**Response to Barron's Article on NCFC**

# Analysis of Barron's Article
Cont.

### Decline in profitability due to squeezing of net margin (sale price – cost to originate)

- Increased competition may have reduced margins, but moving to a mix of on balance sheet securitizations that generate net interest income should provide more stable revenue
- The decrease in net margin is based on outsized profits earned by originators during the 2001-2003 time period
  - During this time period margins of 2.5 – 3.5 points was not uncommon as competition in the sector was limited
  - Current margins of 1.0 – 1.5 points are more realistic and reflect a strategy of increased volume at a lower margin

### 40% of loan originations in CA

- The entire U.S. mortgage market is 40% California
- While we have seen this concentration of originations in CA, real estate values probably won't drop as much as these homes are considered in the moderate housing price range
  - They tend to not move as much in value as higher priced, luxury homes
- As the article states, the median priced home in California is $463,540, but his is not the target market of New Century – average home value in New Century pool / subprime pool for California is only $246,000

### Sustained rise in rates could choke off mortgage production for New Century

- Sub prime borrowers are less susceptible to a rise in rates than a conforming borrower
  - They will seek debt consolidation when needed
- Additionally, a break even production analysis at 6/30/04 on New Century demonstrates that the company can withstand a 68% decline in loan production and still meet its ongoing fixed costs

Morgan Stanley

New Century

**Response to Barron's Article on NCFC**

# Analysis of Barron's Article
### Cont.

**Rising rates and impact on net interest income**

- To protect its margin, the company hedges with LIBOR caps

**Competition from prime lenders**

- The competitors mentioned have always been competitors of New Century
- Ameriquest and New Century have taken market share from large banks in the past 1 ½ years
  - Countrywide has increased their focus in the sector recently and has begun the increase their market share.  Wells Fargo and other banks have continued to lose market share to New Century and Ameriquest
- Mid sized banks won't enter this market due to high capital charges and intense scrutiny from regulators

**Dependence on health and liquidity of financial markets to survive**

- This industry does rely on liquidity from the securitization market to keep it going
- This is why the industry as a whole is non-investment grade

Morgan Stanley

7

New Century

Response to Barron's Article on NCFC

# Fixed Income Reaction to Barron's Article

- Experienced ABS investors have not shown a great deal of concern over the contents of the Barron's article

**Morgan Stanley hosted a breakfast for New Century at the ABS East conference in Boca the week of October 12th**

- The breakfast was attended by over 25 ABS investors
  - No questions were asked about article
- Also, New Century had over 40 one on ones with investors, many of them hosted by Morgan Stanley
  - Article was not focused on by any investor

**Morgan Stanley priced MSAC 2004-NC8, a $1.2 Bn ABS transaction, on October 21st, two weeks after the Barron's article, at the tightest spreads of the year**

- All loans in the transaction were originated by New Century (Chase and Countrywide serviced the transaction)
  - The transaction was the tightest pricing of any comparable home equity transaction in the market over the last few months
- Transaction was 2-3 x oversubscribed in every class
  - No investor raised any concern over New Century during the transaction

Morgan Stanley

8

New Century

## Section 3
# Collateral Comparison

Morgan Stanley

New Century

**Collateral Comparison**

# Collateral Summary

- **Overall credit quality has continued to increase as evidenced by improvements in credit grades and FICO scores**

## MSAC NC Shelf Deal Collateral Trends: 2001 - 2004

| | MSAC | | | |
|---|---|---|---|---|
| | 2001-NC1 | 2002-NC1 | 2003-NC3 | 2004-NC8 |
| Originator | New Century | New Century | New Century | New Century |
| Deal Size | $309,425,000 | $582,159,000 | $967,422,000 | $1,198,490,000 |
| Issue Date | 5/24/2001 | 3/27/2002 | 5/29/2003 | 11/17/2004 |
| **CUT-OFF DATE COLLATERAL CHARACTERISTICS** | | | | |
| Principal Balance of Statistical Loan Group | $316,547,093 | $592,528,589 | $966,632,551 | $1,198,490,375 |
| Number of Loans | 2,987 | 3,924 | 4,385 | 6,468 |
| Fixed/Floating | 19.94%/80.06% | 21.05%/38.95% | 28.49%/71.51% | 26.17%/71.83% |
| Wtd Avg Coupon | 9.734% | 9.862% | 7.641% | 7.016% |
| Wtd Avg Margin | 6.559% | 6.561% | 6.460% | 5.554% |
| Wtd Avg Max Rate | 16.683% | 15.921% | 14.769% | 14.025% |
| Wtd Avg Orig Term (mths) | 353 | 358 | 351 | 354 |
| Wtd Avg Std Rem Term (mths) | 352 | 354 | 349 | 350 |
| % Owner Occupied | 91.76% | 94.00% | 94.02% | 93.87% |
| State Concentration | CA (43%) | CA (47%) | CA (44%) | CA: (42%) |
| (Top 3) | FL (7%) | MI (5%) | FL (6%) | NY: (7%) |
| | NY (6%) | FL (5%) | IL (4%) | FL: (7%) |
| 1st/2nd Liens | 100.00%/0.00% | 100.00%/0.00% | 97.69%/2.31% | 98.27%/1.73% |
| % Cashout Refinance | 65.07% | 66.03% | 65.36% | 66.45% |
| % Purchase | 18.30% | 16.01% | 18.21% | 26.31% |
| % Rate Term Refinance | 16.63% | 15.96% | 16.43% | 5.24% |
| % Full Documentation | 60.12% | 52.24% | 63.77% | 52.71% |
| % Stated Documentation | 31.84% | 39.24% | 30.47% | 43.10% |
| % Limited Documentation | 8.04% | 8.52% | 5.76% | 4.19% |
| % Other | 0.00% | 0.00% | 0.00% | 0.00% |
| Wtd Avg FICO | 582 | 591 | 595 | 616 |
| % FICO below 600 (inc. N/A) | 57.59% | 56.96% | 50.80% | 38.49% |
| % FICO below 550 (inc. N/A) | 31.60% | 30.30% | 28.79% | 15.02% |
| % FICO below 500 (inc. N/A) | 0.37% | 0.43% | 0.00% | 0.00% |
| Wtd Avg Orig CLTV | 77.23% | 78.04% | 78.65% | 78.67% |
| % LTV > 80 | 36.47% | 39.64% | 40.60% | 40.89% |
| % LTV > 90 | 0.00% | 0.62% | 5.11% | 10.80% |
| %LTV > 100 | 0.00% | 0.00% | 0.00% | 0.00% |
| | | | | |
| Credit Grade | | | | |
| %AA | - | - | - | 67.54 |
| %A+ | 48.06 | 54.08 | 51.77 | 12.04 |
| %A- | 25.54 | 21.71 | 24.83 | 9.00 |
| %B | 17.63 | 16.24 | 13.82 | 5.97 |
| %C | 4.73 | 4.74 | 2.94 | 4.13 |
| %C- | 1.70 | 0.93 | 0.84 | 0.27 |
| %C-HS | 1.30 | 0.54 | 0.33 | - |
| %FICO | 1.04 | 2.76 | 5.48 | 0.96 |

