# Exhibit 18:

# Previously filed under seal as Ex. 17 to

# N. Sugnet Declaration (Docket No. 129)

Case 1:12-cv-07667-VEC-GWG   Document 187-18   Filed 10/23/14   Page 2 of 2

| | |
|---|---|
| From: | Brad Davis <BrDavis@ncen.com> |
| Sent: | Friday, January 09, 2004 7:20 PM |
| To: | brad.davis@morganstanley.com |
| Subject: | Credit 8 Valuation Comments.xls |
| Attachments: | Credit 8 Valuation Comments.xls |



CONFIDENTIAL    MS00074223