# Exhibit 26:

# Previously filed under seal as Ex. 25 to

# N. Sugnet Declaration (Docket No. 129)

**From:** Vanacker, Vanessa (FID) <Vanessa.Vanacker@morganstanley.com>
**Sent:** Wednesday, December 07, 2005 1:09 PM
**To:** Pearce, John (FID)
**Subject:** FW: NC Jan Whole Loan exclusive
**Attachments:** IDEAL.POOL.to.FINAL.Indic_tape-2004480-99704832.xls;
1205.New.Century.Rating.Agency.Structures-136192-7949297.xls

**Vanessa Vanacker - Vice President**
Morgan Stanley | Fixed Income
1585 Broadway | Floor 02
New York, NY 10036
Phone: +1 212 761-2016
Fax: +1 212 507-5063
Vanessa.Vanacker@morganstanley.com

---

**From:** Telesca, Frank (FID)
**Sent:** Tuesday, December 06, 2005 6:46 PM
**To:** tapes
**Cc:** Shapiro, Steven (FID); Vanacker, Vanessa (FID)
**Subject:** FW: NC Jan Whole Loan exclusive

NC is bidding 500MM - 1.5BN for Jan settle.

We are getting an exclusive look at the pool to take loans off the table tomorrow before the bid is shown elsewhere. We will need strats and replines tonight so we can give a level early tomorrow. Please call me with questions. Thanks.

Frank Telesca
Morgan Stanley
212.761-1105 (tel)
212.507-8305 (fax)

---

**From:** Warren Licata [mailto:WLicata@ncen.com]
**Sent:** Tuesday, December 06, 2005 6:31 PM
**To:** Telesca, Frank (FID)
**Cc:** Phil Guertin
**Subject:** Jan Forward

attached are the following

-- RA feedback
-- Data tape

Please let me know if you need any additional information

1



CONFIDENTIAL

MS00395057

Warren

<<1205 New Century Rating Agency Structures.xls>> <<IDEAL POOL to FINAL Indic_tape.xls>>

CONFIDENTIAL  MS00395058