# Exhibit 34:

# Previously filed under seal as Ex. 33 to

# N. Sugnet Declaration (Docket No. 129)

| | |
|---|---|
| **From:** | Shapiro, Steven (FID) <Steven.Shapiro@morganstanley.com> |
| **Sent:** | Friday, January 28, 2005 9:39 PM |
| **To:** | ervetting |
| **Cc:** | Phillips, Craig (FID); Sternberg, Michael (FID); Neuberger, Andrew (FID) |
| **Subject:** | New Century Presentation |
| **Attachments:** | Investor_Presentation_2004Q4_R 011405-1659392-189734182.ppt |

Attached please find the latest ABS investor presentation for New Century.  Please forward to Suzanne Schiavelli.

CONFIDENTIAL                                                                                           MS02335912






www.ncen.com




# Table of Contents

**Section 1: NCFC Overview** ▶ 4
    Financial Results 5
    Corporate Highlights 6
    Balance Sheet 7
**Section 2: New Century Mortgage Corp.** ▶ 8
    Strategies 9
    Overview 10
    Production Levels 12
    Production Growth 13
    Sales Staff 16
    FastQual 17
    CloseMore University 18
    Credit Quality 19
    Fair Lending Initiatives 20
    Collateral Trends 23
    Hybrid IO's 24
**Section 3: Loan Servicing** ▶ 25
    Value Proposition 26
    Growth 27
    Organization Chart 29
    Management 30
    Technology 31
    Training 32
    Loss Mitigation 33
**Section 4: Results** ▶ 34
    Performance Data 35
    Performance Results 36
**Section 5: Summary** ▶ 38

2





# NCFC Overview




# New Century Financial Corp.

New Century Financial Corporation (NYSE:  NEW) is a real estate investment trust and one of the nation's largest non-prime mortgage finance companies, providing first and second mortgage products to borrowers nationwide through its operating subsidiaries.

New Century is committed to serving the communities in which it operates with fair and responsible lending practices.

4





# Financial Results

|  | 3Q03 | **3Q04** |
|---|---|---|
| **Net Earnings** | | |
| 3 Months | $ 64.9 million | **$107.3 million** |
| **Earnings Per Share** | | |
| 3 Months | $1.75 | **$2.49** |
| Annual Est. | | **$8.25 – 8.75 (e)** |
| **Production Volume** | 4Q03 | **4Q04** |
| 3 Months | $ 8.2 billion | **$11.5 billion** |
| Annual | $ 27.4 billion | **$42.2 billion** |

5




# Corporate Highlights












# Producing Strong Balance Sheet

|  | | 09/30/04 | | 06/30/04 |
|---|---|---|---|---|
| Cash and cash equivalents (a) | $ | 525.4 | $ | 391.3 |
| Loans receivable, held for sale, net | | 3,937.0 | | 4,784.2 |
| Mortgage loans held for investment, net | | 10,890.5 | | 9,146.5 |
| Residual interests in securitizations | | 207.3 | | 190.8 |
| Other assets | | 328.6 | | 220.9 |
| **Total assets** | $ | **15,888.8** | $ | **14,733.7** |
| | | | | |
| Credit facilities | $ | 3,822.2 | $ | 4,439.5 |
| Financing on mortgage loans held for investment (b) | | 10,788.2 | | 9,086.9 |
| Convertible debt | | 205.6 | | 205.4 |
| Other liabilities | | 255.1 | | 258.6 |
| Total liabilities | | 15,071.1 | | 13,990.4 |
| Total stockholders' equity | | 817.7 | | 743.3 |
| **Total liabilities and equity** | $ | **15,888.8** | $ | **14,733.7** |

(a)     Includes restricted cash

(b)     Non-recourse

7




# New Century Mortgage Corp.




# Mortgage Company Strategies

- Maintain credit quality

- Expand geographically and increase sales staff

- Implement Home 123 Retail expansion

- Add new processing centers strategically

- Expand product menu (Alt-A, Purchase Money, HELOC)

- Increase utilization of FastQual
  - Increased underwriting standardization
  - Cost efficiency
  - Access to more customers nationwide
  - Deeper relationships with customers

9



# Company Overview

*Our Business Model*



| Lenders | Total Amount |
|---|---|
| Bank of America | 2,000,000 |
| CDC | 700,000 |
| Bear Stearns | 800,000 |
| Morgan Stanley | 2,000,000 |
| Citigroup | 800,000 |
| UBS | 2,000,000 |
| Von Karman LLC | 2,000,000 |
| Barclays | 1,000,000 |
| CSFB | 500,000 |
| Citigroup (Comm'l) | 250,000 |
| Total | 12,050,000 |

