# Exhibit 49:

# Previously filed under seal as Ex. 48 to

# N. Sugnet Declaration (Docket No. 129)

| | |
|---|---|
| **From:** | Vanacker, Vanessa (FID) <Vanessa.Vanacker@morganstanley.com> |
| **Sent:** | Wednesday, November 24, 2004 11:17 PM |
| **To:** | Atadika, Michael (FID) |
| **Subject:** | RE: $55 M NCEN Nov 29th (make whole from Oct settle) Funding Memo & LS |

I just talked to Steve on this pool.
These loans are a make-up for some stip violations on the OCT pool.
These should be priced using the OCT target WAC and OCT price (so 7.40 and 103.55).
==We never agreed to the same price for a much lower WAC.==

NC is violating some prepayment penalty stips for the Nov delivery and will be funding about 175mln of loans later.
Please make sure they are aware at the time of funding that this correction will need to follow

-----Original Message-----
From: Atadika, Michael (FID)
Sent: Wednesday, November 24, 2004 6:07 PM
To: Shapiro, Steven (FID); Vanacker, Vanessa (FID)
Cc: Feeney, Ryan (FID)
Subject: $55 M NCEN Nov 29th (make whole from Oct settle) Funding Memo & LS

Steve,

Please review $55M Funding Memo.

Thanks

--
This is not an offer (or solicitation of an offer) to buy/sell the securities/instruments mentioned or an official confirmation. Morgan Stanley may deal as principal in or own or act as market maker for securities/instruments mentioned or may advise the issuers. This may refer to a research analyst/research report. Unless indicated, these views are the author's and may differ from those of Morgan Stanley research or others in the Firm. We do not represent this is accurate or complete and we may not update this. Past performance is not indicative of future returns. For additional information, research reports and important disclosures, contact me or see https://secure.ms.com. You should not use email to request, authorize or effect the purchase or sale of any security or instrument, to send transfer instructions, or to effect any other transactions. We cannot guarantee that any such requests received via email will be processed in a timely manner. This communication is solely for the addressee(s) and may contain confidential information. We do not waive confidentiality by mistransmission. Contact me if you do not wish to receive these communications. In the UK, this communication is directed in the UK to those persons who are market counterparties or intermediate customers (as defined in the UK Financial Services Authority's rules).



1