# Exhibit 53:

# Previously filed under seal as Ex. 52 to

# N. Sugnet Declaration (Docket No. 129)

| | |
|---|---|
| **From:** | Barrow, Pamela (FID) <Pamela.Barrow@morganstanley.com> |
| **Sent:** | Thursday, May 25, 2006 4:43 PM |
| **To:** | Peterson, Anton (FID) |
| **Subject:** | RE: NC May 3C loans |

==wrong answer.==
==Yes, we are going to say no to probably all, but we will look again just for team participation in trying to improve pull-through. :) Know what I mean. . .==

From: Peterson, Anton (FID)
Sent: Thursday, May 25, 2006 12:39 PM
To: Gilly, Kris (FID); Barrow, Pamela (FID)
Subject: RE: NC May 3C loans

No, I do not.  ==Purchasing loans that have un-cured compliance violations exposes us to potential class-action litigation.==  Unable to quantify this risk.

Tony Peterson - Vice President
Morgan Stanley / Fixed Income
5002 T-Rex Avenue, Suite 300
Boca Raton, FL 33431
Phone (561) 443-6053
Fax (561) 544-5646
anton.peterson@morganstanley.com


From: Gilly, Kris (FID)
Sent: Thursday, May 25, 2006 12:36 PM
To: Peterson, Anton (FID); Barrow, Pamela (FID)
Subject: NC May 3C loans


There were a handful of Compliance Curable loans on this month's trade. Do you feel comfortable putting those on a side letter? Frank said this would be up to you.

Also, the MA BBI loans are not going to purchased at this time.

-Kris



DEPOSITION EXHIBIT
Peterson 3[?]
2/27/[...]

CONFIDENTIAL

MS00456088

Kris Gilly - Executive Director

Morgan Stanley | Fixed Income

1585 Broadway | Floor 10

New York, NY 10036

Phone: +1 212 761-0873

Fax: +1 212 507-4034

Kris.Gilly@morganstanley.com

2

CONFIDENTIAL

MS00456089