# Exhibit 54:

# Previously filed under seal as Ex. 53 to

# N. Sugnet Declaration (Docket No. 129)

| | |
|---|---|
| From: | Gilly, Kris (FID) <Kris.Gilly@morganstanley.com> |
| Sent: | Thursday, April 21, 2005 9:16 PM |
| To: | Telesca, Frank (FID); Shapiro, Steven (FID) |
| Subject: | FW: New Century Performance Analysis |
| Attachments: | Strats.For.Nonperforming.NC.Loans-211524-25690868.pdf |

FYI

Pam, Jimmy and I will be discussing this next week. Just a little color for you.

---

**From:** Barrow, Pamela (FID)
**Sent:** Thursday, April 21, 2005 4:57 PM
**To:** Supple, James (FID); Gilly, Kris (FID)
**Subject:** RE: New Century Performance Analysis

This is fantastic - can we have a call - like Monday- to talk about these summary and detail strats? I love this stuff!!!!!!

-----Original Message-----
**From:** Supple, James (FID)
**Sent:** Thu 4/21/2005 4:35 PM
**To:** Gilly, Kris (FID)
**Cc:** Barrow, Pamela (FID)
**Subject:** New Century Performance Analysis

Kris:

I uploaded all of the old CAS files for the New Century 2002-2004 into an aggregate CAS file and then loaded the nonperforming data received from William Turner. The file categorizes the bad loans into 4 buckets: 90+ delinquent, foreclosure, bankruptcy and REO.

I am attaching the strats and a small summary for you to review so we can discuss them with Pam when we are revising or models.

It is interesting to note that 94% of the nonperforming loans were primary residences, 27% had a grade of A+, 66% of the loans were full docs and 37% of the loans were seasoned one to twelve months when we purchased them. Maybe when we discuss the effectiveness of our models we can take some of this historical information into consideration.

The summary below highlights some of the characteristics of the 4,062 non performing loans I was able to track.

| Total Loans In Pool | | 4,062 | |
|---|---|---|---|
| Category | Selection | Total Loans | Percentage of Total |
| Term | 30 year | 3,844 | 94.63% |
| Residence Type | Primary | 3,835 | 94.41% |
| Product Type | A2/6 | 2,955 | 72.75% |
| Document Type | Full | 2,688 | 66.17% |
| Original LTV | 75-85% | 2,259 | 55.61% |

1

DEPOSITION EXHIBIT
BARROW 10
DATE: 6/2/14   CLS

CONFIDENTIAL   MS00217676

| | | | |
|---|---|---|---|
| Seasoning | 1-12 months | 1,518 | 37.37% |
| Grade | A+ | 1,111 | 27.35% |
| Fico Score | Not Provided | 605 | 14.89% |

Let me know if you have any questions.

Thanks

James Supple
Morgan Stanley
Securitized Products Group
1585 Broadway 10th Floor
New York, New York 10036
T  212.761.2639
F  212.507.8464

CONFIDENTIAL                                                                                                     MS00217677