# Exhibit 56:

# Previously filed under seal as Ex. 55 to

# N. Sugnet Declaration (Docket No. 129)

**From:** Atadika, Michael (FID) <Michael.Atadika@morganstanley.com>
**Sent:** Thursday, December 08, 2005 1:56 AM
**To:** Supple, James (FID); subprimebidstips
**Cc:** Kaplan, Eric (FID); Telesca, Frank (FID)
**Subject:** RE: New Century : Billion Dollar Deal Reports

I spoke with Frank, both the $1Bn & $500M pools are approved in order to continue the diligence process. Securitization will have a business level conversation on the points outlined below:

-Weaker FICO distribution than bid (especially less than 550)
-Higher Non-Owner Occupied

During the review please examine with Exceptional Scrutiny any Non-Owner Occupied loans with FICO's less than 600.

==Resi Principal Finance will be speaking with New Century and the diligence team frequently on the best process to maximize the pull-through despite the the problem tape deliveries this month.==

Thanks

---

**From:** Supple, James (FID)
**Sent:** Wednesday, December 07, 2005 6:59 PM
**To:** subprimebidstips
**Cc:** Kaplan, Eric (FID)
**Subject:** New Century : Billion Dollar Deal Reports

Attached please find the reports for the five tapes on the above-referenced deal. It still looks like the stips were not met in several categories.

Please let me know if it is OK to go forward with the sample.

James Supple
Morgan Stanley
Securitized Products Group
1585 Broadway 10th Floor
New York, New York 10036
T 212.761.2639
F 212.507.8464


DEPOSITION EXHIBIT
Peterson-20
2/27/17