# Exhibit 64:

# Previously filed under seal as Ex. 63 to

# N. Sugnet Declaration (Docket No. 129)

**From:** Karl Weiss <KWeiss@ncen.com>
**Sent:** Friday, January 26, 2007 2:50 PM
**To:** Shapiro, Steven (FID)
**Subject:** RE: MSAC 2006-NC4

I'll get it and reply back

---

From: Shapiro, Steven (FID) [mailto:Steven.Shapiro@morganstanley.com]
Sent: Friday, January 26, 2007 6:37 AM
To: Karl Weiss
Subject: RE: MSAC 2006-NC4

==I did not think you lent to people that did not have money to make their payments.== ==Hey I need a total headcount for dinner on Monday. Let me know.==

---

From: Karl Weiss [mailto:KWeiss@ncen.com]
Sent: Friday, January 26, 2007 9:19 AM
To: Shapiro, Steven (FID)
Subject: RE: MSAC 2006-NC4

==You mean besides borrowers who apparently don't have the money to make their mortgage payments? (Sorry to be flip ...)==

---

From: Shapiro, Steven (FID) [mailto:Steven.Shapiro@morganstanley.com]
Sent: Thursday, January 25, 2007 4:17 AM
To: Kevin Cloyd; Warren Licata; Karl Weiss
Subject: MSAC 2006-NC4

WALA - 10 months

1



CONFIDENTIAL                                                                                                                    MS00221633

==Foreclosure - 7%==

==Losses - 14 bps==

==What is going on with these loans ???????????????==

———

This is not an offer (or solicitation of an offer) to buy/sell the securities/instruments mentioned or an official confirmation. Morgan Stanley may deal as principal in or own or act as market maker for securities/instruments mentioned or may advise the issuers. This is not research and is not from MS Research but it may refer to a research analyst/research report. Unless indicated, these views are the author's and may differ from those of Morgan Stanley research or others in the Firm. We do not represent this is accurate or complete and we may not update this. Past performance is not indicative of future returns. For additional information, research reports and important disclosures, contact me or see https://secure.ms.com/servlet/cls. You should not use e-mail to request, authorize or effect the purchase or sale of any security or instrument, to send transfer instructions, or to effect any other transactions. We cannot guarantee that any such requests received via e-mail will be processed in a timely manner. This communication is solely for the addressee(s) and may contain confidential information. We do not waive confidentiality by mistransmission. Contact me if you do not wish to receive these communications. In the UK, this communication is directed in the UK to those persons who are market counterparties or intermediate customers (as defined in the UK Financial Services Authority's rules).

———

This is not an offer (or solicitation of an offer) to buy/sell the securities/instruments mentioned or an official confirmation. Morgan Stanley may deal as principal in or own or act as market maker for securities/instruments mentioned or may advise the issuers. This is not research and is not from MS Research but it may refer to a research analyst/research report. Unless indicated, these views are the author's and may differ from those of Morgan Stanley research or others in the Firm. We do not represent this is accurate or complete and we may not update this. Past performance is not indicative of future returns. For additional information, research reports and important disclosures, contact me or see https://secure.ms.com/servlet/cls. You should not use e-mail to request, authorize or effect the purchase or sale of any security or instrument, to send transfer instructions, or to effect any other transactions. We cannot guarantee that any such requests received via e-mail will be processed in a timely manner. This communication is solely for the addressee(s) and may contain confidential information. We do not waive confidentiality by mistransmission. Contact me if you do not wish to receive these communications. In the UK, this communication is directed in the UK to those persons who are market counterparties or intermediate customers (as defined in the UK Financial Services Authority's rules).

CONFIDENTIAL                                                                                                                                          MS00221634