UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEVERLY ADKINS, CHARMAINE WILLIAMS, REBECCA PETTWAY, RUBBIE McCOY, WILLIAM YOUNG, on behalf of themselves and all others similarly situated, and MICHIGAN LEGAL SERVICES,<br><br>Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY, MORGAN STANLEY & CO. LLC, MORGAN STANLEY ABS CAPITAL I INC., MORGAN STANLEY MORTGAGE CAPITAL INC., and MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC,<br><br>Defendants. | 1:12-CV-7667-VEC-GWG<br><br>**NOTICE OF DEFENDANTS' MOTION TO EXCLUDE ALL OPINIONS CONTAINED IN THE REPORT OF PATRICIA A. MCCOY AND ONE OPINION CONTAINED IN THE REPORT OF IAN AYRES** |

PLEASE TAKE NOTICE that, based upon the accompanying memorandum of law, defendants Morgan Stanley, Morgan Stanley & Co. LLC, Morgan Stanley ABS Capital I Inc., Morgan Stanley Mortgage Capital Inc., and Morgan Stanley Mortgage Capital Holdings LLC ("Defendants") hereby move this Court, the Honorable Valerie E. Caproni, United States District Judge for the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, for an order excluding all opinions contained in the report of Patricia A. McCoy offered in support of class certification and excluding the opinion in the report of Ian Ayres offered in support of class certification that there is credible statistical evidence that African Americans suffered disparate impact from the lending policies of Morgan Stanley and New Century.

Defendants provisionally submit under seal Defendants' Motion to Exclude All Opinions Contained in the Report of Patricia A. McCoy and One Opinion Contained in the Report of Ian Ayres and supporting papers containing information designated as "Confidential" pursuant to the Stipulated Amended Protective Order [ECF No. 44]. Defendants will meet and confer with Plaintiffs and the New Century Bankruptcy Trust regarding whether any such information should be filed under seal and/or redacted.

Dated: November 5, 2014

                                          Respectfully submitted,

                                          /s/ David W. Ogden

Noah A. Levine
Colin T. Reardon
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888
noah.levine@wilmerhale.com
colin.reardon@wilmerhale.com

David W. Ogden (*admitted pro hac vice*)
Danielle Y. Conley (*admitted pro hac vice*)
Skye L. Perryman (*admitted pro hac vice*)
Jonathan Bressler (*admitted pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
david.ogden@wilmerhale.com
danielle.conley@wilmerhale.com
skye.perryman@wilmerhale.com
jonathan.bressler@wilmerhale.com

*Counsel for Defendants*