UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEVERLY ADKINS, CHARMAINE WILLIAMS, REBECCA PETTWAY, RUBBIE MCCOY, WILLIAM YOUNG, on behalf of themselves and all others similarly situated, and MICHIGAN LEGAL SERVICES,<br><br>Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY, MORGAN STANLEY & CO. LLC, MORGAN STANLEY ABS CAPITAL I INC., MORGAN STANLEY MORTGAGE CAPITAL INC., AND MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC,<br><br>Defendants. | 1:12-CV-7667-VEC-GWG |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO EXCLUDE ALL OPINIONS CONTAINED IN THE REPORT OF PATRICIA A. MCCOY AND ONE OPINION CONTAINED IN THE REPORT OF IAN AYRES**

**TABLE OF CONTENTS**

PRELIMINARY STATEMENT ..................................................................................................1

ARGUMENT ...................................................................................................................................3

I.  THE OPINIONS PRESENTED IN PROFESSOR MCCOY'S REPORT SHOULD BE EXCLUDED IN THEIR ENTIRETY ..........................................................................4

    A.  Professor McCoy's Opinion That Morgan Stanley Exerted "Singular Influence" Over New Century, Exercised "Control" Over New Century, And "Dictated The Terms" Of Certain New Century Loans, Should Be Excluded ..........................................................................................................5

        1.  Professor McCoy did not use a reliable methodology ................................5

        2.  Professor McCoy's report improperly opines on motive and provides inadmissible narrative opinion .....................................................13

    B.  Professor McCoy's Opinion Related To Internal Controls And Due Diligence Should Be Excluded ................................................................................16

    C.  Professor McCoy's Opinion That "Combined Risk" Loans Presented A "[H]eightened [R]isk" Of Default And Foreclosure Should Be Excluded ............18

    D.  Professor McCoy's Opinion That Morgan Stanley Took No Steps To Avoid Adverse Racial Impact Should Be Excluded .............................................21

II.  DR. AYRES'S OPINION THAT MORGAN STANLEY POLICIES CAUSED AFRICAN-AMERICANS TO SUFFER DISPARATE IMPACT SHOULD BE EXCLUDED ......................................................................................................................23

CONCLUSION ..............................................................................................................................25

# TABLE OF AUTHORITIES

**Page(s)**

**CASES**

*24/7 Records, Inc. v. Sony Music Entm't, Inc.*
    514 F. Supp. 2d 571 (S.D.N.Y. 2007) ................................................................................5

*Am. Honda Motor Corp. v. Allen*,
    600 F.3d 813 (7th Cir. 2010) .............................................................................................4

*Bazile v. City of New York*,
    215 F. Supp. 2d 354 (S.D.N.Y. 2002) ................................................................................5

*Bickerstaff v. Vassar Coll.*,
    196 F.3d 435 (2d Cir. 1999) ...............................................................................................7

*Brooks v. Outboard Marine Corp.*,
    234 F.3d 89 (2d Cir. 2000) ...............................................................................................20

*Buckley v. Deloitte & Touche USA LLP*,
    888 F. Supp. 2d 404 (S.D.N.Y. 2012) .........................................................................5, 24

*Carmichael v. City of New York*,
    2014 WL 3818192 (E.D.N.Y. Aug. 1, 2014) .....................................................................7

*Comcast Corp. v. Behrend*,
    133 S. Ct. 1426 (2013) .......................................................................................................4

*Crown Cork & Seal Co. Master Ret. Trust v. Credit Suisse First Boston Corp.*,
    2013 WL 978980 (S.D.N.Y. Mar. 12, 2013) ...................................................................16

*Daubert v. Merrell Dow Pharmaceuticals, Inc.*,
    509 U.S. 579 (1993) ....................................................................................................1, 18

*Derienczo v. Mertro. Transp. Auth.*,
    694 F. Supp. 2d 229 (S.D.N.Y. 2010) ................................................................................8

*Drake v. Delta Air Lines, Inc.*,
    2005 WL 1743816 (E.D.N.Y. July 21, 2005) ....................................................................7

*Duling v. Gristede's Operating Corp.*,
    267 F.R.D. 86 (S.D.N.Y. 2010) .........................................................................................4

*EEOC v. Bloomberg LP*,
    2010 WL 3466370 (S.D.N.Y. Aug. 31, 2010) .................................................................24

*Ellis v. Costco Wholesale Corp.*,
    657 F.3d 970 (9th Cir. 2011) .............................................................................................4

*FAA v. Landy*,
 705 F.2d 624 (2d Cir. 1983)..................................................................................................22

*Freeland v. AT&T Corp.*,
 238 F.R.D. 130 (S.D.N.Y. 2006) ...........................................................................................4

*Ge Dandong v. Pinnacle Performance Ltd.*,
 2013 WL 5658790 (S.D.N.Y. Oct. 17, 2013) .......................................................................4

*Gen. Elec. Co. v. Joiner*,
 522 U.S. 136 (1997)..............................................................................................................21

*Highland Capital Mgmt., L.P. v. Schneider*,
 379 F. Supp. 2d 461 (S.D.N.Y. 2005).......................................................................13, 15, 16

*Hygh v. Jacobs*,
 961 F.2d 359 (2d Cir. 1992)..................................................................................................22

