# EXHIBIT 2

**Redacted Version of Exhibit D to the Declaration of Francis Telesca (previously filed provisionally under seal at ECF No. 178)**

# Morgan Stanley ABS Capital I 2005-NC2
## Flow of Funds - Gross Proceeds

| Class | Rating Moody's/S&P/Fitch | Size | Pct | Price to Investors | Proceeds |
|---|---|---|---|---|---|
| A-1ss | Aaa/AAA/AAA | $273,920,000 | 18.83% | 100.00000% | $273,920,000.00 |
| A-1mz | Aaa/--/AAA | $68,481,000 | 4.71% | 100.00000% | $68,481,000.00 |
| A-2ss | Aaa/AAA/AAA | $235,870,000 | 16.21% | 100.00000% | $235,870,000.00 |
| A-2mz | Aaa/--/AAA | $58,968,000 | 4.05% | 100.00000% | $58,968,000.00 |
| A-3a | Aaa/AAA/AAA | $315,000,000 | 21.65% | 100.00000% | $315,000,000.00 |
| A-3b | Aaa/AAA/AAA | $109,586,000 | 7.53% | 100.00000% | $109,586,000.00 |
| A-3c | Aaa/AAA/AAA | $92,500,000 | 6.36% | 100.00000% | $92,500,000.00 |
| A-3mz | Aaa/--/AAA | $57,454,000 | 3.95% | 100.00000% | $57,454,000.00 |
| M-1 | Aa1/AA/AA+ | $48,771,000 | 3.35% | 100.00000% | $48,771,000.00 |
| M-2 | Aa2/AA/AA | $44,269,000 | 3.04% | 100.00000% | $44,269,000.00 |
| M-3 | Aa3/AA-/AA- | $24,761,000 | 1.70% | 100.00000% | $24,761,000.00 |
| M-4 | A1/A+/A+ | $27,012,000 | 1.86% | 100.00000% | $27,012,000.00 |
| M-5 | A2/A/A | $23,260,000 | 1.60% | 100.00000% | $23,260,000.00 |
| M-6 | A3/A-/A | $22,510,000 | 1.55% | 100.00000% | $22,510,000.00 |
| B-1 | Baa1/BBB+/BBB+ | $18,758,000 | 1.29% | 100.00000% | $18,758,000.00 |
| B-2 | Baa2/BBB/BBB | $17,258,000 | 1.19% | 100.00000% | $17,258,000.00 |
| B-3 | Baa3/BBB-/BBB- | $16,507,000 | 1.13% | 100.00000% | $16,507,000.00 |
| | Total | $1,454,885,000 | | *Proceeds* | $1,454,885,000.00 |
| **NIM** | | | | | |
| NIM | BBB/BBB+ | $0 | 0.00% | 99.75000% | $0.00 |
| | Total | $0 | | *Proceeds* | $0.00 |
| | Total | $1,454,885,000 | | *Total Proceeds* | $1,454,885,000.00 |

Total Collateral  1,488,364,434  Ops actual collat balance (TBD)
                  1,500,655,452  Scheduled for Bond sizing
                  (12,291,018.00) Cash returned in 1st remittance from trustee / (paid as shortfall)

96.95%

MS02698849

CONFIDENTIAL

# Morgan Stanley ABS Capital I 2005-NC2

## Morgan Stanley Wiring Instructions - April 29, 2005

| Party | Wiring Instructions | |
|---|---|---|

**Deutsche Bank**

| | Amount: | $12,291,018.00 |
|---|---|---|
| | ABA #: | REDACTED |
| Cap Int Acct | – | Account #: | REDACTED |
| Prefunding Amount | – | Account Name: | |
| Collateral Shortfall | 12,291,018.00 | Deal Name: | MS ABS 2005-NC2 |
| Interest on Loan Repurchased | – | Bank: | Bankers Trust |
| | $12,291,018.00 | | |
| | Attn: | Eiko Akiyama |

**Deutsche Bank**

| | Amount: | $0.00 |
|---|---|---|
| NIM Reserve Account | – | ABA #: | REDACTED |
| | $0.00 | Account #: | REDACTED |
| | Account Name: | MS ABS 2005-NC2 |
| | Bank: | Bankers Trust |
| | Attn: | Eiko Akiyama |

