# WILMERHALE

**David W. Ogden**

+1 202 663 6440 (t)
+1 202 663 6363 (f)
david.ogden@wilmerhale.com

December 17, 2014

**By ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re:   *Adkins et al. v. Morgan Stanley et al.*, No. 1:12-cv-7667 (VEC) (GWG)

Your Honor:

      Morgan Stanley writes to notify the Court that today it is filing the documents supporting its opposition to Plaintiffs' motion for class certification (ECF Nos. 168-79) publicly on ECF with the limited redactions permitted by the Court's December 8, 2014 order.  With respect to this Court's order that the December 16, 2005 letter agreement between New Century and Barclays (ECF No. 169, Ex. 20) be redacted to remove information covered by the agreement's confidentiality provision, Morgan Stanley has conferred with counsel for the New Century Bankruptcy Trust and it has agreed to the redactions in the version of the agreement being filed on ECF.

      Respectfully submitted,

      */s/* David W. Ogden_____

      David W. Ogden

cc:   Plaintiffs' counsel (via ECF)

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington