# GILLY EXHIBIT A

| DATEORIG | BORPLNAME | BORPFNAME | LOANID | DATEFPAY | PMTPNICURR | BALORIG | BALAPPRORIG | BALAPPRREVIEW | BALSALEPRIC | ADDPSTREET | ADDPCITY | ADDPSTATE | ADDPZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20040518 | PETTWAY | REBECCA | 1557094 | 20040701 | 660.83 | 84000 | 120000 | 120000 | 0 | 15400 LINDSAY STREET | DETROIT | MI | 48227 |

MS02695282

CONFIDENTIAL

| CDPROPERTY | UNITS | CDOCCUP | CDDOCTYPETAPE | CDPURPOSE1 | CDLIEN | RTORIG | ARMMARGIN | ARMINDEX | TERMORIGTAPE | TERMAMORTTAPE | LTVORIGTAPE | LTVCOMBORIGTAPE | DTIFRONT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2F | 2 | P | 5- Full doc 2yr W2/tax returns | Refinance/1st | 1 | 8.75 | 6.7 | 1.38 | 360 | 360 | 70 | 70 | 22.07 |

CONFIDENTIAL

MS02695282

| DTIBACK | CDCASHOUT | CDPRODUCT | GRADE | PP_TERM | DATEMAT | ARMDTFRATAPE | ARMDTFPATAPE | ARMMAX | ARMIPERCAP | ARMPERCAP | CDIMPOUND | BALSENIOR | BALJUNIOR | CDSECTION32 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36.48 | 2 | A2/6 | C | 24 | 20340601 | 20060601 | 20060701 | 15.75 | 1.5 | 1.5 | Y | 0 | 0 | N |

CONFIDENTIAL

MS02695282

| CDCHANNEL | SCOREFICO | BALCURR | DATENEXTDUE | CDMATRIX | CDLATES | HANSENTAPE | BORPINCOME | CDSELFEMP | DATENOTE | FILESTATUS | CDPURPOSE | CDADJTYPE | CDINDEX | CDDOCTYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WHOLESALE STANDARD | 528 | 84000 | 20040701 | 108 | 2 X 60 | 2 | 3991 | N | 20040513 | IN | CO | ARM | LM6 | FULL2YR |

CONFIDENTIAL

MS02695282

| DATECUTOFF | DATEPDTH | RTCURR | PMTPNIORIG | PMIFEE | RTSERV | RTNET | TERMORIG | TERMORIGYEAR | TERMAMORT | TERMSEASON | TERMSTDREM | TERMIO | TERMCALCREM | BALPROPVAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20040621 | 20040601 | 8.75 | 660.83 | 0 | 0.5 | 8.25 | 360 | 30 | 360 | 0 | 360 | 0 | 360 | 120000 |

MS02695282

| LTVORIG | LTVCURR | LTVCOMBORIG | LTVCOMBCURR | CDSILENTSECOND | BALCOMBCURR | BALCOMBORIG | ARMIRAP | ARMIPAP | ARMRAP | ARMPAP | ARMDTFRA | ARMDTFPA | ARMDTNRA | ARMDTNPA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70 | 70 | 70 | 70 | N | 84000 | 84000 | 24 | 24 | 6 | 6 | 20060601 | 20060701 | 20060601 | 20060701 |

CONFIDENTIAL

MS02695282

| ARMMOSNRA | ARMMOSNPA | ARMLIFECAP | ARMMIN | DELDAYS | DELMONTH | CDDELQSTAT | CDBALLOON | ARMNEGAM | JRLOANRATIO | CDPREPAY | CDPREPAYFLAG | CDCONFORM | GROUP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 25 | 7 | 8.75 | 0 | 0 |  | N | N | 0 | 24 C 101 | Y | C | 1 |

MS02695282

CONFIDENTIAL

| POSSIBLE_PREDATORY_LENDING | BORPNAME | DUPES_SAMPLE | BALTOTAL | CDRURAL | COMMENTSBULK |
|---|---|---|---|---|---|
| N | PETTWAY ,REBECCA | 0 | 84000 | | HQ collateral risk rating is MODERATE. The risk indicators identified in the appraisal report indicate a significant level of collateral risk. Of the 'Risk Indicators' indicated above, the most significant are outlined as follows:All Listings, all Rentals, & Sales 2 & 3 are located outside subject's immediate neighborhood and market area, thereby potentially having a considerable effect on the collateral risk. Rental comps being located outside the immediate area limits the reliability of the estimated rents and the income approach, which is farther compounded by no GRM being generated by the market data. Thus the income approach carries no weight in this report. Analysis reports subject as having had little maintenance and updating in the recent past, which is of some concern, however the no deferred maintenance items were reported. Internal HQ data indicates a significant level of recent over-valuations within the subject neighborhood. |

CONFIDENTIAL
MS02695282

| PROBULK | CDIO | TIE_OUT | BALBPO | COMMENTSBPO | DATEBPOORDERED | DATEBPOSENT | CDTIEOUTTAPE | BPOVALUEREVIEWED | VARIANCE | VARPCT | BPO_ORDERED | BPO_RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | N | | 0 | | | | | | 0 | 0 | | |

MS02695282

CONFIDENTIAL

| LTVBPOORIG | LTVBPOCOMBORIG | KICKOUT | KICKOUT_DETAIL | REMOVEFROMTIEOUT | HQ_COMMENTS | CDSERVICER | WAREHOUSE | CUSTODIAN | MSVALUE | BRADRESULTS | BRADRESULTSCOMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | | | | | CHASE | Von Karman Funding | DB | | | |

MS02695282

CONFIDENTIAL