# GILLY EXHIBIT B

## (Excerpt of MS00699611)

| LOANID | DATEPURCHASE | DEALNAME | BALCURR_CLOSING | PMTPNICURR | RTCURR | DATEPDTH_CLOSING | DATECLOSE |
|---|---|---|---|---|---|---|---|
| 1557094 | 6/28/2004 | MSAC 2004-HE7 | 83903 | 660.83 | 8.75 | 7/1/2004 | 9/8/2004 |

CONFIDENTIAL

EXCERPTED FROM MS00699611