# GILLY EXHIBIT C

| LOANID | DATEORIG | BORPFNAME | BORPLNAME | DATEFPAY | PMTPNICURR | MONTHS_CASH_RESERVES | BALORIG | BALAPPRORIG | BALAPPRREVIEW | BALSALEPRIC | ADDPSTREET | ADDPCITY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1009117966 | 20060731 | RUBBIE | MC COY | 20060901 | 739.32 | | 79200 | 89000 | 88000 | 88000 | 2688 COLUMBUS ST | DETROIT |

| ADDPSTATE | ADDPZIP | CDPROPERTY | BORRRESYRS | UNITS | CDOCCUP | CDDOCTYPETAPE | CDPURPOSE1 | CDLIEN | RTORIG | ARMMARGIN | ARMINDEX | TERMORIGTAPE | TERMAMORTTAPE | LTVORIGTAPE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MI | 48206 | SFR | 3 | 1 | P | Stated Doc | Purchase/1st | 1 | 10.75 | 6.3 | 5.61 | 360 | 360 | 90 |

| LTVCOMBORIGTAPE | DTIFRONT | DTIBACK | CDCASHOUT | CDPRODUCTTAPE | GRADE | PP_TERM2 | CDPREPAYTAPE | DATEMAT | ARMDTFRATAPE | ARMDTFPATAPE | ARMLIFECAP | ARMMAX | ARMIPERCAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 95 | 47.1128571 | 48.5890476 | 0 | 3Yr ARM | AA | 3 | 1PBAL | 20360801 | 20090801 | 20090901 | 7 | 17.75 | 2 |

| ARMPERCAP | CDIMPOUND | BALSENIORTAPE | BALJUNIORTAPE | CDSECTION32 | CDCHANNEL | SCOREFICO | CDMATRIX | CDLATES | HANSENTAPE | BORPINCOME | CDBORRJOBYRS | CDSELFEMP | DATENOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.5 | N | 0 | 4400 | N | WHOLESALE STANDARD | 611 | 108 | No Lates | 1 | 2100 | 16 | N | 20060731 |

| OTHEREXP | DISPINCOME | BALCURR | DATENEXTDUE | BALESCROW | FT_BUYER | NOACTIVETRADELINE | BALTRADELINE_ALL | PMTTRADELINE_ALL | MONTHS_CASH_RESERVES_VERIFIED | SCOREFICOTU | SCOREFICOEQ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1020.37 | 1079.63 | 79170.18 | 20061001 | 0 | Y | 3 | 635 | 31 | N | 594 | 611 |

| SCOREFICOEX | PREV_MTG_PI | PREV_MTG_UPB | MONTHSBKPRIOR | MONTHSFCPRIOR | BORPRACE | BORCRACE | DATEORIGCLOSE | FILESTATUS | CDPURPOSE | CDADJTYPE | CDINDEX | CDDOCTYPE | CDIO | BANK_STMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 623 | 0 | 0 | 99 | 99 | 3 | 8 | | y | P | ARM | LM6 | STD | N | NA |

| DATECUTOFF | DATEPDTH | RTCURR | PMTPNIORIG | PMIFEE | RTSERV | RTNET | TERMORIG | TERMORIGYEAR | CDPRODUCT | TERMAMORT | TERMSEASON | TERMSTDREM | TERMIO | BALPROPVAL | BALORIGTAPE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20060912 | 20060901 | 10.75 | 739.32 | 0 | 0.52 | 10.23 | 360 | 30 | A3/6 | 360 | 1 | 359 | 0 | 88000 | 79200 |

| BALJUNIOR | BALSENIOR | CDSIMSECOND | LTVORIG | LTVCURR | LTVCOMBORIG | LTVCOMBCURR | CDSILENTSECOND | CDSILENTSECOND2 | CDSTANDALONE | LTVCOMBORIGSS | TERMCALCREM | BALCOMBCURR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4400 | 0 | Y | 90 | 89.97 | 90 | 89.97 | Y | Y | N | 95 | 359 | 79170.18 |

| BALCOMBORIG | ARMIRAP | ARMIPAP | ARMRAP | ARMPAP | ARMDTFRA | ARMDTFPA | ARMDTNRA | ARMDTNPA | ARMMOSNRA | ARMMOSNPA | ARMMIN | DELDAYS | DELMONTH | CDDELQSTAT | CDBALLOON |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 79200 | 36 | 36 | 6 | 6 | 20090801 | 20090901 | 20090801 | 20090901 | 35 | 36 | 10.75 | 0 | 0 | | N |

| ARMNEGAM | JRLOANRATIO | PP_TERM | CDPREPAY | CDPREPAYFLAG | CDCONFORM | GROUP | BORPNAME | DUPES_SAMPLE | BALTOTAL | PMILEVEL | CDPMICOMP | CDPMICOMPFLAG | CDORIGINATOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 0 | 36 | 36 C 101 | Y | C | 1 | Mc Coy ,Rubbie | 0 | 83600 | 0 | NO | N | NEW CENTURY |

| CDDOCTYPE_ALL | | | | PAYHISTORYGRADE | PROGRAM_UG | CDLATESSAMPLE | KICKOUT_DETAIL | KICKOUT | DUPES_LIENFINAL |
|---|---|---|---|---|---|---|---|---|---|
| NEW CENTURY NA | Stated Doc 4 | STD | V | 0 X 30 | 108 | ? | VALUATION | OUT | 0 |

| CDCOMPANION | COMMENTSBPO | BALBPO | BPOVALUEREVIEWED | VARIANCE | VARPCT | BPO_ORDERED | BPO_RECEIVED | LTVBPOORIG | LTVBPOCOMBORIG | CDMH | CDRURAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N | Exterior Appears to Have Been Updated Recently | 55000 | 10 | -33000 | -37.5 | Y | Y | 144 | 152 | | |

| COMMENTSBULK | PROBULK | WAREHOUSE |
| --- | --- | --- |
| The risk indicators identified in this report are significant enough to warrant an overall MODERATE collateral risk score.Of the risk indicators noted above, the most significant are outlined as follows: The appraisal report's four sale comparables consist of three distant properties located 1 mile north [including one dated sale] and only one nearby comp [Comp 3] -- but which has a 10.1% adjusted price indication. The appraisal report's four comparables display a 36% wide adjusted sales price range -- which indicates an incomplete analysis of the market data, with either missing adjustments, overstated or understated adjustments, or a combination thereof. Report has conflicting neighborhood description section: states urban but 100% land use as single-family & there is commercial property 500 feet east in a suburban area 3 miles NW of downtown urban area. HQ supplemental data indicates that all 9 very nearby, similar age/size sales have prices under $89,000, 7 of which are well under. Due to the lack of recent, nearby, similar property sales to establish the subject property's market, collateral risk is elevated. | 2 | CSFB Whse |

| CDDELTIMES30PRIOR | CDMONTHSBKPRIOR | CDMONTHSFCPRIOR | CDCASH_RESERVES | MSVALUE | MSVALDECISION | NCENVALDECISION | LOANIDTAPE | DELTIMES30PRIOR | DELTIMES60PRIOR | DELTIMES90PRIOR |
|---|---|---|---|---|---|---|---|---|---|---|
| Y | Y | Y | N | 65000 | Out | Out | 1009117966 | 0 | 0 | 0 |