# GILLY EXHIBIT D

| LOANID | DATEORIG | BORPFNAME | BORPLNAME | DATEFPAY | PMTPNICURR | PMTPNIRESERVE | BALORIG | BALAPPRORIG | BALAPPRREVIEW | BALSALEPRIC | ADDPSTREET | ADDPCITY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1004213229 | 20051103 | WILLIAM | YOUNG | 20060101 | 780.84 | 0 | 99000 | 110000 | 110000 | 110000 | 9215 WHITCOMB ST | DETROIT |

CONFIDENTIAL

MS02695281

| ADDPSTATE | ADDPZIP | CDPROPERTY | BORRRESYRS | UNITS | CDOCCUP | CDDOCTYPETAPE | CDPURPOSE1 | CDLIEN | RTORIG | ARMMARGIN | ARMINDEX | TERMORIGTAPE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MI | 48228 | SFR | 0.083 | 1 | P | Full Doc - 2yr W2/Tax Returns | Purchase/1st | 1 | 9.225 | 5.95 | 4.29 | 360 |

CONFIDENTIAL

MS02695281

| TERMAMORTTAPE | LTVORIGTAPE | LTVCOMBORIGTAPE | DTIFRONT | DTIBACK | CDCASHOUT | CDPRODUCTTAPE | GRADE | PP_TERM2 | CDPREPAYTAPE | DATEMAT |
|---|---|---|---|---|---|---|---|---|---|---|
| 480 | 90 | 90 | 19.5344956 | 19.5344956 | 0 | 2Yr ARM - 30YrTerm/40Amor | AA | 2 | 1PBAL | 20351201 |

CONFIDENTIAL

MS02695281

| ARMDTFRATAPE | ARMDTFPATAPE | ARMLIFECAP | ARMMAX | ARMIPERCAP | ARMPERCAP | CDIMPOUND | BALSENIORTAPE | BALJUNIORTAPE | CDSECTION32 | CDCHANNEL | SCOREFICO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20071201 | 20080101 | 7 | 16.225 | 1.5 | 1.5 | N | 0 | 0 | N | WHOLESALE STANDARD | 574 |

CONFIDENTIAL
MS02695281

| CDMATRIX | CDLATES | HANSENTAPE | BORPINCOME | CDBORRJOBYRS | CDSELFEMP | DATENOTE | OTHEREXP | DISPINCOME | BALCURR | DATENEXTDUE | FILESTATUS | IMAGESTATUS | CDPURPOSE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 108 | No Lates | 1 | 4457.96 | 5 | N | 20051103 | 870.84 | 3587.12 | 98980.22 | 20060201 | IN | Yes | P |

CONFIDENTIAL

MS02695281

| CDADJTYPE | CDINDEX | CDDOCTYPE | CDIO | BANK_STMT | DATECUTOFF | DATEPDTH | RTCURR | PMTPNIORIG | PMIFEE | RTSERV | RTNET | TERMORIG | TERMORIGYEAR | CDPRODUCT | TERMAMORT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARM | LM6 | FULL | N | NA | 20060120 | 20060101 | 9.225 | 780.84 | 0 | 0.5 | 8.725 | 360 | 30 | A2/6 B30/40 | 480 |

CONFIDENTIAL

MS02695281

| TERMSEASON | TERMSTDREM | TERMIO | BALPROPVAL | CDSIMSECOND | BALJUNIOR | BALSENIOR | LTVORIG | LTVCURR | LTVCOMBORIG | LTVCOMBCURR | CDSILENTSECOND | CDSILENTSECOND2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 359 | 0 | 110000 | N | 0 | 0 | 90 | 89.98 | 90 | 89.98 | N | N |

CONFIDENTIAL

MS02695281

| CDSTANDALONE | LTVCOMBORIGSS | TERMCALCREM | BALCOMBCURR | BALCOMBORIG | ARMIRAP | ARMIPAP | ARMRAP | ARMPAP | ARMDTFRA | ARMDTFPA | ARMDTNRA | ARMDTNPA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 90 | 479 | 98980.22 | 99000 | 24 | 24 | 6 | 6 | 20071201 | 20080101 | 20071201 | 20080101 |

