# GILLY EXHIBIT E

| DATEORIG | BORPLNAME | BORPFNAME | LOANID | DATEFPAY | PMTPNICURR | BALORIG | BALAPPRORIG | BALAPPRREVIEW | BALSALEPRIC | ADDPSTREET | ADDPCITY | ADDPSTATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20040503 | ADKINS | LEROY | 1528902 | 20040701 | 795.36 | 104400 | 116000 | 116000 | 0 | 9625 MCKINNEY STREET | DETROIT | MI |

CONFIDENTIAL

MS02695279

| ADDPZIP | CDPROPERTY | UNITS | CDOCCUP | CDDOCTYPETAPE | CDPURPOSE1 | CDLIEN | RTORIG | ARMMARGIN | ARMINDEX | TERMORIGTAPE | TERMAMORTTAPE | LTVORIGTAPE |
|---------|-----------|-------|---------|---------------|------------|--------|--------|-----------|----------|--------------|---------------|-------------|
| 48224 | SFR | 1 | P | 5- Full doc 2yr W2/tax returns | Refinance/1st | 1 | 8.4 | 5.3 | 1.3481 | 360 | 360 | 90 |

CONFIDENTIAL

MS02695279

MSO2695279

| LTVCOMBORIGTAPE | DTIFRONT | DTIBACK | CDCASHOUT | CDPRODUCT | GRADE | PP_TERM | DATEMAT | ARMDTFRATAPE | ARMDTFPRATAPE | ARMMAX | ARMIPERCAP | ARMPERCAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 90 | 29.94 | 42.69 | 2 | A2/6 | AA | 24 | 20340601 | 20060601 | 20060701 | 15.4 | 1.5 | 1.5 |

CONFIDENTIAL

| CDIMPOUND | BALSENIOR | BALJUNIOR | CDSECTION32 | CDCHANNEL | SCOREFICO | BALCURR | DATENEXTDUE | CDMATRIX | CDLATES | HANSENTAPE | BORPINCOME | CDSELFEMP | DATENOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 0 | 0 | N | Wholesale | 558 | 104400 | 20040701 | 108 | NO LATES | 2 | 3552 | N | 20040428 |

MSO2695279

CONFIDENTIAL

| FILESTATUS | CDPURPOSE | CDADJTYPE | CDINDEX | CDDOCTYPE | DATECUTOFF | DATEPDTH | RTCURR | PMTPNIORIG | PMIFEE | RTSERV | RTNET | TERMORIG | TERMORIGYEAR | TERMAMORT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Out | CO | ARM | LM6 | FULL2YR | 20040520 | 20040601 | 8.4 | 795.36 | 0 | 0.5 | 7.9 | 360 | 30 | 360 |

CONFIDENTIAL

MS02695279

| TERMSEASON | TERMSTDREM | TERMIO | TERMCALCREM | BALPROPVAL | LTVORIG | LTVCURR | LTVCOMBORIG | LTVCOMBCURR | CDSILENTSECOND | BALCOMBCURR | BALCOMBORIG | ARMIRAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 360 | 0 | 360 | 116000 | 90 | 90 | 90 | 90 | N | 104400 | 104400 | 24 |

MS02695279

CONFIDENTIAL

| ARMIPAP | ARMRAP | ARMPAP | ARMDTFRA | ARMDTFPA | ARMDTNRA | ARMDTNPA | ARMMOSNRA | ARMMOSNPA | ARMLIFECAP | ARMMIN | DELDAYS | DELMONTH | CDDELQSTAT | CDBALLOON |
|---------|--------|--------|----------|----------|----------|----------|-----------|-----------|------------|--------|---------|----------|------------|-----------|
| 24 | 6 | 6 | 20060601 | 20060701 | 20060601 | 20060701 | 25 | 26 | 7 | 8.4 | 0 | 0 | | N |

CONFIDENTIAL

MSO2695279

MS02695279

| ARMNEGAM | JRLOANRATIO | CDPREPAY | CDPREPAYFLAG | CDCONFORM | GROUP | POSSIBLE_PREDATORY_LENDING | BORPNAME | DUPES_SAMPLE | BALTOTAL | CDRURAL |
|----------|-------------|----------|--------------|-----------|-------|----------------------------|----------|--------------|----------|---------|
| N | 0 | 24 C 101 | Y | C | 1 | N | ADKINS,LEROY | 0 | 104400 | |

CONFIDENTIAL

## COMMENTSBULK

The risk indicators identified in this report are significant enough to warrant an overall MODERATE collateral risk score. The analysis presented has been rated as a moderate collateral risk based on the following indicatorsas noted above:The subject is located on Detroit's east side in an established neighborhood, however, the appraiser did not address a degree of external obsolescence as there are several foreclosure sales in this area. Sale #1 is located well south of the subject in an area known as East English Village, a setting of far higher pricing/appeal than the subject's area. Sale #2 is adjusted to a price below support for the conclusion. Sale #3 is priced higher than most bungalow styles in this area and may be inclusive of extensive renovations, etc. * Internal HQ data indicates a significant level of recent over-valuations within the subject neighborhood. The subject is in a non-disclosure state whereas limited data is present for appraiser's use as well as for purposes of analyzing collateral risk.

CONFIDENTIAL

MSO2695279

MSO2695279

| PROBULK | TIE_OUT | BALBPO | COMMENTSBPO | DATEBPOORDERED | DATEBPOSENT | CDTIEOUTTAPE | BPOVALUEREVIEWED | VARIANCE | VARPCT | BPO_ORDERED | BPO_RECEIVED |
|---------|---------|--------|-------------|----------------|-------------|--------------|------------------|----------|--------|-------------|--------------|
| 2 | | 88000 | | 20040512 | 20040517 | | 8 | -28000 | -24.14 | Y | Y |

CONFIDENTIAL

| LTVBPOORIG | LTVBPOCOMBORIG | KICKOUT | KICKOUT_DETAIL | REMOVEFROMTIEOUT | BRADRESULTS | WAREHOUSE | CUSTODIAN | KICKOUT_SECURITY | CDIO |
|---|---|---|---|---|---|---|---|---|---|
| 118.64 | 118.64 | OUT | VALUE | | OUT | Von Karman Funding | DB | APPRAISAL | N |

MS02695279

CONFIDENTIAL