# GILLY EXHIBIT F



**April 2004 Purchase**
**KICKOUT SUMMARY**

| KICKOUT DETAIL | COUNT | BALANCE | | PERCENTAGE |
|---|---|---|---|---|
| PURCHASED | 11079 | $ | 1,902,302,615.72 | 95.50% |
| | | | | |
| APPRAISAL REJECT | 313 | $ | 50,926,854.19 | |
| APPRAISAL REJECT, COMPLIANCE | 3 | $ | 341,200.00 | |
| APPRAISAL REJECT, COMPLIANCE, CREDIT | 1 | $ | 160,000.00 | |
| APPRAISAL REJECT, CREDIT | 1 | $ | 117,000.00 | |
| APPRAISAL REJECT, CREDIT8, HUD 1 | 1 | $ | 89,682.53 | |
| APPRAISAL REJECT, HUD 1 | 2 | $ | 216,450.00 | $ 51,851,186.72 | 2.60% |
| COMPLIANCE | 56 | $ | 6,379,378.99 | |
| CREDIT | 88 | $ | 16,284,541.58 | |
| CREDIT8 | 1 | $ | 200,000.00 | |
| CREDIT, COMPLIANCE | 18 | $ | 2,155,265.25 | |
| CREDIT, COMPLIANCE, CUSTODIAL | 1 | $ | 420,000.00 | |
| CREDIT, HUD 1 | 45 | $ | 9,229,709.49 | |
| CREDIT, HUD 1, CUSTODIAL | 1 | $ | 108,920.55 | $ 34,777,815.86 | 1.75% |
| CUSTODIAL | 9 | $ | 1,812,459.37 | |
| DUPE | 11 | $ | 1,161,703.61 | $ 2,974,162.98 | 0.15% |
| | | | | |
| AVAIL FOR PURCHASE | | $ | 1,991,905,781.28 | 100.00% |
| | | | | |
| FILE NOT AVAILABLE | 17 | $ | 3,106,503.94 | |
| REMOVED BY SELLER | 61 | $ | 10,907,664.74 | |
| | | | | |
| NOT AVAIL FOR PURCHASE | | $ | 14,014,168.68 | |

CONFIDENTIAL

MS01716306