# GILLY EXHIBIT G



**Kickout Summary**
**October 2005 Purchase**
**New Century**

| | | | |
|---|---|---|---|
| PURCHASED WITHOUT SIDELETTER | 6489 | $ 1,339,995,158.12 | |
| MISSING HUD 1 | 37 | $ 6,502,583.14 | |
| MISSING HUD 1, RITA INDIVID AREA | 1 | $ 107,879.10 | |
| KATRINA AND RITA INDIVID AREA | 4 | $ 350,109.51 | |
| KATRINA INDIVID AREA | 24 | $ 2,394,167.76 | |
| RITA INDIVID AREA | 90 | $ 8,877,060.30 | |
| COMPANION LOAN MISSING HUD 1 | 1 | $ 49,768.00 | |
| **TOTAL PURCHASES** | **6646** | **$ 1,358,276,725.93** | **91.55%** |

**KICKOUTS**

| | | | |
|---|---|---|---|
| COLLATERAL | 1 | $ 152,000.00 | 0.01% |
| COMPLIANCE | 79 | $ 17,186,755.33 | 1.16% | 1.16% |
| CREDIT | 143 | $ 31,602,841.37 | 2.13% |
| CREDIT, COMPLIANCE | 55 | $ 11,737,050.07 | 0.79% |
| CREDIT, MISSING HUD 1 | 67 | $ 19,526,894.97 | 1.32% | 4.24% |
| DUPE:COMPANION LIEN KICKED | 27 | $ 1,329,003.30 | 0.09% | 0.10% |
| HEALTH AND SAFETY AGREED OUT | 1 | $ 96,922.81 | 0.01% |
| HEALTH AND SAFETY PER FINAL TIEOUT REPORT | 3 | $ 732,204.82 | 0.05% |
| HEALTH AND SAFETY, CREDIT | 6 | $ 914,475.55 | 0.06% |
| HEALTH AND SAFETY, CREDIT, COMPLIANCE | 1 | $ 43,914.42 | 0.00% |
| NCEN AGREED OUT PER FINAL TIEOUT SHEET | 30 | $ 5,043,169.94 | 0.34% |
| NCEN AGREED OUT PER FINAL TIEOUT SHEET, CREDIT | 2 | $ 493,247.62 | 0.03% |
| NCEN AGREED OUT PER FINAL TIEOUT SHEET, CREDIT, COMPLIANCE | 2 | $ 627,000.00 | 0.04% |
| VALUE | 230 | $ 35,428,908.72 | 2.39% |
| VALUE , HUD 1 | 1 | $ 136,000.00 | 0.01% |
| VALUE, HUD 1 | 1 | $ 335,160.00 | 0.02% | 2.96% |
| | | | 8.45% |
| **LOANS AVAILABLE FOR PURCHASE** | | $ 1,483,662,274.85 | |

| | | |
|---|---|---|
| FILE NOT AVAILABLE | 24 | $ 4,690,157.77 |
| MISSING APPRAISAL | 20 | $ 5,258,048.64 |
| MISSING APPRAISAL , CREDIT , MISSING HUD 1 | 1 | $ 151,000.00 |
| MISSING APPRAISAL , FILE NOT AVAILABLE | 2 | $ 101,250.00 |
| MISSING APPRAISAL, HUD 1 | 2 | $ 215,000.00 |
| MISSING APPRAISAL, REMOVED WITH UPDATED BAL,CREDIT, COMPLIANCE | 1 | $ 48,800.00 |
| REMOVED BY SELLER: OVERDELIVERED IOS | 253 | $ 39,745,472.19 |
| REMOVED WITH UPDATED BAL | 24 | $ 4,967,863.24 |
| REMOVED WITH UPDATED BAL, COLLATERAL | 15 | $ 2,387,964.60 |
| REMOVED WITH UPDATED BAL, COMPLIANCE | 3 | $ 507,806.96 |
| REMOVED WITH UPDATED BAL, COMPLIANCE, FILE NOT AVAILABLE, COLLATERAL | 2 | $ 422,987.00 |
| REMOVED WITH UPDATED BAL, COMPLIANCE, FILE NOT AVAILABLE | 1 | $ 491,000.00 |
| REMOVED WITH UPDATED BAL,CREDIT | 1 | $ 181,280.00 |
| REMOVED WITH UPDATED BAL,CREDIT, COMPLIANCE, COLLATERAL | 1 | $ 149,823.14 |
| REMOVED WITH UPDATED BAL,CREDIT, MISSING HUD 1 | 4 | $ 644,931.49 |
| REMOVED WITH UPDATED BAL,CREDIT, MISSING HUD 1, COLLATERAL | 1 | $ - |

CONFIDENTIAL

MS01731253