# GILLY EXHIBIT H



**New Century July 2006**
**Kickout Summary**

| | | | | | |
|---|---|---|---|---|---|
| SL | ;30/40 VERBIAGE | 16 | $ | 2,370,312.67 | |
| SL | ;CRED SL | 5 | $ | 809,327.28 | |
| SL | ;CRED SL, 30/40 VERBIAGE | 4 | $ | 575,715.66 | |
| SL | ;HUD 1 | 33 | $ | 7,665,184.70 | |
| SL | ;HUD 1,CRED SL, | 1 | $ | 105,000.00 | |
| SL | ;NO BPO OR PRO | 24 | $ | 4,847,387.01 | |
| SL | ;NO PRO OR BPO | 16 | $ | 3,100,189.86 | |
| PURCHASE | | 4715 | $ | 907,549,263.48 | 90.12% |
| | | | $ | 927,022,380.66 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| OUT | ;COLLATERAL | 3 | $ | 404,457.77 | 0.000393172 | |
| OUT | ;COMPANION KICKED COMPLIANCE | 1 | $ | 57,900.00 | 5.62843E-05 | |
| OUT | ;COMPANION KICKED COMPLIANCE CREDIT | 1 | $ | 120,000.00 | 0.000116651 | |
| OUT | ;COMPANION KICKED PROPERTY RELATED | 3 | $ | 221,400.00 | 0.000215222 | |
| OUT | ;COMPANION KICKED PROPERTY RELATED AND VALUE | 1 | $ | 77,574.92 | 7.54102E-05 | |
| OUT | ;COMPANION KICKED VALUE | 7 | $ | 1,078,072.92 | 0.00104799 | |
| OUT | ;COMPANION KICKED VALUE AND PROPERTY RELATED | 5 | $ | 353,436.47 | 0.000343574 | |
| OUT | ;COMPANION KICKED VALUE, PROPERTY RELATED | 1 | $ | 63,000.00 | 6.1242E-05 | 0.1916% |
| OUT | ;COMPLIANCE | 60 | $ | 12,073,553.38 | 0.011736648 | |
| OUT | ;COMPLIANCE , VALUE, PROPERTY RELATED | 1 | $ | 156,695.01 | 0.000152323 | |
| OUT | ;COMPLIANCE, CREDIT | 50 | $ | 11,626,668.03 | 0.011302233 | |
| OUT | ;COMPLIANCE, CREDIT, 30/40 VERBIAGE | 6 | $ | 2,253,164.71 | 0.002190291 | |
| OUT | ;COMPLIANCE, CREDIT, VALUE, PROPERTY RELATED | 2 | $ | 229,967.95 | 0.000223551 | |
| OUT | ;COMPLIANCE, VALUE | 1 | $ | 63,718.96 | 6.19409E-05 | 2.5667% |
| OUT | ;CREDIT | 124 | $ | 23,473,141.48 | 0.022818137 | |
| OUT | ;CREDIT , PROPERTY RELATED | 5 | $ | 840,546.91 | 0.000817092 | |
| OUT | ;CREDIT , VALUE | 6 | $ | 927,389.76 | 0.000901511 | |
| OUT | ;CREDIT , VALUE, PROPERTY RELATED | 4 | $ | 660,292.94 | 0.000641868 | |
| OUT | ;CREDIT , VALUE, PROPERTY RELATED, 30/40 VERBIAGE | 1 | $ | 111,533.10 | 0.000108421 | |
| OUT | ;CREDIT, 30/40 VERBIAGE | 7 | $ | 1,808,016.71 | 0.001757565 | 2.8300% |
| OUT | ;DELINQUENT LOANS | 5 | $ | 746,323.51 | 0.000725498 | |
| OUT | ;DELINQUENT LOANS, COMPLIANCE,CREDIT | 1 | $ | 54,916.25 | 5.33838E-05 | |
| OUT | ;DELINQUENT LOANS, VALUE, PROPERTY RELATED | 3 | $ | 489,943.13 | 0.000476272 | |
| OUT | ;FILE NOT AVAILABLE FOR CC REVIEW | 19 | $ | 3,814,159.91 | 0.003707728 | |
| OUT | ;NINA LOANS NOT APPROVED | 4 | $ | 1,085,684.82 | 0.001055389 | |
| OUT | ;PAID OFF PER UPDATED BALANCES | 1 | $ | 272,000.00 | 0.00026441 | |
| OUT | ;PAID OFF PER UPDATED BALANCES, COLLATERAL | 3 | $ | 424,606.33 | 0.000412758 | |
| OUT | ;PROPERTY RELATED | 29 | $ | 6,463,758.38 | 0.006283391 | |
| OUT | ;PROPERTY RELATED, 30/40 VERBIAGE | 1 | $ | 299,930.47 | 0.000291561 | |

CONFIDENTIAL                                                                                          MS01549002

| | | | | |
|---|---|---|---|---|
| OUT | ;REMOVED BY SELLER PER LD EMAIL DATED 7/21/06 , COLLATERAL | 1 | $ 82,380.00 | 8.00812E-05 |
| OUT | ;REMOVED BY SELLER PER LN EMAIL DATED 72606 , COLLATERAL | 9 | $ 1,645,990.00 | 0.00160006 |
| OUT | ;REMOVED BY SELLER PER LN EMAIL DATED 72606 , FILE NOT AVAILABLE , COLLATERAL | 1 | $ 57,420.00 | 5.58177E-05 |
| OUT | ;REMOVED BY SELLER PER LN EMAIL DATED 72606 , FILE NOT AVAILABLE, COLLATERAL | 1 | $ 120,000.00 | 0.000116651 |
| OUT | ;REMOVED BY SELLER PER LN EMAIL DATED 72606, PROPERTY RELATED , COLLATERAL | 1 | $ 72,000.00 | 6.99909E-05 |
| OUT | ;REMOVED BY SELLER PER LN EMAIL DATED 72606, PROPERTY RELATED , FILE NOT AVAILABLE, COLLATE | 1 | $ 435,500.00 | 0.000423348 |
| OUT | ;REMOVED BY SELLER PER LN EMAIL DATED 72606, VALUE, PROPERTY RELATED, COLLATERAL | 1 | $ 351,000.00 | 0.000341206 |
| OUT | ;REMOVED BY SELLER WITH EDITS , COLLATERAL | 1 | $ 225,000.00 | 0.000218722 |
| OUT | ;REMOVED BY SELLER WITH UPDATED BAL | 2 | $ 207,200.00 | 0.000201418 |
| OUT | ;REMOVED BY SELLER WITH UPDATED BAL, COLLATERAL | 6 | $ 1,032,380.00 | 0.001003572 |
| OUT | ;REMOVED BY SELLER WITH UPDATED BAL, FILE NOT AVAILABLE, COLLATERAL | 2 | $ 449,440.00 | 0.000436899 |
| OUT | ;SOLDIERS AND SAILORS ACT LOAN | 1 | $ 356,000.00 | 0.000346066 | 1.7302% |
| OUT | ;VALUE | 69 | $ 11,912,151.13 | 0.011579749 |
| OUT | ;VALUE, PROPERTY RELATED | 79 | $ 14,484,731.95 | 0.014080544 | 2.5660% |
| | | | $ 1,028,705,427.56 | |

CONFIDENTIAL

MS01549002