# GILLY EXHIBIT I

**New Century Kickout Summary Jan 07 Trade**

## Kickout Analysis for Rating Agencies

| Kickout Analysis for Rating Agencies | | Total Current Balance | Purchased (By Loan Count) | % of Loans | % of Loans Not Purchased | % of Loans Not Purchased Appraisal | % of Loans Not Purchased Credit | % of Loans Not Purchased Compliance | % of Loans Not Purchased Other |
|---|---|---|---|---|---|---|---|---|---|
| NEW CENTURY | | 1,029,115,331 | 4311 | 80.41 | 19.59 | 9.62 | 4.36 | 1.25 | 12.06 |
| Total: | | 1,029,115,331 | | 80.41 | 19.59 | 9.62 | 4.36 | 1.25 | 12.06 |
| | | | | | | | | | |
| PURCHASED WITHOUT SL | | | 4311 | $ 834,308,125.26 | | | | | |
| SL | ;HUD 1 | | 3 | $ 581,129.17 | | | | | |
| TOTAL PURCHASES | | | 4314 | $ 834,889,254.43 | 81.13% | | | | |
| | | | | | | | | | |
| OUT | ;COMPANION KICKED CREDIT | | 1 | $ 43,286.16 | | | | | |
| OUT | ;COMPANION KICKED FOR CREDIT | | 1 | $ 43,036.09 | | | | | |
| OUT | ;COMPANION KICKED FOR CREDIT COMP | | 1 | $ 170,000.00 | | | | | |
| OUT | ;COMPANION KICKED FOR VALUE | | 35 | $ 10,038,815.67 | | | | | |
| OUT | ;COMPANION KICKED PROP RELATED | | 2 | $ 306,965.22 | | | | | |
| OUT | ;COMPLIANCE | | 16 | $ 1,587,834.10 | | | | | |
| OUT | ;CREDIT | | 157 | $ 28,813,757.32 | | | | | |
| OUT | ;CREDIT, COMPLIANCE | | 41 | $ 7,771,919.76 | | | | | |
| OUT | ;CRITICAL COLLATERAL EXCEPTION | | 3 | $ 1,289,121.34 | | | | | |
| OUT | ;DELQ | | 30 | $ 5,795,120.81 | | | | | |
| OUT | ;DELQ, CREDIT | | 3 | $ 765,140.13 | | | | | |
| OUT | ;DELQ, VALUE | | 1 | $ 359,916.57 | | | | | |
| OUT | ;DELQ, VALUE,PROP RELATED | | 8 | $ 1,916,775.55 | | | | | |
| OUT | ;DROP PER FRANK TELESCA | | 242 | $ 49,790,570.12 | | | | | |
| OUT | ;EDITS | | 1 | $ 165,000.00 | | | | | |
| OUT | ;FILE MISSING FOR C & C REVIEW | | 10 | $ 1,514,757.54 | | | | | |
| OUT | ;NOT RECEIVED AT DB | | 1 | $ 158,000.00 | | | | | |
| OUT | ;PROP RELATED | | 11 | $ 2,491,072.12 | | | | | |
| OUT | ;REMOVED BY SELLER | | 1 | $ 360,000.00 | | | | | |
| OUT | ;SERVICING COMMENTS,DELQ | | 2 | $ 207,768.75 | | | | | |
| OUT | ;SERVICING COMMENTS,DELQ, CREDIT | | 1 | $ 194,886.55 | | | | | |
| OUT | ;SERVICING COMMENTS,DELQ,VALUE, P | | 1 | $ 286,815.68 | | | | | |
| OUT | ;UNFUNDED | | 1 | $ - | | | | | |
| OUT | ;UNFUNDED, DELQ | | 7 | $ - | | | | | |
| OUT | ;UNFUNDED, DELQ, FILE MISSING FOR C | | 3 | $ - | | | | | |
| OUT | ;UNFUNDED, DELQ,VALUE, PROP RELATE | | 1 | $ - | | | | | |
| OUT | ;VALUE | | 142 | $ 28,059,242.25 | | | | | |
| OUT | ;VALUE , COMPLIANCE | | 3 | $ 311,014.48 | | | | | |
| OUT | ;VALUE, CREDIT | | 6 | $ 1,932,741.01 | | | | | |
| OUT | ;VALUE, CREDIT, COMPLIANCE | | 1 | $ 999,999.99 | | | | | |
| OUT | ;VALUE, PROP RELATED | | 296 | $ 46,391,465.67 | | | | | |
| OUT | ;VALUE, PROP RELATED, COMPLIANCE | | 1 | $ 84,118.62 | | | | | |
| OUT | ;VALUE, PROP RELATED, CREDIT | | 17 | $ 1,679,410.48 | | | | | |
| OUT | ;VALUE, PROP RELATED, CREDIT,COMPL | | 4 | $ 697,524.17 | | | | | |
| | | | | $ 1,029,115,330.58 | | | | | |

CONFIDENTIAL    MS00787898