USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
BEVERLY ADKINS, CHARMAINE WILLIAMS, REBECCA PETTWAY, RUBBIE McCOY, WILLIAM YOUNG, on behalf of themselves and all others similarly situated, and MICHIGAN LEGAL SERVICES,

                   Plaintiffs,

-against-

MORGAN STANLEY, MORGAN STANLEY & CO. LLC, MORGAN STANLEY ABS CAPITAL I INC., MORGAN STANLEY MORTGAGE CAPITAL INC., and MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC,

                   Defendants.
------------------------------------------------------------ X

12-CV-7667 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      The parties are directed to appear for an evidentiary hearing on March 11, 2015, at 10:00 a.m., in Courtroom 443 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.  At the hearing the parties are directed to address the question of causation; specifically, whether (1) common questions predominate as to the adverse effect of so-called "combined risk" loans; and (2) common questions predominate as to the role that Morgan Stanley played in causing New Century to issue Plaintiffs' loans.  Insofar as Plaintiffs intend to rely on the opinions (either written or in live testimony) of experts whose testimony is the subject of Defendants' motion to exclude, the parties are directed to be prepared to discuss the merits of Defendants' motion.

**SO ORDERED.**

Date: February 24, 2015
      New York, NY

                                            **VALERIE CAPRONI**
                                            **United States District Judge**