# WILMERHALE

**David W. Ogden**

+1 202 663 6440 (t)
+1 202 663 6363 (f)
david.ogden@wilmerhale.com

March 3, 2015

**By ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re:    *Adkins et al. v. Morgan Stanley et al.*, No. 1:12-cv-7667 (VEC) (GWG)

Your Honor:

On February 19, 2015, Plaintiffs notified the Court of the pending action in Massachusetts state court brought by named Plaintiff Beverly Adkins that seeks access to certain deposition transcripts in the possession of the Massachusetts Attorney General's office.  For the sake of completeness, Morgan Stanley notes that in that proceeding the Commonwealth has stated, in response to Plaintiff's claim that "good cause" exists under M.G.L. 93A § 6(6) to order the production of the transcripts, *see* ECF No. 216-1 at 7, that it "takes no position on Plaintiff's claim that Plaintiff is entitled to the production Plaintiff seeks … as a matter of law," *see* ECF No. 216-4 at 4.  If or when the matter is resolved, the parties will of course report the result to this Court.

Respectfully submitted,

*/s/* David W. Ogden_____

David W. Ogden

cc:    Plaintiffs' counsel (via ECF)