UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL

_____ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   4/7/2015

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.  Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned __Beverly Adkins et al. v. Morgan Stanley et al._____

_____, No. _12cv7667-VEC_

The date(s) for which such authorization is provided is (are) _April 8-9, 2015_____.

| Attorney | Device(s) |
|---|---|
| 1. Skye Perryman | Laptop; iPhone; laser pointer; USB flash drive |
| 2. John DeGenova | Laptop; iPhone; laser pointer; USB flash drive |
| 3. Colin Reardon | Laptop; iPhone; Blackberry; USB flash drive |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated:   April 7, 2015

_____
United States Judge

Revised: February 26, 2014

**Addendum**

| | |
|---|---|
| David W. Ogden | Laptop; cellular phone; Blackberry; iPad |
| Noah L. Levine | Laptop; cellular phone; Blackberry |
| Danielle Conley | Laptop; cellular phone; Blackberry |