```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   4/7/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEVERLY ADKINS, CHARMAINE WILLIAMS, REBECCA PETTWAY, RUBBIE McCOY, WILLIAM YOUNG and MICHIGAN LEGAL SERVICES, on behalf of themselves and all others similar situated,

                Plaintiffs,

      -against-

MORGAN STANLEY, MORGAN STANLEY & CO. LLC, MORGAN STANLEY ABS CAPITAL I INC., MORGAN STANLEY MORTGAGE CAPITAL INC., and MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC,

                Defendants.

1:12-CV-7667-VEC-GWG

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

**ORDERED** that the following attorney(s) are authorized to bring the Personal Electric Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned *Beverly Adkins et al. v. Morgan Stanley et al.*, No. 12cv7667-VEC. The date(s) for which such authorization is provided is (are) April 8-9, 2015.

| **Attorney** | **Device(s)** |
| --- | --- |
| 1. Rachel Geman, Esq. | Laptop; Smartphone |
| 2. ~~Dawn Behrmann~~ | ~~Laptop; Smartphone~~ |
| 3. Rachel E. Goodman, Esq. | Laptop; Smartphone |
| 4. Caitlin Naidoff, Esq. | Laptop; Smartphone |
| 5. Dennis D. Parker, Esq. | Laptop; Smartphone |
| 6. Stuart T. Rossman, Esq. | Laptop; iPad; Smartphone |
| 7. Laurence M. Schwartztol, Esq. | Laptop; Smartphone |

*(Attach Extra Sheet if Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification

1224911.1

by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in the Standing Order M10-468, as Revised.

**SO ORDERED**:

Dated: April 7, 2105

_____
United States Judge