UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEVERLY ADKINS, *et al.*,

    Plaintiff,

v.

MORGAN STANLEY, *et al.*

    Defendants.

Case No. 1:12-CV-7667 (VEC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/2015

### NOTICE OF WITHDRAWAL OF DANIELLE CONLEY AS COUNSEL OF RECORD AND ORDER

**PLEASE TAKE NOTICE** that attorney Danielle Y. Conley hereby withdraws as counsel for Morgan Stanley, Morgan Stanley & Co. LLC, Morgan Stanley Abs Capital I Inc., Morgan Stanley Mortgage Capital Inc., and Morgan Stanley Mortgage Capital Holdings LLC ("Morgan Stanley") in this action. As of May 29, 2015, Ms. Conley will no longer be associated with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"). Morgan Stanley continues to be represented by other counsel from WilmerHale.

Ms. Conley is not asserting a retaining or charging lien.

Dated: May 28, 2015

Respectfully submitted,

/s/ Danielle Conley

Noah A. Levine
Colin T. Reardon
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800

- 1 -

Fax: (212) 230-8888
noah.levine@wilmerhale.com,
colin.reardon@wilmerhale.com

David W. Ogden (*admitted pro hac vice*)
Danielle Y. Conley (*admitted pro hac vice*)
Skye L. Perryman (*admitted pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
david.ogden@wilmerhale.com,
danielle.conley@wilmerhale.com
skye.perryman@wilmerhale.com

*Counsel for Defendants*

The Clerk of the Court is respectfully directed to terminate Ms. Conley from the docket.

**SO ORDERED**

_/s/ Valerie Caproni_
Hon. Valerie J. Caproni
United States District Judge

Dated May 28, 2015