```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/1/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
BEVERLY ADKINS, CHARMAINE
WILLIAMS, REBECCA PETTWAY, RUBBIE
McCOY, WILLIAM YOUNG, on behalf of
themselves and all others similarly situated, and
MICHIGAN LEGAL SERVICES,

                            Plaintiffs,

                -against-

MORGAN STANLEY, MORGAN STANLEY &
CO. LLC, MORGAN STANLEY ABS CAPITAL
I INC., MORGAN STANLEY MORTGAGE
CAPITAL INC., and MORGAN STANLEY
MORTGAGE CAPITAL HOLDINGS LLC,

                            Defendants.
------------------------------------------------------------ X

12-CV-7667 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

      The parties are directed to appear for a status conference June 26, 2015, at 10:30 a.m., in Courtroom 443 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Date:  June 1, 2015
         New York, NY

                                                    _____
                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**