**ACLU**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION

RACHEL GOODMAN
STAFF ATTORNEY
RACIAL JUSTICE PROGRAM
T/212.549.2663
RGOODMAN@ACLU.ORG

June 1, 2015

**VIA ECF**

Hon. Valerie E. Caproni
U.S. District Court
40 Foley Square
New York, NY 10007

Re:   *Adkins et al. v. Morgan Stanley et al.*, No. 1:12-cv-7667 (VEC) (GWG)

Dear Judge Caproni,

    I represent Plaintiffs in the above-captioned action. In its recent Opinion and Order, ECF No. 230, this Court denied Plaintiffs' Motion for Class Certification. In so doing, the Court "recognize[d] the likelihood that this ruling constitutes a 'death knell' for Plaintiffs' lawsuit, *cf. Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 140-41 (2d Cir. 2001), and that appellate review pursuant to Rule 23(f) may therefore be appropriate, *see Levitt v. PriceWaterhouseCooper LLP*, No. 07- 3334-mv, 2007 WL 4060136 (2d Cir. Nov. 7, 2007)." *Id.* at 49-50. We write to notify you that, on May 28, 2014, Plaintiffs filed a Petition for Permission to Appeal the Denial of Class Certification Pursuant to Fed. R. Civ. P. 23(f) with the United States Court of Appeals for the Second Circuit.

    A copy of the petition and its accompanying appendix are attached hereto. Per Federal Rule of Appellate Procedure 5(b)(2), Defendants "may file an answer in opposition or a cross-petition within 10 days after the petition is served."

    Thank you for your consideration of this matter.

Sincerely,

Rachel Goodman

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2500
WWW.ACLU.ORG

SUSAN N. HERMAN
*PRESIDENT*

ANTHONY D. ROMERO
*EXECUTIVE DIRECTOR*