Morgan Stanley

New Century

**Collateral Comparison**

# Collateral Summary: Spread Trends

- Spreads on A through BBB-bonds have continued to tighten
- Spreads on A- through BBB-bonds for MSAC 2004-NC8 were the tightest of the year (transaction priced 2 weeks post-Barron's article)

**MSAC NC Shelf Deal Spread Trends: 2004**

|  | MSAC | | | |
|---|---|---|---|---|
|  | 2004-NC5 | 2004-NC6 | 2004-NC7 | 2004-NC8 |
| Originator | New Century | New Century | New Century | New Century |
| Deal Size | $717,427,000 | $1,173,453,000 | $1,171,666,000 | $1,198,499,000 |
| Issue Date | 6/30/2004 | 7/28/2004 | 8/25/2004 | 11/17/2004 |
|  |  |  |  |  |
| Pricing Spreads |  |  |  |  |
| AAA* | 33.00 | 33.75 | 33.10 | 34.50 |
| AA | 60 | 60 | 62 | 64 |
| A | 120 | 125 | 115 | 110 |
| A- | 155 | 145 | 135 | 125 |
| BBB+ | 200 | 190 | 188 | 175 |
| BBB | 225 | 200 | 198 | 185 |
| BBB- | 460 | 390 | 350 | 310 |

Spreads shown reflect a weighted spread of all Offered AAA bonds

Morgan Stanley

10

New Century

## Section 4

# Performance

Morgan Stanley

New Century

**Performance**

# Historical Performance of Morgan Stanley Transactions
### Cumulative Losses (2001-2003 MS NC Transactions)

**Morgan Stanley Shelf Transactions**
Historical Cumulative Losses By Seasoning

| | 2001 | | | | 2002 | | | | | | 2003 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NC1 | NC2 | NC3 | NC4 | NC1 | NC2 | NC3 | NC4 | NC5 | NC6 | NC1 | NC2 | NC3 | NC4 | NC5 | NC6 | NC7 | NC9 | NC8 | NC10 |
| Sep-04 | 1.88% | 1.61% | 1.30% | 1.36% | 0.80% | 0.49% | 0.47% | 0.40% | 0.36% | 0.33% | 0.27% | 0.13% | 0.09% | 0.08% | 0.10% | 0.07% | 0.10% | 0.02% | 0.04% |  |
| Aug-04 | 1.81% | 1.52% | 1.26% | 1.30% | 0.57% | 0.44% | 0.41% | 0.38% | 0.33% | 0.29% | 0.23% | 0.09% | 0.08% | 0.05% | 0.11% | 0.05% | 0.10% | 0.01% | 0.03% | 0.02% |
| Jul-04 | 1.78% | 1.40% | 1.15% | 1.19% | 0.53% | 0.35% | 0.40% | 0.29% | 0.28% | 0.25% | 0.20% | 0.07% | 0.06% | 0.03% | 0.11% | 0.04% | 0.08% | 0.04% | 0.02% | 0.02% |
| Jun-04 | 1.72% | 1.29% | 1.10% | 1.09% | 0.47% | 0.29% | 0.36% | 0.27% | 0.23% | 0.22% | 0.13% | 0.05% | 0.03% | 0.03% | 0.10% | 0.02% | 0.08% | 0.01% | 0.00% | 0.01% |
| May-04 | 1.67% | 1.21% | 1.00% | 0.97% | 0.46% | 0.23% | 0.28% | 0.24% | 0.20% | 0.21% | 0.12% | 0.04% | 0.02% | 0.03% | 0.09% | 0.01% | 0.07% | 0.01% | 0.00% | 0.01% |
| Apr-04 | 1.55% | 1.16% | 0.96% | 0.87% | 0.39% | 0.19% | 0.22% | 0.17% | 0.17% | 0.16% | 0.08% | 0.03% | 0.02% | 0.01% | 0.08% | 0.01% | 0.02% | 0.00% | 0.00% |  |
| Mar-04 | 1.47% | 1.05% | 0.88% | 0.79% | 0.29% | 0.16% | 0.18% | 0.12% | 0.14% | 0.11% | 0.06% | 0.03% | 0.01% | 0.01% | 0.06% | 0.01% | 0.00% | 0.00% | 0.00% |  |
| Feb-04 | 1.39% | 0.99% | 0.76% | 0.71% | 0.27% | 0.15% | 0.16% | 0.11% | 0.13% | 0.10% | 0.05% | 0.02% | 0.01% | 0.01% | 0.01% | 0.01% | 0.00% | 0.00% | 0.00% |  |
| Jan-04 | 1.33% | 0.91% | 0.71% | 0.62% | 0.24% | 0.13% | 0.15% | 0.11% | 0.09% | 0.08% | 0.03% | 0.01% | 0.01% | 0.01% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |  |
| Dec-03 | 1.25% | 0.87% | 0.64% | 0.58% | 0.21% | 0.10% | 0.12% | 0.10% | 0.09% | 0.07% | 0.02% | 0.01% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.01% | 0.00% |  |
| Nov-03 | 1.11% | 0.80% | 0.59% | 0.53% | 0.17% | 0.07% | 0.11% | 0.07% | 0.05% | 0.05% | 0.01% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |  |
| Oct-03 | 1.03% | 0.73% | 0.51% | 0.50% | 0.11% | 0.07% | 0.07% | 0.03% | 0.02% | 0.04% | 0.01% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |  |  |
| Sep-03 | 1.00% | 0.62% | 0.42% | 0.41% | 0.05% | 0.07% | 0.06% | 0.01% | 0.01% | 0.03% | 0.01% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |  |  |  |
| Aug-03 | 0.83% | 0.57% | 0.36% | 0.35% | 0.04% | 0.05% | 0.02% | 0.01% | 0.01% | 0.02% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |  |  |  |  |
| Jul-03 | 0.80% | 0.45% | 0.29% | 0.29% | 0.02% | 0.03% | 0.01% | 0.01% | 0.00% | 0.02% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |  |  |  |  |  |
| Jun-03 | 0.67% | 0.37% | 0.20% | 0.22% | 0.02% | 0.01% | 0.01% | 0.00% | 0.00% | 0.02% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |  |  |  |  |  |
| May-03 | 0.63% | 0.34% | 0.14% | 0.18% | 0.02% | 0.01% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |  |  |  |  |  |  |
| Apr-03 | 0.57% | 0.27% | 0.12% | 0.14% | 0.02% | 0.01% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |  |  |  |  |  |  |  |
| Mar-03 | 0.56% | 0.22% | 0.07% | 0.12% | 0.01% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |  |  |  |  |  |  |  |  |
| Feb-03 | 0.47% | 0.19% | 0.05% | 0.09% | 0.01% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |  |  |  |  |  |  |  |  |  |
| Jan-03 | 0.40% | 0.16% | 0.03% | 0.07% | 0.01% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |  |  |  |  |  |  |  |  |  |  |
| Dec-02 | 0.36% | 0.13% | 0.03% | 0.06% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |  |  |  |  |  |  |  |  |  |  |
| Nov-02 | 0.32% | 0.11% | 0.01% | 0.06% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |  |  |  |  |  |  |  |  |  |  |  |
| Oct-02 | 0.32% | 0.08% | 0.01% | 0.06% | 0.00% | 0.00% | 0.00% | 0.00% |  |  |  |  |  |  |  |  |  |  |  |  |
| Sep-02 | 0.32% | 0.08% | 0.00% | 0.03% | 0.00% | 0.00% | 0.00% |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Aug-02 | 0.32% | 0.04% | 0.00% | 0.01% | 0.00% | 0.00% |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Jul-02 | 0.27% | 0.03% | 0.00% | 0.01% | 0.00% | 0.00% |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Jun-02 | 0.18% | 0.01% | 0.00% | 0.00% | 0.00% | 0.00% |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| May-02 | 0.08% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Apr-02 | 0.04% | 0.00% | 0.00% | 0.00% | 0.00% |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Mar-02 | 0.00% | 0.00% | 0.00% | 0.00% |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Feb-02 | 0.00% | 0.00% | 0.00% | 0.00% |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Jan-02 | 0.00% | 0.00% | 0.00% | 0.00% |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Dec-01 | 0.00% | 0.00% | 0.00% |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Nov-01 | 0.00% | 0.00% |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Oct-01 | 0.00% | 0.00% |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Sep-01 | 0.00% | 0.00% |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Aug-01 | 0.00% |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Jul-01 | 0.00% |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Jun-01 | 0.00% |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Deal Age | 40 | 37 | 34 | 33 | 30 | 29 | 25 | 24 | 23 | 22 | 20 | 19 | 18 | 17 | 16 | 15 | 14 | 13 | 12 | 11 |
| Deal Factor | 0.160 | 0.175 | 0.163 | 0.220 | 0.240 | 0.247 | 0.329 | 0.347 | 0.380 | 0.439 | 0.453 | 0.476 | 0.496 | 0.531 | 0.539 | 0.570 | 0.600 | 0.584 | 0.660 | 0.696 |
| Loss Severity | 31.31 | 30.49 | N/A | N/A | N/A | N/A | N/A | 25.37 | 28.29 | 28.20 | 25.35 | 22.65 | 18.10 | 25.16 | 16.42 | 19.14 | 33.46 | 16.16 | 6.45 | 36.39 |
| Original WA FICO | 581 | 579 | 583 | 584 | 591 | 597 | 595 | 592 | 594 | 598 | 78.76 | 79.11 | 78.25 | 79.26 | 79.41 | 79.75 | 79.22 | 79.59 | 80.16 | 80.15 |
| Original WA LTV (%) | 77.18 | 76.20 | 76.23 | 76.31 | 75.04 | 77.53 | 78.31 | 79.00 | 79.38 | 78.69 | 596 | 605 | 595 | 607 | 602 | 593 | 596 | 598 | 600 | 602 |