10





# Mortgage Company Overview

*Origination Channels*

 Wholesale Division

- Network of over 31,000 independent mortgage brokers
- Authorized to lend in all 50 states
- 685 account executives with established broker relationships
- "Fastqual" wholesale website

 Retail Division

- Loan originated directly with borrower
- Authorized to lend in all 50 states
- 767 loan officers with local referral relationships
- Direct mail lead generation, telemarketing, internet leads and alliances with other lenders

11





# Growth Production Levels

*Volume Trends by Year - $'s in millions*



| Year | Wholesale | Retail | Commercial | Total |
|------|-----------|--------|-----------|-------|
| 1999 | $3,057 | $1,023 | | $4,080 |
| 2000 | $3,090 | $1,062 | | $4,152 |
| 2001 | $5,069 | $1,175 | | $6,244 |
| 2002 | $12,393 | $1,809 | | $14,201 |
| 2003 | $25,128 | $2,195 | | $27,323 |
| 2004 | $37,971 | $4,073 | $124 | $42,168 |

■ Wholesale  ■ Retail  ■ Commercial

13





# Ability to Grow in New Markets

*Growth Trend on Eastern Seaboard*



**Eastern States: CT, DC, DE, FL, MA, MD, NH, NJ, NY, PA, RI and VA.**

14



# Growing Purchase Business

*Purchase Money Loans mitigate the volatility of the Refi market in a rising rate environment*



Purchase and Refi Volumes vs 30 Year Fixed Rates
Source: MBA and Freddie Mac

Rising Rates | Rising Rates | Rising Rates

Refinance Originations — Purchase Originations

| | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|
| Purchase Money | $759 | $806 | $1,068 | $2,542 | $6,816 | $14,803 |
| % of Production | 18.6% | 19.4% | 17.1% | 17.9% | 24.5% | 35.1% |

15





# Sales Staff Growth

*Growth in Sales Force*



*Estimated   16









- <span style="background-color: yellow">**FastQual is NCEN's proprietary loan submission service**</span>

  - Internet-based through www.newcentury.com
  - <span style="background-color: yellow">Fasted automated underwriting system in the nonprime market</span>
  - <span style="background-color: yellow">12-second decision</span>
  - <span style="background-color: yellow">Broker can pre-qualify or obtain loan decision</span>
  - Provides loan program(s) available to borrowers based upon credit profile
  - Provides a list of conditions required for closing loan

17





# CloseMore University™

### *An Important Facet of "Leadership Marketing"*

**What is it?**

- Branded, proprietary marketing tool

- Full-day interactive seminar that helps brokers and loan officers to "CloseMore" loans

- 21 shows in 2003; 25 in 2004

**Drives Brand/Growth**

- **Technological Advantage**: Helps drive "FastQual®" usage to ¾ of 2003 production

- **Production**: Estimate $1 billion in incremental fundings through FastQual in 2003

- **Geo-expansion**: Powerful "intro" for New Century into new markets

- **Penetration/Territory development**: Over 1,000 new brokers added in 2003

- **Loyalty**: Over 9,000 "existing" brokers have attended shows

- **Profitability**: Estimate $10 million contribution to pre-tax income

18




# Credit Quality

- Best Practices to avoid unfair lending

- Quality Control (Risk Management) staff in operating centers

- Monthly QA audits and management review

- Internal Loan Quality Scorecard by operating unit

- Underwriting / Compliance / Appraisal

  - Automated Credit Grading (Rules based system) - improved consistency and accuracy

  - Automated compliance engine which does not allow for the origination of high cost loans by municipal, state or federal standards

  - Risk-based guidelines

  - 100% of loan files underwritten by NCEN staff

  - All Wholesale loans rated by third party appraisal firm prior to funding

19




# Fair Lending Initiatives

- **Guidelines**
  - No refinance of NCEN portfolio
  - Tangible benefit to borrower
  - Compliance with State \ Local \ Federal Limitations
  - Borrower education
  - Loans priced commensurate with risk
  - Prepayment penalty does not exceed fixed term of loan
  - Option to buy out prepayment penalty