*In re Countrywide Fin. Corp. Mortgage Mktg. & Sales Practices Litig.*,
 277 F.R.D. 586 (S.D. Cal. 2011) ..........................................................................................21

*In re Elec. Books Antitrust Litig.*,
 2014 WL 1282298 (S.D.N.Y. Mar. 28, 2014) .......................................................................4

*In re Flag Telecomm. Holdings, Ltd. Sec. Litig.*,
 245 F.R.D. 147 (S.D.N.Y. 2007) ...........................................................................................4

*In re Fosamax Prods. Liab. Litig.*,
 645 F. Supp. 2d 164 (S.D.N.Y. 2009)...................................................................................16

*In re Hydrogen Peroxide Antitrust Litig.*,
 552 F.3d 305 (3d Cir. 2008)...................................................................................................4

*In re Initial Pub. Offerings Sec. Litig.*,
 471 F.3d 24 (2d Cir. 2006).....................................................................................................4

*In re Methyl Tertiary Butyl Ether (MTBE) Prods. Liab. Litig.*,
 2008 WL 2607852 (S.D.N.Y. July 1, 2008) ........................................................................20

*In re Methyl Tertiary Butyl Ether (MTBE) Products Liab. Litig.*,
 643 F. Supp. 2d 482 (S.D.N.Y. 2009)...................................................................................15

*In re N. Telecomm. Ltd. Sec. Litig.*,
 116 F. Supp. 2d 446 (S.D.N.Y. 2000)................................................................................7, 8

*In re Rezulin Prods. Liab. Litig.*,
 309 F. Supp. 2d 531 (S.D.N.Y. 2004)..............................................................................13, 15

*In re U.S. Foodservice Inc. Pricing Litig.*,
   729 F.3d 108 (2d Cir. 2013)..................................................................................................4

*In re Zyprexa*,
   2009 WL 1357236 (E.D.N.Y. May 12, 2009) .......................................................................20

*Island Intellectual Prop. LLC v. Deutsche Bank AG*,
   2012 WL 526722 (S.D.N.Y. Feb. 14, 2012)....................................................................15, 22

*LinkCo, Inc. v. Fujitsu Ltd.*,
   2002 WL 1585551 (S.D.N.Y. July 16, 2002) .......................................................................15

*Lippe v. Bairnco Corp.*,
   288 B.R. 678 (S.D.N.Y. 2003)..............................................................................................15

*Lujan v. Cabana Mgmt., Inc.*,
   284 F.R.D. 50 (E.D.N.Y. 2012) ..............................................................................................4

*Malletier v. Dooney & Bourke, Inc.*,
   525 F. Supp. 2d 558 (S.D.N.Y. 2007).....................................................................................8

*Media Sport & Arts s.r.l. v. Kinney Shoe Corp.*,
   1999 WL 946354 (S.D.N.Y. Oct. 19, 1999) .........................................................................15

*Nelson v. Assocs. Fin. Servs. Co. of Ind., Inc.*,
   659 N.W.2d 635 (Mich. App. 2002).....................................................................................19

*Nimely v. City of New York*,
   414 F.3d 381 (2d Cir. 2005)................................................................................................3, 5

*Pension Comm. of Univ. of Montreal Pension Plan v. Banc of Am. Sec., LLC*,
   691 F. Supp. 2d 448 (S.D.N.Y. 2010)...................................................................................18

*R.F.M.A.S., Inc. v. Mimi So*,
   748 F. Supp. 2d 244 (S.D.N.Y. 2010).............................................................................passim

*Raskin v. Wyatt Co.*,
   125 F.3d 55 (2d Cir. 1997)......................................................................................................8

*SEC v. Tourre*,
   950 F. Supp. 2d 666 (S.D.N.Y. 2013).................................................................3, 4, 15, 17

*Sher v. Raytheon Co.*,
   419 F. App'x 887 (11th Cir. 2011) .........................................................................................4

*Threet v. Corr. Health Care Mgmt. of Okla., Inc.*,
   2009 WL 3335596 (W.D. Okla. Oct. 15, 2009) .....................................................................5

*Tsombanidis v. W. Haven Fire Dep't*,
  352 F.3d 565 (2d Cir. 2003) .................................................................................... 7, 24

*Unger v. Amedisys Inc.*,
  401 F.3d 316 (5th Cir. 2005) ......................................................................................... 4

*United States v. Bilzerian*,
  926 F.2d 1285 (2d Cir. 1991) ...................................................................................... 21

*United States v. Williams*,
  506 F.3d 151 (2d Cir. 2007) .......................................................................................... 3

*Wal-Mart Stores, Inc. v. Dukes*,
  131 S. Ct. 2541 (2011) ................................................................................................... 4

**STATUTES, RULES, REGULATIONS, CONSTITUTIONAL PROVISIONS**

24 C.F.R. § 100.125 ............................................................................................................ 22

42 U.S.C. § 3605 ................................................................................................................. 22

Fed. R. Evid. 702 ............................................................................................................. 3, 5

Mich. Comp. Laws § 438.31c(2)(c) .................................................................................... 19

**OTHER AUTHORITIES**

Rubenstein, *Newberg on Class Actions* (5th ed.) ................................................................ 4

Wei Li & Keith S. Ernst, *The Best Value in the Subprime Market: State Predatory Lending Reforms* (2006) ............................................................................................. 19

# Pages 1 to 25

# (Omitted pending parties' meet and confer)