**Morgan Stanley**
**Internal Transfer**

| | Amount: | $1,524,537,896.12 |
|---|---|---|
| | ABA #: | REDACTED |
| | Account #: | REDACTED |
| | Account Name: | MSDWMC |
| | Bank: | Citibank of NYC |
| | Attn: | Kevin J. Hyland |
| | Re: | MS ABS 2005-NC2 |

**Utendahl Capital Partners L.P.**

| | Amount: | $10,000.00 |
|---|---|---|
| | ABA #: | REDACTED |
| | Account #: | REDACTED |
| | Account Name: | Utendahl Capital Partners L.P. |
| | Bank: | Chase Manhattan Bank |
| | Attn: | |
| | Re: | MS ABS 2005-NC2 |

**Countrywide Securities Corp.**

| | Amount: | $0.00 |
|---|---|---|
| | ABA #: | |
| | Bank: | |
| | Account #: | |
| | F/B/O: | |
| | Account #: | |
| | Attn: | |
| | Re: | MS ABS 2005-NC2 |

MS02696849

MS02696849

# Morgan Stanley ABS Capital I 2005-NC2
## Flow of Funds

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  | Date | 4/7/2005 |
|  |  |  |  |  | NWAC | 6.61 |
|  |  |  |  |  | Financing | 3 |
|  |  |  |  |  | Settle | 4/29/2005 |
|  |  |  |  |  | TRR Carry | 0.22 |
|  |  |  |  |  | Post-NIM | 0.0410% |
|  |  |  |  |  |  | 5.5971% |

| | | | | |
|---|---|---|---|---|
| Gross Proceeds on Offered Bonds | $ | 1,454,885,000.00 | 97.75 | RECEIVED? | Carry to 04/29 |
| Post NIM mark | | 5.77672% | | NO | |
| Gross Proceeds on Post NIM | $ | 85,978,645.94 | 5.78 | | |
| Less: | | | | | |
| Capitalized Interest Account | | - | | | |
| Pre-Funding Account | | - | | | |
| Collateral Shortfall | | 12,291,018.00 | | True | |
| Interest on Loan Repurchased (1-month) | | - | | | |
| NIM Reserve Account | | | | | $1,783,539.17 |
| Underwriting Fee | | 727,442.50 | 0.05 | Expense excl cap | |
| Residual Reserve | | 450,000.00 | 0.03 | | |
| Deal Expenses | | $1,245,094.90 | 0.08 | | |
| Non-deal Expenses | | 377,240.15 | 0.03 | | |
| Shelf Fees | | 149,628.27 | 0.01 | | |
| Broken Prices | | 11,510.00 | | | |
| Reserves for Expenses | | 950,000.00 | 0.06 | | |
| Reserves - Extra | | - | - | | |
| TRR carry reserve | | - | | Reserving | |
| Payment/Receivable on Swaps | | - | - | Realizing | |

Co-Managers

| | | |
|---|---|---|
| Utendahl Capital Partners L.P. | 10,000.00 | |
| Countrywide Securities Corp. | 113,816.00 | Payment to be made Later |

**Net Proceeds Due the SPG Principal Group**   $   **1,524,537,896.12**

| | | |
|---|---|---|
| Funds expected back after closing | - | (Cap Int +Prefunding +NIM reserve) |
| Total funds expected to be received | 1,524,537,896.12 | |
| Estimated Price (Net funds divided by UPB + prefund) | 102.45576% | **Does not include non-deal expenses** |
| Accrued Interest paid | (0.51590%) | **WL Ops to provide** |
| Net price | 101.93986% | 7,678,506.21 |
| Current mark on loans | 101.93985% | **Jansen to provide** |
| P&L (%) | 0.00001% | |
| P&L ($) | 142.12 | |

| HIDDEN ROWS BELOW | | |
|---|---|---|
| Mark Pre-Price | 104.17000% | |
| Carry | 0.44000% | 5.77671% |
| | | |
| Pre-Price Mark at Close | 103.73000% | |
| New Mark | 101.93985% | |
| P&L | (1.79015%) | |
| | | |
| P&L ($) | (26,643,939.55) | |
| Underwriting | 727,442.50 | |
| Total P&L ($$) | (25,916,497.05) | |