CONFIDENTIAL

MS02695281

| ARMMOSNRA | ARMMOSNPA | ARMMIN | DELDAYS | DELMONTH | CDDELQSTAT | CDBALLOON | ARMNEGAM | JRLOANRATIO | PP_TERM | CDPREPAY | CDPREPAYFLAG | CDCONFORM | GROUP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 24 | 9.225 | 0 | 0 | | Y | N | 0 | 24 | 24 C 101 | Y | C | 1 |

CONFIDENTIAL

MS02695281

| BORPNAME | DUPES_SAMPLE | BALTOTAL | CDPMICOMP | CDPMICOMPFLAG | CDORIGINATOR |
|---|---|---|---|---|---|
| YOUNG,WILLIAM | 0 | 99000 | NO | N | NEW CENTURY |

CONFIDENTIAL

MS02695281

| CDDOCTYPE_ALL | | | CDLATESSAMPLE | KICKOUT | COMMENTSBPO | BALBPO | BPOVALUEREVIEWED | VARIANCE |
|---|---|---|---|---|---|---|---|---|
| NEW CENTURY NA | Full Doc - 2yr W2/Tax Returns  FULL | Z | 1 | ? | OUT | | 64000 | 8 | -46000 |

CONFIDENTIAL

MS02695281

| VARPCT | BPO_ORDERED | BPO_RECEIVED | LTVBPOORIG | LTVBPOCOMBORIG | DUPES_NAMEADDRESS | CDCOMPANION | CDMH | KICKOUT_DETAIL | CDRURAL |
|---|---|---|---|---|---|---|---|---|---|
| -41.82 | Y | Y | 154.69 | 154.69 | 0 | N | | APPRAISAL-VALUE | |

CONFIDENTIAL
MS02695281

| COMMENTSBULK |
|---|
| The risk indicators identified in this report represent a significant level of risk associated with the appraisal. HQ collateral risk score is HIGH. The report states the subject last sold 11/04 for $6900 as a foreclosure. It further states the subject has been extensively remodeled with new roof, kitchen, windows, paint, etc. This work would support some value increase but the indicate increase seems excessive. HQ internal data has a wide range of sales (see attached) with the subject's estimated value at the top of the range. There are only two sales above $87000 in this group. These were more recent sales at the date of the appraisal than those used in the report and would seem to be better risk indicators. The range indicates lower prices because of the number of sales below $87000. Internal HQ data indicates a significant level of recent over-valuations within the subject neighborhood. |

CONFIDENTIAL

MS02695281

| PROBULK | REMOVEFROMTIEOUT | MSVALUE | MSCOMMENTS | TIEOUTLOANS | WAREHOUSE | MSVALDECISION | CDMSVALTIEOUT1 | CDMSVALTIEOUT2 | CDMSVALTIEOUT3 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | N | 90000 | | 1 | Morgan Stanley Whse | OUT | 2 | 3 | 4 |

CONFIDENTIAL
MS02695281

| CDMSVALTIEOUT4 | MONTHLYPITI | BALESCROW | FT_BUYER | DISPINCOMEALTB | MONTHS_CASH_RESERVES | NUMBACTTRADEALL | BALACTTRADEALL | PMTACTTRADEALL |
|---|---|---|---|---|---|---|---|---|
|  | 0 | 0 |  | 0 | 0 | 0 | 0 | 0 |

CONFIDENTIAL

MS02695281

| MONTHS_CASH_RESERVES2 | PITI_RESERVES_VERIFIED | SCOREFICOTU | SCOREFICOEQ | SCOREFICOEXP | PREVMORTPI | PREVMORTUPB | DISPINCOMEALTB2 | MONTHSBKPRIOR | MONTHSFCPRIOR |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

CONFIDENTIAL

MS02695281