Source: Intex

Morgan Stanley

11

New Century

**Performance**

# Morgan Stanley Shelf Performance

MSAC NC Transactions: 2001 vs. 2002 vs. 2003

- The Morgan Stanley transactions backed by New Century collateral are trending toward sub- 3% cumulative losses (projected losses for the life of the deal, current losses are much lower)

- The average loss severity of the transactions to date has been around 30%



**Cumulative Losses**

Source  Intex

Morgan Stanley

12

New Century

Section 5

# MSA Level House Price Risk Evaluation

Morgan Stanley

New Century

**MSA Level House Price Risk Evaluation**

# MSA Level House Price Risk Evaluation

- Morgan Stanley's Fixed Income Research group, as well as Morgan Stanley's Mortgage Econometrics group, have published numerous housing price reports over the last year
- Conclusion by both groups is that there is no nationwide housing bubble in the making
    - Overall demand for housing remains very strong due to demographic pressures and rising home ownership rates by minorities and immigrants
    - Strong demand is indicated by a very low inventory-to-sales ratio (4 months of sales on market), which is below the long-term average
    - Despite rising house prices, general affordability remains good due to rising incomes and lower level of interest rates.  Even a modest spike in interest rates of about 150 basis points would not cause a problem if it is the result of a strengthening economy
    - We do not think that CA is currently a high risk area.  In particular, southern CA is actually the market with the least risk of falling house prices over the next two years.  Southern CA has probably the best economic performance in the nation right now

Morgan Stanley

13

New Century

**MSA Level House Price Risk Evaluation**

# House Price Growth Remains Remarkably Strong

- Nationwide House price growth soars to highest levels since inflationary 1970s
- Strong current growth is good news for next year's outlook because housing markets – unlike equity markets – display strong inertia: a very good year is almost never followed by a very bad year



Morgan Stanley

Source: OFHEO

14

New Century

MSA Level House Price Risk Evaluation

## Housing Supply is Tight by Historical Standards

- Inventory-to-Sales ratio (measured by Month's Supply of Homes on Market) remains at historically low levels
- Lack of inventory is yet another indicator for continued strong housing demand, a situation that is unlikely to change in the near future



Morgan Stanley

Source: National Association of Realtors

15

New Century

## Strong House Price Growth is Worsening Affordability

- Continued strong house price growth has started to erode housing affordability over the past 18 months

- Currently, it takes 19.5% of the median family's income to make principal and interest payments on an 80 LTV mortgage on the median priced home

- Affordability remains good but is approaching the upper range of recently observed values

- Worsening affordability limits long term growth potential



Morgan Stanley

Source: Freddie Mac Primary Mortgage Market Survey, OFHEO, National Association of Realtors