- **Marketing Based on Credit Profiles**

- **State of the Art Post-Funding Analytics**

- **Associate Training**

20




# Production Characteristics
## Nine Months Ended September 30, 2004

| NCEN Credit Grade | AA | A+ | A- | B | C | Total |
|---|---|---|---|---|---|---|
| Wtd. Avg. FICO Score | 642 | 598 | 578 | 565 | 555 | 628 |
| Wtd. Avg. Int.-Fixed | 7.2% | 7.1% | 7.3% | 7.6% | 8.2% | 7.2% |
| Wtd. Avg. Int.-ARMs | 6.7% | 7.1% | 7.4% | 7.7% | 8.2% | 6.9% |
| Wtd. Avg. LTV | 82.7% | 79.6% | 76.6% | 74.0% | 68.4% | 81.1% |
| *% of Originations* | *75.8%* | *10.1%* | *6.7%* | *4.2%* | *3.2%* | *100.0%* |

85.9%          3.2%



**Product Mix**

28%
54%
18%

- ARM
- IO
- Fixed

**Loan Purpose**

11%
35%
54%

- Purchase
- Cash-Out Refi
- Rate/Term Refi

21





# Improving Credit Mix

*Comparing FICO Buckets by Year (through 3Q04)*



22




# Key Collateral Trends

Key Collateral Characteristics

|  | 3 Months Ending | |
|---|---|---|
|  | September 2003 | September 2004 |
| Volume | $8.64 Billion | $10.0 Billion |
| Average Loan Size | $176K | $171K |
| | | |
| Product Mix | | |
| ARM | 58.3% | 58.9% |
| IO | 1.8% | 22.0% |
| Fixed | 39.9% | 19.1% |
| | | |
| Risk Grade AA & A+ | 85.6% | 85.2% |
| | | |
| FICO | | |
| >=650 | 35.1% | 35.0% |
| <550 | 14.9% | 11.9% |
| WAFICO | 626 | 626 |
| | | |
| WALTV | 79.2% | 77.5% |
| WACLTV | 81.7% | 85.5% |

23





# Hybrid IO's

| Program Parameters | 2/28 IO | 3/27 IO |
|---|---|---|
| Interest Only Term | 2 Years or 5 Years | 3 Years or 5 Years |
| Fixed Term | 2 Years | 3 Years |
| Initial Cap | 1.50% | 1.50% |
| Risk Grades | AA, A+, A- | AA, A+, A- |
| Min Credit Score - Full Doc | 580 | 580 |
| Min Credit Score - Stated | 600 | 600 |
| Maximum DTI | 50% | 50% |
| Non Owner Occupied | Not Allowed | Not Allowed |



| Actual Characteristics* | 2/28 IO | 2/28 ARM | 3/28 IO | 3/27 ARM |
|---|---|---|---|---|
| Average Size | 270,003 | 188,883 | 252,572 | 186,366 |
| WAC | 6.61 | 7.23 | 6.58 | 6.92 |
| Credit Score | 655 | 608 | 657 | 627 |
| Income | 7,298 | 6,308 | 7,842 | 6,352 |
| Debt Ratio | 41.3 | 41.0 | 40.5 | 40.4 |
| LTV | 82.1 | 80.8 | 81.2 | 80.1 |

*July 2004 - Dec 2004

24




# Loan Servicing

25





# Value Proposition

**New Century Mortgage is dedicated to reducing loss severity and maximizing return on investment**

**Being investors ourselves, our goals are aligned with the interests of our investors.**

**We work with the borrower and make every effort to resolve a default situation prior to foreclosure.  Ultimately, our default management resolutions are geared towards minimizing any potential losses thereby maximizing the return on investment.**

26




# The Servicing Portfolio

| Period | Total Portfolio | | Retained Portfolio | | Staff |
|---|---|---|---|---|---|
| | Loans | Volume | Volume | 60+% | |
| Q1 2003 | 26,033 | $4.06BB | $0.99BB | 0.15% | 141 |
| Q2 2003 | 35,732 | $5.62BB | $1.66BB | 0.64% | 147 |
| Q3 2003 | 56,564 | $9.68BB | $3.05BB | 0.75% | 150 |
| Q4 2003 | 68,646 | $11.56BB | $5.08BB | 0.83% | 174 |
| Q1 2004 | 76,719 | $12.90BB | $4.76BB | 1.22% | 184 |
| Q2 2004 | 122,692 | $20.89BB | $8.02BB | 1.12% | 217 |
| Q3 2004 | 122,757 | $21.14BB | $10.05BB | 1.40% | 250 |

The servicing portfolio has grown significantly since inception.  Our structure, systems, technology, and staff are focused on managing the portfolio in an environment commensurate with the corporate strategies.