CONFIDENTIAL

## Morgan Stanley ABS Capital I 2005-NC2
### Morgan Stanley Wiring Instructions - April 29, 2005

| Secondary Wires After Closing | | Bank | ABA # | ACCT # | DEAL | COMMENTS | Invoice Number |
|---|---|---|---|---|---|---|---|
| Less Moody's Fee | $220,087.00 | SunTrust Bank | REDACTED | REDACTED | MS ABS 2005-NC2 | | |
| Less Standard & Poors Fee: | $143,000.00 | Bank of America | REDACTED | REDACTED | MS ABS 2005-NC2 | | |
| Less Fitch Fee: | $140,000.00 | Chase Manhattan Bank | REDACTED | REDACTED | MS ABS 2005-NC2 | | |
| Less Deloitte Fee: | $46,000.00 | Chase Manhattan Bank | REDACTED | REDACTED | MS ABS 2005-NC2 | Flat fee paid at close | |
| Less Deutsche Bank Fee: | $5,007.90 | Bankers Trust | REDACTED | REDACTED | MS ABS 2005-NC2 | | |
| Less Sonnenschein Fee: | $6,000.00 | Citibank, N.A. | REDACTED | REDACTED | MS ABS 2005-NC2 | Flat fee paid at close | |
| Less MSCS Fee: | 685,000.00 | Citibank, N.A. | REDACTED | REDACTED | MS ABS 2005-NC2 | | |
| **Total Current Expenses:** | **$1,245,094.90** | | | | | | |
| Less Doremus Fee: | 24,240.15 | HSBC Bank U.S.A | REDACTED | REDACTED | MSAC 2005-HE2 | | Invoice #: 503122 |
| Less Standard & Poors Fee: | $10,000.00 | Bank of America | REDACTED | REDACTED | MSAC 2005-HE1 | | Invoice #: 10402407 |
| Less Standard & Poors Fee: | $10,000.00 | Bank of America | REDACTED | REDACTED | MSHEL 2005-1 | | Invoice #: 10402406 |
| Less CWT Fee: | $110,000.00 | JPMorgan Chase | REDACTED | REDACTED | MSAC 2005-WMC2 | | Invoice #: 663109 |
| Less CWT Fee: | $110,000.00 | JPMorgan Chase | REDACTED | REDACTED | MSAC 2005-HE2 | | Invoice #: 663108 |
| Less DBRS Fee: | $38,000.00 | JPMorgan Chase | REDACTED | REDACTED | MSAC 2005-WMC2 | | Invoice #: 7763 |
| Less Fitch Fee: | $75,000.00 | Chase Manhattan Bank | REDACTED | REDACTED | MS ABS 2005-NC2 | | Invoice #: 50198RM |
| **Other Expenses** | **$377,240.15** | | | | | | |

CONFIDENTIAL

MS02696849

# Morgan Stanley ABS Capital I 2005-NC2

## Loan Repurchase and Shortfall

| Seller | Loan ID | Principal Balance | Interest Rate | Interest | Total to Trust | Reason |
|--------|---------|-------------------|---------------|----------|----------------|--------|
| GRP I | - | 202.78 | 0.000% | - | 202.78 | Loans subbed |
| GRP II | - | 250.87 | 0.000% | - | 250.87 | Loans subbed |
| GRP III | - | 12,290,564.35 | 0.000% | - | 12,290,564.35 | Loans subbed |
| | - | 12,291,018.00 | | - | 12,291,018.00 | |

MS02698849

CONFIDENTIAL

# Morgan Stanley ABS Capital I 2005-NC2
## Flow of Funds - Broken Price and Swaps

Broken Price

| Class | Size (MM) | Offer Price | Broken Price | Value |
|-------|-----------|-------------|--------------|-------|
| A-3c | 10.000 | 100.00000% | 99.88490% | 11,510.000000 |
| M3 | - | 100.00000% | 99.27150% | - |
| | | | **Total** | **11,510.00** |

MS02698849

CONFIDENTIAL