16

New Century

**MSA Level House Price Risk Evaluation**

# Probability of House Price Decline in the Top 50 MSAs

(page 1 of 2)

| MSA | House Price Decline Index [1] | HP Growth 2003Q2 - 2004Q2 [2] | HP Growth 2002Q2 - 2003Q2 [2] | Acceleration [3] | Employment Growth 2003M07 - 2004M07 [4] | Unemployment Rate 2004M07 [5] | Current Unemployment Rate Minus Long Term Average [6] | Month's Supply of Homes on the Market 2004Q2 [7] | Month's Supply of Homes on the Market 2003Q2 [7] |
|---|---|---|---|---|---|---|---|---|---|
| Indianapolis, IN | 135 | 2.42% | 2.90% | -0.48% | -0.76% | 4.00% | 0.46% | 7.1 | 1.7 |
| Greensboro-Winston-Salem-High Point, NC | 125 | 2.27% | 3.33% | -1.06% | -0.22% | 5.30% | 0.41% | No Data | No Data |
| Fort Worth-Arlington, TX | 121 | 2.28% | 4.09% | -1.81% | 0.63% | 5.80% | 0.84% | No Data | No Data |
| Detroit, MI | 115 | 3.43% | 3.02% | 0.41% | -2.23% | 8.20% | 2.84% | No Data | No Data |
| San Antonio, TX | 110 | 3.36% | 5.28% | -1.93% | 1.33% | 5.30% | 0.41% | 8.1 | 8.2 |
| Dallas, TX | 109 | 2.54% | 3.33% | 0.79% | 0.51% | 6.20% | 0.06% | 8.1 | 4.0 |
| Atlanta, GA | 106 | 3.53% | 4.15% | -0.62% | 0.82% | 4.80% | -0.13% | 8.3 | No Data |
| Charlotte-Gastonia-Rock Hill, NC-SC | 105 | 2.44% | 3.45% | -1.01% | 1.17% | 6.00% | 0.90% | No Data | No Data |
| Salt Lake City-Ogden, UT | 97 | 2.44% | 2.64% | -0.20% | 1.61% | 5.20% | -0.01% | No Data | No Data |
| Denver, CO | 90 | 3.06% | 2.52% | 0.54% | 0.76% | 5.20% | 0.81% | No Data | No Data |
| Houston, TX | 79 | 5.62% | 4.15% | -0.54% | 1.16% | 6.60% | 0.97% | 5.4 | 6.8 |
| Cleveland-Lorain-Elyria, OH | 79 | 4.03% | 3.29% | 0.75% | 0.79% | 6.30% | 0.34% | No Data | No Data |
| Cincinnati, OH-KY-IN | 70 | 4.12% | 3.27% | 0.85% | 0.92% | 5.00% | 0.04% | No Data | 1.4 |
| Kansas City, MO-KS | 67 | 4.80% | 4.11% | 0.46% | 0.83% | 5.70% | 0.70% | No Data | 5.4 |
| Nashville, TN | 61 | 3.87% | 3.43% | 0.43% | 1.25% | 3.40% | -0.53% | 4.5 | 3.2 |
| Pittsburgh, PA | 60 | 5.43% | 4.80% | 0.63% | -0.05% | 5.40% | -0.17% | No Data | No Data |
| San Jose, CA | 51 | 5.96% | 2.13% | 3.84% | -1.13% | 6.30% | 1.17% | No Data | No Data |
| Buffalo-Niagara Falls, NY | 49 | 6.01% | 4.15% | 1.87% | -0.04% | 6.60% | 0.13% | No Data | No Data |
| New Orleans, LA | 40 | 7.35% | 5.87% | 1.38% | -0.33% | 5.90% | -0.19% | No Data | No Data |
| Seattle-Bellevue-Everett, WA | 30 | 7.03% | 3.56% | 3.47% | 1.74% | 5.80% | 0.24% | No Data | No Data |
| Hartford, CT | 28 | 9.33% | 7.09% | 2.24% | -1.40% | 5.30% | 0.90% | No Data | No Data |
| St. Louis, MO-IL | 27 | 7.28% | 4.23% | 3.05% | 2.48% | 6.90% | 1.04% | No Data | No Data |
| San Francisco, CA | 27 | 8.32% | 4.45% | 3.87% | 0.26% | 5.00% | 0.56% | No Data | No Data |
| Chicago, IL | 25 | 7.92% | 5.11% | 2.81% | 0.26% | 6.20% | 0.22% | 3.9 | No Data |
| Boston, MA-NH | 23 | 8.48% | 7.77% | 0.71% | -0.21% | 4.80% | 0.63% | 2.4 | No Data |

Notes
1. The house price decline index ranks MSAs by probability of house price decline over the next two years.  The index is normalized such that an index value of 100 corresponds to a 10% probability of house price decline.  An index value of 200 corresponds to a 20% probability of house price decline.
2. House prices growth represents the year-over-year change in the OFHEO House Price Index calculated as the difference in logs of the index value in the current quarter and four quarters earlier.
3. Acceleration is the difference in annual house price growth rates from one year to the next.  When acceleration is positive, house prices are appreciating faster in the current year than one year earlier.
4. Employment growth represents the year-over-year change in the non-seasonally adjusted total non-farm employment in the MSA collected as part of the Bureau of Labor Statistics' Establishment Survey and is calculated as the difference in logs of the number employed in the current month and twelve months earlier.
5. Non-seasonally adjusted, monthly, MSA level unemployment rates as reported by the Bureau of Labor Statistics.
6. Current MSA level unemployment rate minus a four year average of the MSA level unemployment rate starting two years prior to the current period.  Large positive values indicate that current employment is above the long term average.
7. These data are provided by the National Association of Realtors, and are not available for all MSAs.

Morgan Stanley

New Century

**MSA Level House Price Risk Evaluation**

# Probability of House Price Decline in the Top 50 MSAs

(page 2 of 2)