27





# Ratings

- April 2004, Fitch issued Servicer Rating of RPS3 with noted strengths in management and New Century's commitment to the servicing platform

- June 2004, S&P issued Servicer Rating of Average with Positive Outlook (Management and Organization Ranked as ABOVE AVERAGE)

- Freddie Mac and Fannie Mae Approved Servicer

28



# Servicing Organizational Chart





29





# Management and Experience

*What Makes Servicing at New Century Different?*

- We have a tenured and experienced management team with an average of 16+ years of servicing experience.

- Our department managers have been with New Century an average of 4+ years.  Additionally, our management team has a wide range of experience in servicing:
    - RMBS transactions
    - Privately held sub-prime portfolios
    - Fannie Mae and Freddie Mac Pools
    - Special servicing

- Experienced management team structured under one cohesive division provides the opportunities necessary to be able to proactively manage the servicing process.





# Technology

- Our experience helps merge our processes and technology where it makes sense for the borrower and investor.

- New Century uses the following integrated technology to service our retained and interim serviced portfolios:

  - MortgageServ Loan Servicing Platform

  - Concerto's EnsemblePro – AutoDialer

  - Freddie Mac's Early Indicator – Delinquency Predictor

  - Fiserv Informant – Data warehouse

  - Western Union Quick Collect

  - Speedpay – Allows customer payments to be made over the phone

  - Lenstar – Timeline management for loans in default

  - Planet Code – U.S. Postal tracking

31




# Training

- Our Associates receive extensive training so they understand the "why" of their position and not just the "how".

- Over 35 separate classes are offered by our in-house training department including:
  - Mortgage Banking 101
  - Opportunities in Loss Mitigation
  - The Loan Origination Process
  - Predatory Lending
  - Reading the Credit File
  - Secondary Marketing

- Management's philosophy is to encourage Associate growth through knowledge sharing, training, and providing career development opportunities internally as they arise.

32



# Loss Mitigation –
## A Value Proposition

**NEW CENTURY™**
FINANCIAL CORPORATION

- **Proposition to Our Investors**
  - Increased ROI and decreased loss severity through early intervention & risk identification
    - Use of current technology
    - Early Indicator
    - NPV analysis
    - Quarterly credit score updates
    - Average severity of 19.8% on 83 liquidated OBS loans
  - Departmental Structure
    - Tenured staff in Early Stage Collections
    - Pre-Foreclosure Loss Mitigation Group
- **Proposition to Our Borrowers**
  - Emphasis on home retention
    - Proactive and continual contact
    - A variety of products and services
      - Consumer Credit Counseling
      - Repayment plans

33




# Results

# NCEN Performance Website – Optimizing Investor ROI





Sample Screen Shot From New Century's Performance Analytics Website.
http://newcen.absnet.net

**Collateral Analysis**

| Documentation Status | 60 Day Delq Bal % | 90 Day Delq Bal% | REO % | FC % | 60+ Day Delq Bal % |
|---|---|---|---|---|---|
| Full Doc | 1.17 % | 0.65 % | 0.36 % | 3.14 % | 5.33 % |
| Limited Doc | 1.79 % | 4.23 % | 0.00 % | 4.32 % | 10.35 % |
| Stated Doc | 1.43 % | 1.64 % | 0.57 % | 3.59 % | 7.24 % |
| **Total** | **1.31 %** | **1.24 %** | **0.42 %** | **3.38 %** | **6.35 %** |

**Filtered Results...**

**Collateral Analysis**

| Documentation Status | 60 Day Delq Bal % | 90 Day Delq Bal% | REO % | FC % | 60+ Day Delq Bal % |
|---|---|---|---|---|---|
| Full Doc | 0.37 % | 0.00 % | 0.50 % | 2.57 % | 3.45 % |
| Limited Doc | 0.00 % | 18.76 % | 0.00 % | 5.98 % | 24.74 % |
| Stated Doc | 1.06 % | 1.76 % | 0.00 % | 2.71 % | 5.54 % |
| **Total** | | | | **80 %** | **5.42 %** |

**WWW.NCEN.COM**

35




# Loan Performance

### 60+ Delinquency by Vintage, Securitized Loans Only



**60+ Delinquency**

36





# Loan Performance
## 60+ Delinquency by Vintage and FICO, Securitized Loans Only



37





# Summary





# Summary

- NC Capital Corporation focused on optimizing ROI:
    - Benefits investors
    - Benefits NCFC

- Strategy is integrated process that spans application through servicing:
    - Combines state-of-the-art technology with seasoned management

- Servicing metrics-to-date attest to its ability to "add value" to the process

39






www.ncen.com