| | | House Prices | | | Labor Market | | | Housing Market | |
|---|---|---|---|---|---|---|---|---|---|
| MSA | House Price Decline Index[1] | HP Growth 2003Q2 - 2004Q2[2] | HP Growth 2002Q2 - 2003Q2[2] | Acceleration[3] | Employment Growth 2003M07 - 2004M07[4] | Unemployment Rate 2004M07[5] | Current Unemployment Rate Minus Long Term Average[6] | Months Supply of Homes on the Market 2004Q2[7] | Months Supply of Homes on the Market 2003Q2[7] |
| Portland-Vancouver, OR-WA | 22 | 7.38% | 4.06% | 3.33% | 0.76% | 6.60% | 0.21% | 2.6 | 3.9 |
| Minneapolis-St. Paul, MN-WI | 22 | 9.10% | 6.42% | 2.69% | 1.01% | 4.20% | 0.19% | No Data | No Data |
| Milwaukee-Waukesha, WI | 18 | 8.10% | 4.19% | 3.92% | 1.46% | 5.30% | 0.02% | 3.0 | 5.6 |
| Orlando, FL | 18 | 9.55% | 6.99% | 2.55% | 2.55% | 4.10% | -0.47% | No Data | No Data |
| Nassau-Suffolk, NY | 16 | 11.52% | 12.60% | -1.08% | 1.11% | 4.30% | -0.19% | No Data | 5.0 |
| Phoenix-Mesa, AZ | 16 | 7.84% | 4.62% | 3.25% | 2.89% | 3.90% | -0.63% | 2.2 | 3.6 |
| New York, NY[*] | 16 | 11.10% | 9.76% | 1.34% | 0.61% | 7.00% | -0.19% | No Data | No Data |
| Oakland, CA | 16 | 10.63% | 6.58% | 4.05% | 0.57% | 5.80% | 0.81% | No Data | No Data |
| Newark, NJ | 16 | 10.35% | 8.24% | 2.11% | 0.78% | 5.70% | 0.12% | 4.1 | 4.5 |
| Bergen-Passaic, NJ | 13 | 10.73% | 8.16% | 2.57% | 0.80% | 5.50% | -0.10% | 3.9 | 3.9 |
| Philadelphia, PA-NJ | 13 | 12.34% | 8.55% | 3.80% | -0.76% | 5.50% | 0.00% | No Data | No Data |
| Tampa-St. Petersburg-Clearwater, FL | 10 | 12.22% | 7.82% | 4.40% | 1.30% | 5.30% | -0.72% | No Data | No Data |
| Middlesex-Somerset-Hunterdon, NJ | 9 | 11.08% | 7.73% | 3.35% | 2.10% | 4.60% | 0.08% | 2.8 | 5.6 |
| Miami, FL | 8 | 14.31% | 13.15% | 1.18% | 1.26% | 6.30% | -1.19% | No Data | No Data |
| Norfolk-Virginia Beach-Newport News, VA-NC | 6 | 14.29% | 7.41% | 6.88% | 1.26% | 4.30% | -0.19% | No Data | No Data |
| Fort Lauderdale, FL | 5 | 15.13% | 12.06% | 3.07% | 2.05% | 4.60% | -1.16% | No Data | No Data |
| Providence-Fall River-Warwick, RI-MA | 4 | 15.87% | 11.63% | 4.24% | -0.08% | 6.10% | -0.41% | 5.0 | 6.3 |
| Sacramento, CA | 4 | 10.71% | 11.50% | -0.80% | 0.13% | 5.70% | 0.29% | No Data | No Data |
| Baltimore, MD | 3 | 14.50% | 8.79% | 5.71% | 1.91% | 5.00% | -0.58% | 1.6 | No Data |
| Washington, DC-MD-VA-WV | 3 | 14.30% | 8.67% | 5.40% | 2.08% | 3.30% | -0.54% | 1.2 | 1.5 |
| San Diego, CA | 2 | 18.42% | 12.97% | 5.44% | 1.66% | 4.20% | -0.28% | 3.6 | 3.7 |
| Los Angeles-Long Beach, CA | 2 | 19.50% | 11.77% | 7.73% | 0.54% | 6.90% | -0.16% | No Data | No Data |
| Orange County, CA | 2 | 19.50% | 11.39% | 8.17% | 0.21% | 3.70% | -0.41% | No Data | No Data |
| Riverside-San Bernardino, CA | 1 | 22.09% | 13.34% | 8.75% | 2.37% | 5.40% | -0.03% | No Data | No Data |
| Las Vegas, NV-AZ | 0 | 22.27% | 7.20% | 15.07% | 4.59% | 4.60% | -1.55% | 1.7 | No Data |

Notes
1. The house price decline index ranks MSAs by probability of house price decline over the next two years.  The index is normalized such that an index value of 100 corresponds to a 10% probability of house price decline.  An index value of 200 corresponds to a 20% probability of house price decline.
2. House prices growth represents the year-over-year change in the OFHEO House Price Index calculated as the difference in logs of the index value in the current quarter and four quarters earlier.
3. Acceleration is the difference in annual house price growth rates from one year to the next.  When acceleration is positive, house prices are appreciating faster in the current year than one year earlier.
4. Employment growth represents the year-over-year change in the non-seasonally adjusted total non-farm employment in the MSA collected as part of the Bureau of Labor Statistics' Establishment Survey and is calculated as the difference in logs of the number employed in the current month and twelve months earlier.
5. Non-seasonally adjusted, monthly, MSA level unemployment rates as reported by the Bureau of Labor Statistics.
6. Current MSA level unemployment rate minus a four year average of the MSA level unemployment rate starting two years prior to the current period.  Large positive values indicate that current employment is above the long term average.
7. These data are provided by the National Association of Realtors, and are not available for all MSAs.

Morgan Stanley

18

New Century

**MSA Level House Price Risk Evaluation**

## Time on the Market and Subsequent House Price Growth

- Newly available quarterly, MSA level time on the market data show a strong negative correlation with future house price growth
- MSAs with longer average time on the market have slower future house price growth



Morgan Stanley

New Century

**MSA Level House Price Risk Evaluation**

# Metropolitan Area Risk Assessment

- The Indianapolis, Greensboro-Winston-Salem-High Point, and Fort Worth-Arlington Metropolitan Statistical Areas (MSA) top our list as the most likely to experience a house price downturn over the next two years

- Indianapolis continues to lose jobs, and the unemployment rate is nearly 0.5% above the long term average. The region is heavily depended on auto manufacturing which has weakened. Time on the market is increasing, indicating weakening housing demand

- House price growth in Greensboro has slowed from last year and the MSA is losing jobs. This MSA is heavily dependent on the textile, tobacco and furniture industries with declining employment

- House prices in Fort Worth-Arlington grew nearly 2% slower this year compared to last, and while the labor market has shown some signs of recovery, the unemployment rate is nearly a full percentage point above the long term average

- Las Vegas and Southern California are the least likely to experience a house price downturn over the next two years. House prices are growing at double digit rates in Las Vegas, Riverside, Orange County, Los Angeles and San Diego over last year, and these MSAs have strong employment growth with unemployment rates below their long term average. Very low time on the market indicates continued strong housing demand

- New York and Boston are in the middle of our ranking based on strong house price growth in recent years. New York experienced stronger labor markets and house price growth than Boston, but neither MSA is growing as fast as Southern California

Morgan Stanley

New Century

**MSA Level House Price Risk Evaluation**

# Overview of House Price Model

- The model estimates the probability that MSA wide house prices will be lower in two years than they are currently

- We use a simple but highly predictive statistical model using MSA level OFEHO house price indices, employment, unemployment rates, and market turnover to assess the MSA risk level

- Factors that increase house price risk:

  – Previous years' house price growth is low (growth rate of current house prices over four quarters earlier)

  – Annual house price growth is declining over the past two years (change in growth rate)

  – Employment growth is low (growth rate of employment over four quarters earlier)

  – Unemployment rate is high relative to the long run average (change of current unemployment rate from mean over four year period ending two years ago)

  – Time on the market is high (this is a new model component, time on the market is measured by the average number of months on market for houses that sold in the MSA in the current quarter)

- In addition, the Economic Analysis team assesses the general macroeconomic risk level in housing markets considering incomes, affordability, rents, and other factors and from time to time makes risk level adjustments that are uniformly applied to all markets

Morgan Stanley

21

New Century

**Section 6**

# Warehouse Due Diligence Process

Morgan Stanley

New Century

## Warehouse Due Diligence Process

# Warehouse Due Diligence Process

### Operational, Servicing, Compliance and Credit Due Diligence Review
Text Subtitle

- The Warehouse Group will conduct an on-site Corporate Due Diligence Review of each client.  The Corporate Due Diligence Review entails:
  - An Operational Review
  - A Servicing Review
  - A Compliance Review
  - A Credit Review
- These Due Diligence reviews focuses on loan sourcing, loan production, underwriting, appraisal review, pre-funding and post-funding quality control, loan level compliance testing, loan set-up, cash controls, loan delinquencies, loss mitigation, technology, customer service, investor reporting, staff experience, staff training, and company financials
- Prior to the Operational Due Diligence Review, the business unit sends the client a comprehensive Review Agenda to better guide the client through the topics and questions that will be discussed at the review
- All Corporate Due Diligence Reviews take place annually as well as Reviews for potential new clients.  Additional reviews may occur as necessary on a case-by-case basis

### Loan Level File Due Diligence Review

- On a quarterly basis Morgan Stanley will randomly select a 5% sample of loans currently on the client's warehouse line for a full credit and compliance review.  In addition to the 5% random sample, depending on trends or current concerns, an adverse sample may also be selected for review on a case-by-case basis.  Adverse samples will generally focus on loans with high LTVs, low FICOs, high risk geographic areas, and locals with compliance legislation.  If past reviews show trends of non-compliant loans from certain brokers or company subsidiaries, the adverse sample will focus on loans from that particular source
- Morgan Stanley coordinates with a third-party vendor, Clayton, who will complete the re-underwrite of the loan files to the Client's underwriting guidelines.  Clayton will conduct a full credit and compliance review on the loan sample.  The scope of the assignment will include a review of the legal and compliance documents, analysis of the collateral and appraisal, and the collection and analysis of individual borrower data including recalculation of borrower's income, debts, and ratios.  The objective of the review is to (a) confirm that the loans were originated in conformity with the client's published underwriting guidelines including compliance with the written exception approval process, (b) determine the integrity of the data in the data file, and (c) determine conformity with Federal and State Regulations including RESPA, TILA, and Anti-Predatory and High Cost lending laws and regulations
- Any loans which do not comply with applicable laws, do not meet the Client's underwriting guidelines, or are not deemed acceptable risk by Clayton will be reported to the Warehouse Due Diligence Manager who will re-review the loan asset level reports provided by the third-party vendor.   The Warehouse Due Diligence Manager will then prepare a memo outlining any remaining loan issues to the Warehouse Business Unit.  The Warehouse Business Unit in coordination with the Warehouse Due Diligence Manager will then communicate all failing loans to the Client and the loans that are not cured will be subject to possible removal from the warehouse line

Morgan Stanley

New Century

Warehouse Due Diligence Process

# Warehouse Due Diligence Process

## Loan Level Valuation Review

- Quarterly, all loans in the due diligence sample will also undergo an independent valuation review by evaluating the loans with Hansen Pros. Hansen Quality is a third-party vendor that offers a product, the Hansen Pro, which places a risk score of "0-4" ("0" is the most risky) on the loan's appraisal at origination. In order to have access to the loan files, Hansen will be on-site conducting their appraisal review simultaneously with the file due diligence review

- After Hansen sends the Pro results in an Excel data tape to the Warehouse Valuation Manager, Hansen will automatically order BPOs (Broker Price Opinions) on all pros with a risk of "0" or "1." The Warehouse Valuation Manager will also place BPO orders on a sample of between 30-40% of the pros with a risk score of "2" – this sample will generally focus on those properties based on various risk characteristics including: high CLTV, rural properties, high risk areas, and low FICO. In addition, the Warehouse Due Diligence Manager may request additional BPOs to be ordered on any loan where addition information may be needed to confirm the value is supported on the loan. While on-site, Hansen will photocopy the appraisals and provide the Morgan Stanley Valuation Reviewer with both the original appraisal and the BPO. Hansen then sends the BPO results via data tape to the Morgan Stanley Valuation Reviewer so s/he can analyze the results identifying all loans needing additional review including loans out of 15% variance when comparing the BPO value to the appraisal value, loans with a high LTV/CLTV (over 100%) calculated with the original balance versus the BPO value as well as properties in high risk areas. For loans requiring a more in-depth review, reconciliation between the BPO and the appraisal is completed by the Morgan Stanley Valuation Reviewer who will then assign the property with a Morgan Stanley value, calculate the Morgan Stanley LTV, calculate the Morgan Stanley Variance, and include Morgan Stanley Comments. A final valuation spreadsheet on any loans failing this elevated value review is then delivered to the Warehouse Business Unit, so the loans can be discussed with the Client and such loans will be subject to possible removal from the warehouse line

Morgan Stanley

New Century

**Warehouse Due Diligence Process**

# Subprime Warehouse Balances and Commitments

**Subprime October Balances and Commitments**

| Subprime | Funded Balance as of 10/22/04 (in $mm) | Committed Balances (in $mm) |
|---|---|---|
| Aames Capital Corp | 304 | 350 |
| Accredited Home Lenders | 451 | 650 |
| Ameriquest | 980 | 3000 |
| Household | 750 | 750 |
| IndyMac | 18 | 50 |
| Long Beach | 0 | 500 |
| New Century | 1204 | 2000 |
| Novastar Financial | 11 | 300 |
| **Sub-Total** | **3,718** | **7,600** |

Morgan Stanley

**New Century**

**Warehouse Due Diligence Process**

# Subprime Warehouse Facilities

## Subprime Warehouse Facilities

- Operational, Servicing, Compliance, Credit Due Diligence is annually conducted for each Warehouse Facility

- File and Valuation Due Diligence is conducted quarterly on all Subprime Warehouse Lines

- Product Concentration Limits are set-up for each Subprime Warehouse Facility

- Aging constraints are placed on all Subprime Warehouse Facility usually 180 days maximum

- All Subprime Warehouse lines are Mark to Market Daily

- Morgan Stanley can issue a margin call to the Borrower if the aggregate principal amount of the Facility exceeds the    Borrowing Base

- All collateral securing Warehouse Facilities is held at a third party custodian for the benefit of Morgan Stanley, with the exception of Household (AA rated)

Morgan Stanley

New Century

**Section 7**

# Stress Scenario Analysis

Morgan Stanley

New Century

## Stress Scenario Analysis

## Estimated Value at Risk Due to Idiosyncratic Default Of Subprime Warehouse Counterparty

- **To adjust for the estimated impact on the capital structure we assume that the rating agencies expected losses for the pool increase from B to BB, and that the entire capital structure shifts down a rating level**

| | Original Loss Coverage % | Stress Loss Coverage % |
|---|---|---|
| BBB | 8.50 | 11.40 |
| BBB- | 7.40 | 10.30 |
| BB+ | 6.30 | 9.40 |
| BB | 5.25 | 8.50 |
| BB- | 4.40 | 7.40 |
| B+ | 3.50 | 6.30 |
| B | 2.75 | 5.25 |

| | Base Bond Size % | Stress Bond Size % |
|---|---|---|
| AAA | 79.05 | 77.50 |
| AA | 9.95 | 6.60 |
| A | 4.75 | 6.50 |
| BBB | 2.15 | 2.40 |
| BBB- | 1.10 | 1.00 |
| O/C Initial Target | 3.00 | 6.00 |

### Base Structure

| Rating | Margin | DM | Structure | Proceeds |
|---|---|---|---|---|
| AAA | 35 | 35 | 79.05 | 79.05 |
| AA | 60 | 60 | 9.95 | 89.00 |
| A | 110 | 110 | 4.75 | 93.75 |
| BBB | 185 | 185 | 2.15 | 95.90 |
| BBB- | 310 | 310 | 1.10 | 97.00 |
| BBB- NIM | 4.5% coupon | | 4.51 | 101.51 |
| Expenses | | | -0.65 | 100.86 |
| BBB- Retained | | | | 100.86 |
| Post-NIM | 25% yield | | 1.32 | 102.18 |

Morgan Stanley

26

New Century

**Stress Scenario Analysis**

## Estimated Value at Risk Due to Idiosyncratic Default of Subprime Warehouse Counterparty (Cont.)

**Stress Capital Structure with BBB- Sold**
3.50% Cum Loss, 25% yield on Post-NIM

| Rating | Margin | DM | Structure | Proceeds |
|---|---|---|---|---|
| AAA | 35 | 35 | 77.50 | 77.50 |
| AA | 60 | 60 | 6.60 | 84.10 |
| A | 110 | 110 | 6.50 | 90.60 |
| BBB | 185 | 185 | 2.40 | 93.00 |
| BBB- | 310 | 310 | 1.00 | 94.00 |
| BBB- NIM | 4.5% coupon | | 4.64 | 98.64 |
| Expenses | | | -0.65 | 97.99 |
| BBB- Retained | | | | 97.99 |
| Post-NIM | 25% yield | | 2.65 | 100.64 |

**Stress Capital Structure with BBB- Retained**
3.50% Cum Loss, 25% yield on Post-NIM

| Rating | Margin | DM | Structure | Proceeds |
|---|---|---|---|---|
| AAA | 35 | 35 | 77.50 | 77.50 |
| AA | 60 | 60 | 6.60 | 84.10 |
| A | 110 | 110 | 6.50 | 90.60 |
| BBB | 185 | 185 | 2.40 | 93.00 |
| BBB- | 0 | 0 | 0.00 | 93.00 |
| BBB- NIM | 4.5% coupon | | 4.64 | 97.64 |
| Expenses | | | -0.65 | 96.99 |
| BBB- Retained | 310 | 310 | 1.00 | 97.99 |
| Post-NIM | 25% yield | | 2.65 | 100.64 |

**Stress Capital Structure and Stress Spreads with BBB- Retained**
3.50% Cum Loss, 25% yield on Post-NIM

| Rating | Margin | DM | Structure | Proceeds |
|---|---|---|---|---|
| AAA | 45 | 45 | 77.50 | 77.31 |
| AA | 85 | 85 | 6.60 | 83.82 |
| A | 135 | 135 | 6.50 | 90.24 |
| BBB | 285 | 285 | 2.40 | 92.53 |
| BBB- | 0 | 0 | 0.00 | 92.53 |
| BBB- NIM | 5.5% coupon | | 4.61 | 97.14 |
| Expenses | | | -0.65 | 96.49 |
| BBB- Retained | 310 | 600 | 1.00 | 97.37 |
| Post-NIM | 25% yield | | 2.65 | 100.02 |

**Stress Capital Structure and Stress Spreads with BBB- Retained**
6.30% Cum Loss, 25% yield on Post-NIM

| Rating | Margin | DM | Structure | Proceeds |
|---|---|---|---|---|
| AAA | 35 | 45 | 77.50 | 77.31 |
| AA | 60 | 85 | 6.60 | 83.82 |
| A | 110 | 135 | 6.50 | 90.24 |
| BBB | 185 | 285 | 2.40 | 92.53 |
| BBB- | 0 | 0 | 0.00 | 92.53 |
| BBB- NIM | 7.5% coupon | | 4.34 | 96.87 |
| Expenses | | | -0.65 | 96.22 |
| BBB- Retained | 310 | 600 | 1.00 | 97.10 |
| Post-NIM | 25% yield | | 1.62 | 98.72 |

Morgan Stanley

New Century

# Rating Migration Analysis

## Capital Structure Change During Counterparty Default

- Capital structure shifts are more dependent on collateral performance, not a company's financial condition
  - It took the rating agencies 2.5 years to downgrade Conti transactions after Conti announced it could no longer make bank loan payments

**Conti Home Equity 1998-1 to 1999-3**

| Deal | Issue Date | S&P Rating | First Downgrade Rating | First Downgrade Date | Duration of Original Rating (yrs) | Duration of Original Rating After Conti Distress (03/00) (yrs) |
|------|-----------|-----------|------------------------|---------------------|-----------------------------------|----------------------------------------------------------------|
| 1998-1 | Mar-1998 | BBB- | B | Oct-2000 | 2.63 | 0.55 |
| 1998-2 | Jun-1998 | BBB- | BB | Oct-2000 | 2.42 | 0.60 |
| 1998-3 | Sep-1998 | BBB- | BB | Sep-2003 | 5.10 | 3.54 |
| 1998-4[1] | Dec-1998 | BBB- | B | Oct-2003 | 4.86 | 3.60 |
| 1999-1 | Mar-1999 | BBB- | B | Dec-2002 | 3.80 | 2.75 |
| 1999-2 | Mar-1999 | BBB- | BB | Dec-2002 | 3.74 | 2.75 |
| 1999-3 | Jun-1999 | BBB- | BB | Sep-2003 | 4.27 | 3.51 |

Average Time to First Downgrade: 3.83 years
Average Time to First Downgrade after Conti Announces Trouble: 2.47 years

Morgan Stanley

Notes
1.  1998-4: Fitch data used due to inaccessibility to S&P data

New Century

**Stress Scenario Analysis**

# Conseco Case Study

Capital Structure Change During Conseco Financial Turmoil

- The base case stress of shocking loss coverage from B → BB immediately is much more conservative than the change witnessed during the financial distress / imminent bankruptcy of Conseco

**Changes of Capital Structure Over Time**

| Deal | Date Issued | AAA | AA | A | BBB | BBB- |
|------|-------------|-----|-----|-----|-----|------|
| CNFHE 2001-C | Aug-2001 | NA | NA | NA | NA | NA |
| CNFHE 2001-D | Oct-2001 | 0.00 | 0.50 | 1.00 | 0.25 | NA |
| CNFHE 2002-A | Jan-2002 | 0.00 | 0.00 | 0.00 | 0.00 | NA |
| CNFHE 2002-B | Apr-2002 | 2.75 | 2.75 | 1.50 | 1.25 | NA |
| CNFHE 2002-C | Jul-2002 | 0.25 | 0.00 | 0.00 | -0.25 | NA |
| Average | 12 months | 0.75 | 0.81 | 0.63 | 0.31 | NA |
| B → BB Stress | | 4.25 | 3.95 | 3.45 | 2.95 | 2.70 |
| B → BBB- Stress | | 5.50 | 5.40 | 5.40 | 5.40 | 4.90 |

Morgan Stanley

New Century

**Stress Scenario Analysis**

# MH Case Study

Capital Structure Change During Dislocation of the MH Industry

- The base case stress of shocking loss coverage from B → BB immediately is much more conservative than the extreme change witnessed during the dislocation in the manufactured housing industry

**Changes of Capital Structure Over Time**

| Deal | Date Issued | AAA | AA | A | BBB | BBB- |
|------|-------------|-----|-----|-----|-----|------|
| BAMH 1996-1 | Jun-1996 | NA | NA | NA | NA | NA |
| BAMH 1997-1 | Jul-1997 | -0.75 | 0.00 | NA | -0.50 | NA |
| BAMH 1997-2 | Nov-1997 | 0.50 | 9.75 | NA | 0.25 | NA |
| BAMH 1998-1 | Mar-1998 | 1.00 | 1.75 | NA | 2.25 | NA |
| BAMH 1998-2 | Jun-1998 | -1.00 | -1.00 | NA | -1.00 | NA |
| Average | 23 months | -0.06 | 2.63 | NA | 0.25 | NA |
| **B → BB Stress** | | **4.25** | **3.95** | **3.45** | **2.95** | **2.70** |
| **B → BBB- Stress** | | **5.50** | **5.40** | **5.40** | **5.40** | **4.90** |

Morgan Stanley

New Century

**Appendix A**

## MSAC Due Diligence Overview

Morgan Stanley

New Century

**MSAC Due Diligence Overview**

# Appraisal Review Process

- Morgan Stanley performs a 100% appraisal review using the Hansen Pro product

- Morgan Stanley's collateral value due diligence typically consists of the following:
  - Morgan Stanley currently uses the Hansen appraisal review process, which is a multi-step screen that is designed to help identify inflated valuations and instances of appraisal fraud
- The appraisal review generally includes a screen for some or all of the following risk factors:
  - Fair or poor property condition along with qualitative comments on deferred maintenance issues, if any,
  - Negative external influences (i.e., adjacent to highway or railroad),
  - Health or safety issues apparent (properties not in compliance with building codes),
  - Comparable sales outside of subject property's immediate area (across neighborhood boundaries or distant from subject property),
  - Comparable properties unlike subject (i.e., square footage, bed/bath count, design and appeal, construction material, lot size, amenities, etc.)
  - Across the board adjustments for attributes present in comparable properties but not the subject property (i.e., attached garage, finished basement or swimming pool)
  - Wide adjusted sales price range,
  - No multiple listing service ("MLS") data source utilized in appraisal analysis,
  - Previous sales information for the subject property,
  - Flag for urban property, row house, rural property and manufactured home along with qualitative comments about any unique property features
  - Indication of property zoning if other than residential (i.e., commercial or agricultural)

Morgan Stanley

31

New Century

**MSAC Due Diligence Overview**

# Appraisal Review Process (cont'd)

- **After analyzing the Hansen PRO scores, Morgan Stanley uses BPOs for approximately 25% of the portfolio including:**
  - **100% of the high risk appraisals**
  - **Selected moderate risk appraisals**

- Morgan Stanley will analyze the initial valuation results and order broker BPO's (Broker Price Opinion) on the loans that we feel are high risk
  - BPO's provide a recent color photograph of the subject property, recent comparable sales and listing data within the subject's area along with a description of the neighborhood
  - BPO's reveal incidences of deferred maintenance ignored by the original appraisal, provide additional comparable sales data and local market conditions, typically including: any incidence of boarded up or abandoned houses; high incidence of crime; or REO sales in area
  - Morgan Stanley can exclude loans that do not meet certain requirements

Morgan Stanley

32

New Century

**MSAC Due Diligence Overview**

# Credit Review

• Morgan Stanley will perform a credit and compliance review on approximately 25-35% of each portfolio it purchases

- Currently, Morgan Stanley typically performs a credit review on approximately 25–35% of every portfolio purchased. The Clayton Group ("Clayton"), a third party due diligence provider, facilitates Morgan Stanley's underwriting review
- The Clayton reviews performed to date have included a verification of information including: debt to income ratios, borrower and co-borrower FICO, documentation type, loan purpose, mortgage and consumer credit history, amount of cash out and amount of cash to borrower, if any
- Clayton also gathers employment history data including type of employment, duration of current employment. Clayton reviews income documentation and assesses verification of current employment. The review also measures the degree of payment shock associated with the new loan
- Clayton reviews the loan's underwriting against the seller's guidelines. Clayton details any deviation from Morgan Stanley approved parameters and notes any significant compensating factors
- Clayton details its loan level findings in an individual asset summary.
- Morgan Stanley discusses the results of its underwriting due diligence with the Seller and certain loans may be excluded from purchase
- Loans selected for review may include:
  - Low FICO scores,
  - Low credit grades
  - Poor prior mortgage payment histories
  - High debt to income ratios
  - High LTV

Morgan Stanley

33

New Century

**MSAC Due Diligence Overview**

# Compliance Review

- Morgan Stanley's review of sub-prime compliance policies and procedures are designed to assist us in identifying predatory lending practices

- Morgan Stanley conducts an in-depth review of originator's policies and procedures related to compliance with federal, state and municipal high cost lending laws.  This is done in an on-site interview with senior management and legal counsel

- We have currently retained outside counsel to interpret high cost legislation, inform us of changes or proposed changes in laws, and assist us in formulating policies

- Morgan Stanley requires sellers to make representations and warranties precluding Section 32 loans, single premium credit life insurance policies, and mandating compliance with all applicable laws.

- Morgan Stanley utilizes third party due diligence providers to test a sample of loans for:  (i) conformance with all applicable laws, (ii) affordability, and (iii) evidence that the loan benefits the borrower.

Morgan Stanley

34